# EXHIBIT B

TSM

2. Article Number

7160 3901 9848 1125 1985

3. Service Type  CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee)  ☐ Yes

1. Article Addressed to:

Southern Energy Homes, Inc.
c/o Wendell L. Batchelor
Highway 41 North
Addison, AL 35540

PS Form 3811, July 2001    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY.

A. Received by (Please Print Clearly)  Susan Gaither
B. Date of Delivery  26 Jan. 06
C. Signature  Susan Gaither
☒ Agent
☐ Addressee
D. Is delivery address different from item 1?
If YES, enter delivery address below:  S&C
☐ Yes  ☐ No

CV-2005-29-30-89 D1

JUN 2006 Filed
Melissa Bittenour
Circuit Clerk

G04007

P- Harold Murphy
d- Southern Energy Homes