IN THE CIRCUIT COURT
OF MONTGOMERY COUNTY, ALABAMA

HAROLD KELLY MURPHY,                *
                                    *
   Plaintiff,                       *
                                    *
v.                                  *   Civil Action No.: CV-2006-1689
                                    *
SOUTHERN ENERGY HOMES, INC., et al.,*
                                    *
   Defendants.                      *

### NOTICE OF FILING OF NOTICE OF REMOVAL

Please take note that Defendant Southern Energy Homes, Inc. has caused to be filed on the 14th day of July, 2006, in the United States District Court for the Middle District of Alabama, Northern Division, a Notice of Removal for the removal of the above-styled action to said Court. A copy of the Notice of Removal is attached hereto as Exhibit A.

Dated this the 14th day of July, 2006.

Respectfully submitted,

_____
Robert D. Segall (SEG003)
Mitchel H. Boles (BOL026)

*Attorney for Southern Energy Hones, Inc.*

OF COUNSEL:
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
P. O. Box 347
Montgomery, AL 36101-0347
Phone: 334/834-1180
Facsimile: 334/834-3172

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the foregoing Motion upon the following counsel of record, via U.S. Mail, postage prepaid and properly addressed on this the ___14th___ day of July, 2006:

     C. Lance Gould
     C. Gibson Vance
     Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
     Post Office Box 4160
     Montgomery, Alabama 36103-4160
     (334) 269-2343
     **Counsel for Plaintiff, Harold Kelly Murphy**

     _____
     Of Counsel