IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HAROLD KELLY MURPHY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Case No.: 2:06cv618 |
| | * |
| SOUTHERN ENERGY HOMES, INC., | * |
| | * |
| Defendants. | * |

RECEIVED 2006 JUL 14 P 3:59 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

## CORPORATE DISCLOSURE STATEMENT

Defendant, Southern Energy Homes, Inc. hereby files its required corporate disclosure and states that it is a public company, and its stock formerly was traded on the NASDAQ Stock Exchange. Effective January 15, 2004, Southern Energy voluntarily deregistered with the SEC. Its stock is now traded in the over-the-counter market, through the Pink Sheets Electronic Quotation Service under the symbol "SEHI.PK". It has two (2) subsidiaries: AL/Tex Homes, Inc. d/b/a Southern Energy Homes of Texas, which is a manufacturing facility in Fort Worth, Texas; and Southern Energy Homes Retail Corp., which owns and operates one retail sales center in Leeds, Alabama. As of April 8, 2005, the date of the company's most recent proxy statement, Wendell L. Batchelor, Chairman of the Board of Directors, owned 10% of the company's voting securities. Certain investment companies owned 11.7% of the company's voting securities for which Fidelity Management & Research Co. ("Fidelity") acts as investment advisor. Fidelity is a subsidiary of FMR Corp., which is the owner of record for such securities. Southern Energy Homes, Inc. is not aware of any person or entity that owns ten percent (10%) or more of its stock.

Respectfully submitted,

_____
Robert D. Segall (ASB-7354-E68R)
Mitchel H. Boles (ASB-0813-S69M)

*Attorney for Southern Energy Hones, Inc.*

**OF COUNSEL:**

Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
P. O. Box 347
Montgomery, AL 36101-0347
Phone: 334/834-1180
Facsimile: 334/834-3172

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion upon the following counsel of record, via U.S. Mail, postage prepaid and properly addressed on this the 14th day of July, 2006:

    C. Lance Gould
    C. Gibson Vance
    Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
    Post Office Box 4160
    Montgomery, Alabama 36103-4160
    (334) 269-2343
    **Counsel for Plaintiff, Harold Kelly Murphy**

_____
Of Counsel