IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HAROLD KELLY MURPHY,** | * |
| Plaintiff, | * |
| v. | * Case No.: 2:06-cv-618 |
| **SOUTHERN ENERGY HOMES, INC., et al.,** | * |
| Defendants. | * |

TO:   ATTORNEY GENERAL OF THE STATE OF ALABAMA

<u>NOTICE OF PROCEEDING</u>

COME NOW the Defendant, Southern Energy Homes, Inc., by and through its attorney of record, and hereby give notice to the Attorney General of the State of Alabama pursuant to §6-6-227 of the <u>Code of Alabama</u>, 1975, of its challenge to the constitutionality and legality of the recovery of mental anguish damages and punitive damages in this action.  A copy of the Defendant's Answer is attached hereto and served with this Notice of Proceeding.

Respectfully submitted,

/s Mitchel H. Boles
Robert D. Segall (ASB-7354-E68R)
Lee H. Copeland (ASB-3461-O72L)
Mitchel H. Boles (ASB-0813-S69M)

*Attorney for Southern Energy Homes, Inc.*

**OF COUNSEL:**
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
P. O. Box 347
Montgomery, AL 36101-0347
Phone: 334/834-1180
Facsimile: 334/834-3172

## CERTIFICATE OF SERVICE

I hereby certify that on 20th day of July, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Charles Lance Gould**
  lance.gould@beasleyallen.com holly.stroh@beasleyallen.com
- **Carter Gibson Vance**
  gibson.vance@beasleyallen.com heidi.bowers@beasleyallen.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> Honorable Troy King
> Attorney General for State of Alabama
> 11 South Union Street, Suite 301
> Montgomery, Alabama 36130

/s Mitchel H. Boles
Of Counsel
