IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **HAROLD KELLY MURPHY,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 4:04cv295GHD-EMB |
| | * | |
| **SOUTHERN ENERGY HOMES, INC.,** | * | |
| | * | |
| Defendant. | * | |

NOTICE OF ENDORSEMENT
OF REPORT OF PARTIES' PLANNING MEETING

Pursuant to the ECF Administrative Procedures, I hereby certify that I endorse the inclusion of my signature on the Report of Parties' Planning Meeting filed this day by counsel for Defendant.

This the 15th day of August, 2006.

Respectfully submitted,

/s/ C. Lance Gould
Attorney for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL  36103
(334) 269-2343
(334) 954-7555 (fax)

**CERTIFICATE OF SERVICE**

I, C. Lance Gould, one of the attorneys for the Plaintiff, do hereby certify that I have this day caused a true and correct copy of the foregoing instrument to be delivered to the following, via the means directed by the United States District Court ECF System:

> Mitchel H. Boles
> Robert D. Segall
> Lee H. Copeland
> COPELAND, FRANCO, SCREWS & GILL, P.A.
> P. O. Box 347
> Montgomery, AL 36101

THIS the 15th day of August, 2006.

/s/ C. Lance Gould