IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HAROLD KELLY MURPHY,** * | |
| * | |
| Plaintiff, * | |
| * | |
| v. * | Case No.: 3:06-cv-618-MEF |
| * | |
| **SOUTHERN ENERGY HOMES, INC.,** * | |
| * | |
| Defendants. * | |

## MOTION TO FOR LEAVE TO AMEND ANSWER

Defendant, Southern Energy Homes, Inc. ("Southern Energy"), pursuant to Rule 15, F.R.C.P. and Local Rule 15.1, moves this Court to allow it to file the attached Amended Answer and, as grounds, therefore, states as follows:

1. On or about June 14, 2006, Harold Kelly Murphy (hereinafter referred to as "Plaintiff") commenced the above-styled action against Southern Energy.

2. Southern Energy timely filed its answer.

3. Under the Court's August 22, 2006 Scheduling Order, the parties have until November 6, 2006 to file any motions to amend the pleadings.

4. Attached as Exhibit A hereto is Southern Energy's proposed amended answer. The amended answer merely asserts additional affirmative defenses.

5. Under Rule 15 of the Federal Rules of Civil Procedure, "leave shall be freely given when justice so requires."

6. In the case at bar, Southern Energy should be allowed to amend its answer to assert the additional defenses. This case has only been pending since June 14, 2006 and the

parties are early in the discovery process. At this time, the parties have merely exchanged initial disclosures and other paper discovery, and no depositions have been taken.

WHEREFORE, Southern Energy Homes, Inc. respectfully requests that this Court grant the instant motion and allow it to amend its previously filed answer.

Respectfully submitted,

/s Mitchel H. Boles
Robert D. Segall (ASB-7354-E68R)
Lee H. Copeland (ASB-3461-O72L)
Mitchel H. Boles (ASB-0813-S69M)

Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
P. O. Box 347
Montgomery, AL 36101-0347
Phone: 334/834-1180
Facsimile: 334/834-3172
Email: segall@copelandfranco.com
Email: copeland@copelandfranco.com
Email: boles@copelandfranco.com

*Attorney for Southern Energy Homes, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 3rd day of November, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Charles Lance Gould**
  lance.gould@beasleyallen.com   holly.stroh@beasleyallen.com
- **Carter Gibson Vance**
  gibson.vance@beasleyallen.com   heidi.bowers@beasleyallen.com


                                            /s Mitchel H. Boles
                                            Of Counsel