IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HAROLD KELLY MURPHY, ) | |
| ) | |
|    Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-618-MEF |
| ) | |
| SOUTHERN ENERGY HOMES, INC., ) | |
| ) | |
|    Defendant. ) | |

# **O R D E R**

Upon consideration of the defendant's Motion for Leave to Amend Answer (Doc. #15) filed on November 3, 2006, it is hereby

ORDERED that the motion is GRANTED to and including November 9, 2006.

DONE this the 7th day of November, 2006.

                                                      /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE