**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **HAROLD KELLY MURPHY,** * | |
| * | |
| Plaintiff, * | |
| * | |
| v. * | Case No.: 3:06-cv-618-MEF |
| * | |
| **SOUTHERN ENERGY HOMES, INC., et al.,** * | |
| * | |
| Defendants. * | |

**NOTICE OF APPEARANCE**

Comes now W. Scott Simpson and enters this Notice of Appearance as additional counsel on behalf of Defendant Southern Energy Homes, Inc.

                        Respectfully submitted,

                        /s W. Scott Simpson
                        W. Scott Simpson (ASB-3319-S65W)
                        Batchelor & Simpson, P.C.
                        3284 Morgan Drive, Suite 112
                        Birmingham, Alabama 35216
                        Email: ws.simpson@mindspring.com

                        Robert D. Segall (ASB-7354-E68R)
                        Lee H. Copeland (ASB-3461-O72L)
                        Mitchel H. Boles (ASB-0813-S69M)
                        Copeland, Franco, Screws & Gill, P.A.
                        444 South Perry Street
                        P. O. Box 347
                        Montgomery, AL 36101-0347
                        Phone: 334/834-1180
                        Facsimile: 334/834-3172
                        Email: segall@copelandfranco.com
                        Email: copeland@copelandfranco.com
                        Email: boles@copelandfranco.com

                        *Attorney for Southern Energy Homes, Inc.*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on 20th of December, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Charles Lance Gould**
  lance.gould@beasleyallen.com  holly.stroh@beasleyallen.com
- **Carter Gibson Vance**
  gibson.vance@beasleyallen.com  heidi.bowers@beasleyallen.com


       W. Scott Simpson
       Of Counsel