# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **HAROLD KELLY MURPHY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 3:06-cv-618-MEF |
| | ) |
| **SOUTHERN ENERGY HOMES,** | ) |
| **INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF CHANGE OF ADDRESS AND AFFILIATION OF MITCHEL H. BOLES

The undersigned hereby gives notice of his new address and affiliation as follows:

Mitchel H. Boles, Esq., Johnston Barton Proctor & Rose LLP, 2900 AmSouth/Harbert Plaza, 1901 Sixth Avenue North, Birmingham, Alabama 35203-2618.

Dated this the 19th January 2007.

    s/Mitchel H. Boles
    Mitchel H. Boles (ASB-0813-S69M)

    **Johnston Barton Proctor & Rose LLP**
    2900 AmSouth/Harbert Plaza
    1901 Sixth Avenue North
    Birmingham, Alabama 35203
    Telephone:   205-458-9400
    Facsimile:   205-458-9500
    Email: mboles@johnstonbarton.com

    W. Scott Simpson
    **Batchelor & Simpson, P.C.**
    3284 Morgan Drive, Suite 112
    Birmingham, Alabama 35216
    Email: ws.simpson@mindspring.com

    *Attorneys for Southern Energy Homes, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 19, 2007, I electronically filed the foregoing Notice of Change of Address and Affiliation via the Court's CM/ECF system, which will electronically send notice to the following counsel of record:

Charles Lance Gould, Esq.
Carter Gibson Vance, Esq.
Beasley Allen Crown Methvin Portis & Miles PC
PO Box 4160
Montgomery, AL 36103-4160
Email: lance.gould@beasleyallen.com; holly.stroh@beasleyallen.com
Email: gibson.vance@beasleyallen.com; heidi.bowers@beasleyallen.com

                                  s/Mitchel H. Boles
                                  Of Counsel