**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **HAROLD KELLY MURPHY,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *   Case No.: 3:06-cv-618-MEF |
| | * |
| **SOUTHERN ENERGY HOMES, INC., et al.,** | * |
| | * |
| **Defendants.** | * |

## MOTION TO WITHDRAW

Comes now the undersigneds, Lee H. Copeland, Robert D. Segall and the law firm of Copeland, Franco, Screws & Gill, P.A., respectfully move the Court for leave to withdraw as counsel of record for Defendant Southern Energy Homes, Inc. in the above-entitled and numbered cause, it being shown that Mitchel H. Boles and W. Scott Simpson will continue to serve as counsel for Defendant Southern Energy Homes, Inc.

Respectfully submitted,

/s Lee H. Copeland
Robert D. Segall (ASB-7354-E68R)
Lee H. Copeland (ASB-3461-O72L)

Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
P. O. Box 347
Montgomery, AL 36101-0347
Phone: 334/834-1180
Facsimile: 334/834-3172
Email:  segall@copelandfranco.com
Email:  copeland@copelandfranco.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on 21st of February, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Charles Lance Gould**
  lance.gould@beasleyallen.com; holly.stroh@beasleyallen.com
- **Carter Gibson Vance**
  gibson.vance@beasleyallen.com; heidi.bowers@beasleyallen.com
- **Mitchel Hampton Boles**
  mboles@johnstonbarton.com; aap@johnstonbarton.com; sma@johnstonbarton.com
- **Wayne Scott Simpson**
  ws.simpson@mindspring.com; smalone@sehomes.com


   /s Lee H. Copeland
Of Counsel