IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HAROLD KELLY MURPHY,           ) | |
| )  | |
|    Plaintiff,           ) | |
| v.           ) | CASE NO. 2:06-cv-618-MEF |
| )  | |
| SOUTHERN ENERGY HOMES, INC.,           ) | |
| )  | |
|    Defendant.           ) | |

## **O R D E R**

Upon consideration of the Motion to Withdraw (Doc. #23)  filed on February 26, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 7th day of March, 2007.

                                                    /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE