IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HAROLD KELLY MURPHY,** * | |
| * | |
| Plaintiff, * | |
| * | |
| v. * | Case No.: 3:06-cv-618-MEF |
| * | |
| **SOUTHERN ENERGY HOMES, INC.,** * | |
| * | |
| Defendants. * | |

## MOTION TO WITHDRAW

Comes now the undersigned, Mitchel H. Boles and the law firm of Johnston Barton Proctor & Rose LLP, and respectfully moves the Court for leave to withdraw as counsel of record for Defendant Southern Energy Homes, Inc. in the above-entitled and numbered cause, it being shown that W. Scott Simpson will continue to serve as counsel for Defendant Southern Energy Homes, Inc.

Respectfully submitted,

/s Mitchel H. Boles_____
Mitchel H. Boles (ASB-0813-S69M)
One of the Attorneys for Defendant
Southern Energy Homes, Inc.

**OF COUNSEL:**

Mitchel H. Boles
**JOHNSTON BARTON PROCTOR & ROSE LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203-2618
Telephone: (205) 458-9459
Facsimile: (205) 458-9500
E-mail: mboles@johnstonbarton.com

W0597435.DOC

W. Scott Simpson
SIMPSON LAW FIRM, P.C.
3288 Morgan Drive, Suite 112
Birmingham, Alabama 35216
Telephone: (205) 822-3422
Facsimile: (205) 822-3618
Email: wssimpson@bellsouth.net

**CERTIFICATE OF SERVICE**

 I hereby certify that on 30th of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Charles Lance Gould**
  lance.gould@beasleyallen.com holly.stroh@beasleyallen.com
- **Carter Gibson Vance**
  gibson.vance@beasleyallen.com heidi.bowers@beasleyallen.com


        /s Mitchel H. Boles
        Of Counsel