IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HAROLD KELLY MURPHY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-618-MEF |
| ) | |
| SOUTHERN ENERGY HOMES, INC., ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of the defendant's Motion to Modify Scheduling Order (Doc. #25) filed on March 15, 2007, it is hereby

ORDERED that the motion is GRANTED. An amended Uniform Scheduling Order will be entered and the parties shall comply with the deadlines as set forth in that amended Uniform Scheduling Order.

DONE this the 2nd day of April, 2007.

                                                  /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE