IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HAROLD KELLY MURPHY, )  )  Plaintiff, )  ) v. ) )  SOUTHERN ENERGY HOMES, INC., ) )  Defendant. ) | CASE NO. 2:06-cv-618-MEF |

## **O R D E R**

Upon consideration of the Motion to Withdraw as Attorney (Doc. #26) filed on March 30, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 4th day of April, 2007.

                                          /s/ Mark E. Fuller
                                 CHIEF UNITED STATES DISTRICT JUDGE