**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **HAROLD KELLY MURPHY,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 2:06-cv-618-MEF |
| ) | |
| **SOUTHERN ENERGY HOMES, INC.,** ) | |
| **et al.,** ) | |
| ) | |
|     **Defendants.** ) | |

**NOTICE OF CHANGE OF ADDRESS AND AFFILIATION OF
W. SCOTT SIMPSON**

The undersigned hereby gives notice of his new address and affiliation as follows:

RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, Alabama  35216
Telephone:  (205) 822-3422
Facsimile:   (205) 822-3618
e-mail:  wssimpson@bellsouth.net

Dated this the  9th  day of May, 2007.

                                                     /s W. Scott Simpson_____
                                                   W. Scott Simpson, Attorney for Defendant
                                                 Southern Energy Homes, Inc.

**OF COUNSEL:**

RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, Alabama  35216
Telephone:  (205) 822-3422
Facsimile:   (205) 822-3618
e-mail:  wssimpson@bellsouth.net

## **CERTIFICATE OF SERVICE**

      I hereby certify that on __9th__ of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Charles Lance Gould**
  lance.gould@beasleyallen.com; holly.stroh@beasleyallen.com
- **Carter Gibson Vance**
  gibson.vance@beasleyallen.com; heidi.bowers@beasleyallen.com


                                             /s W. Scott Simpson
                                             Of Counsel