IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HAROLD KELLY MURPHY,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    Case No.: 2:06-cv-618-MEF |
| | ) |
| **SOUTHERN ENERGY HOMES, INC.,** | ) |
| **et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## MOTION FOR JUDGMENT ON THE PLEADINGS

COMES NOW the Defendant, Southern Energy Homes, Inc. ("Southern"), and pursuant to Federal Rule of Civil Procedure 12(c), respectfully moves this Court for a judgment on the pleadings in favor of Southern and against the Plaintiff, Harold Kelley Murphy. In support of this motion, Southern relies on the Complaint, the Answer, and Southern's Brief in Support of Motion for Judgment on the Pleadings, filed contemporaneously herewith.

                                              Respectfully submitted,

                                              /s W. Scott Simpson__
                                              W. Scott Simpson, Attorney for Defendant
                                              Southern Energy Homes, Inc.

**OF COUNSEL:**

RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, Alabama 35216
Telephone: (205) 822-3422
Facsimile: (205) 822-3618
Email: wssimpson@bellsouth.net

**CERTIFICATE OF SERVICE**

I hereby certify that on __9th__ of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Charles Lance Gould**
  lance.gould@beasleyallen.com; holly.stroh@beasleyallen.com
- **Carter Gibson Vance**
  gibson.vance@beasleyallen.com; heidi.bowers@beasleyallen.com


    /s W. Scott Simpson
    Of Counsel