IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HAROLD KELLY MURPHY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:06-cv-618-MEF |
| ) | |
| **SOUTHERN ENERGY HOMES, INC., et al.,** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

COME NOW Lee E. Bains, Jr., Thomas W. Thagard III and Edward S. Sledge IV of the law firm Maynard, Cooper & Gale, P.C., and hereby notify the Court of their appearance as additional counsel of record on behalf of defendant Southern Energy Homes, Inc.

      _s/Thomas W. Thagard III_____
Lee E. Bains, Jr. (BAI005)
Thomas W. Thagard, III (THA006)
Edward S. Sledge IV (SLE008)

Attorneys for Southern Energy Homes, Inc.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL  35203
(205) 254-1000 (Telephone)
(205) 254-1999 (Facsimile)
lbains@maynardcooper.com
tthagard@maynardcooper.com
sledge@maynardcooper.com

01490317.1

W. Scott Simpson
RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, Alabama 35216-3084
205.822.3422  (Telephone)
205.822.3618  (Facsimile)

## CERTIFICATE OF SERVICE

      I hereby certify that on May 11, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Charles Lance Gould, Esq.
      Carter Gibson Vance, Esq.

        s/Thomas W. Thagard III
      Of Counsel