UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

**RUSSEL J. GUIDROZ, JR., ET AL.**          *CIVIL NO. 05-1148

**VERSUS**                                  *MAGISTRATE JUDGE HILL

**CHAMPION ENTERPRISES, INC., ET AL.** *BY CONSENT OF THE PARTIES

## MINUTES AND ORDER

A hearing on the plaintiffs' Motion to Alter Judgment of Dismissal and Motion for Leave to Amend Original Complaint [doc. 32] was held on May 17, 2007.[1] Hugh E. McNeely and Lamont P. Domingue attended. The proceedings were transcribed by court reporter LaRea Bourque. The following Orders were entered;

For the reasons assigned in open court during oral argument on May 17, 2007, the plaintiffs' Motion for Leave to Amend Original Complaint [doc. 32] is **Granted**. Accordingly, the Clerk shall file the First Amended Class Action Complaint (attached as an Exhibit to the Motion [doc. 32-1]) into the record.

The plaintiffs' Motion to Amend Judgment of Dismissal [doc. 32] is **Granted** as follows: This court's January 26, 2007 Judgment of Dismissal is amended to a Partial Judgment of Dismissal, granting the Motions to Dismiss filed on behalf of Redman Homes, Inc. [doc. 8] and Champion Enterprises, Inc. [doc. 9], and thereby dismissing all claims asserted in the plaintiffs' Original Class Action Complaint. The claims asserted in the Amending complaint allowed to be filed this date are not affected by this ruling.

---

[1] The oral argument lasted approximately fifteen minutes.



EXHIBIT 3

2

**On or before June 4, 2007**, the defendants may file an appropriate dispositive Motion addressing any claims asserted in the plaintiffs' First Amended Class Action Complaint. Should no such Motion be filed, the court will issue a Scheduling or other appropriate Order to place this matter back on the court's trial docket.

Signed at Lafayette, Louisiana on May 17, 2007.

*C. Michael Hill*
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE