**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **HAROLD KELLY MURPHY,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **vs.** | * **CASE NO.: 2:06-cv-618-MEF** |
| | * |
| **SOUTHERN ENERGY HOMES, INC., et al.,** | * |
| | * |
| **Defendants.** | * |

### SUPPLEMENT TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

COMES NOW Plaintiff Harold Kelly Murphy, by the undersigned counsel, and provides the following supplement to Plaintiff's Memorandum in Opposition to Defendant's Motion for Judgment on the Pleadings.

1.     On May 24, 2007 Plaintiff filed a Memorandum in Opposition to Defendant's Motion for Judgment on the Pleadings.  On page 22 of the memorandum Plaintiff references an exchange with the Court and Defense Counsel from a hearing in Guidroz v. Champion Enterprises, Inc., et al. Civil Action No. 05-1148 L-0 (Federal Court La.)

2.     Attached as Exhibit 1 is a copy of the relevant pages of the transcript of proceedings in Guidroz.

Wherefore, Plaintiff respectfully request that Defendant's Motion for Judgment on the Pleadings be denied.

/s/ C. Lance Gould
C. LANCE GOULD (ASB-0913-G66C)
Attorney for Plaintiff

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW,**
**METHVIN, PORTIS & MILES, P.C.**
Attorneys at Law
Post Office Box 4160
Montgomery, AL  36103-4160
(334) 269-2343
(334) 954-7555 (fax)

## CERTIFICATE OF SERVICE

     I hereby certify that I have electronically filed the original of the foregoing document in this Court and served a copy upon all Defendants of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the 25th day of May, 2007.

         /s/ C. Lance Gould
         OF COUNSEL

RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, Alabama 35216
Telephone: (205) 822-3422
Facsimile: (205) 822-3618
e-mail: wssimpson@bellsouth.net

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
(205) 254-1000 (Telephone)
(205) 254-1999 (Facsimile)
lbains@maynardcooper.com
tthagard@maynardcooper.com
sledge@maynardcooper.com