UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

RUSSELL J. GUIDROZ, JR., ET AL.,    :   DOCKET NO. 05-1148
                                    :
            Plaintiffs,             :
vs.                                 :   July 10, 2006
                                    :
CHAMPION ENTERPRISES, INC., ET AL., :
                                    :
            Defendants.             :   Lafayette, Louisiana

OFFICIAL TRANSCRIPT OF THE HEARING
BEFORE THE HONORABLE C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE.

APPEARANCES:

FOR THE PLAINTIFFS:        HUGH E. MCNEELY
                           Hagens, Berman, et al.
                           1 Main St., 4th Fl.
                           Cambridge, MA   02142

FOR THE DEFENDANTS:        LAMONT P. DOMINGUE
                           Voorhies & Labbe
                           P.O. Box 3527
                           Lafayette, LA   70502

TRANSCRIBED BY:            LARAE BOURQUE
                           800 Lafayette Street, Ste. 3103
                           Lafayette, Louisiana   70501



EXHIBIT 1

COPY

56

```
 1   condensation in the walls and causing problems with their homes.
 2           THE COURT:  Well, you're asking me to hold that his --
 3   that his complaint as pled is preempted.
 4           MR. DOMINGUE:  That's correct, Your Honor.
 5           THE COURT:  And what I hear you saying is that it is
 6   conceivable if he had pled -- made his complaint read in another
 7   way, that it might not be preempted.
 8           MR. DOMINGUE:  Precisely.  And let me offer this, Your
 9   Honor.
10           THE COURT:  In that case is the remedy to allow him to
11   amend?
12           MR. DOMINGUE:  It could be.  Look, I agree with Your
13   Honor.  There are remedies that's perfectly permissible if this
14   Court chooses.  In fact, I think there's probably case law out
15   there that says, look --
16           THE COURT:  Well, the case law says if he can amend it,
17   he can solve the problem (unintelligible).
18           MR. DOMINGUE:  Exactly.  And it goes back to -- for
19   example, let's say now he says, well, look, it was an improper
20   form of construction.  I mean, that's what happened in -- what
21   was the case I was citing to the Court?  Oh, the MacMillan case.
22   That's what the court did there.
23           They said, look, you're saying dangerous --
24   unreasonably dangerous levels of formaldehyde.  You've got to
25   give us more than that.  That's just a general -- you know, we've
```