IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HAROLD KELLY MURPHY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-618-MEF |
| ) | |
| SOUTHERN ENERGY HOMES, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the defendant's Motion to Enlarge Time (Doc. #41) filed on June 4, 2007, it is hereby

ORDERED that the motion is GRANTED to and including June 13, 2007.

DONE this 6th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE