# EXHIBIT "C"



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

RUSSELL J GUIDROZ, JR, ET AL         CIVIL ACTION NO. 6:05CV1148

VERSUS

CHAMPION ENTERPRISES INC, ET AL    MAGISTRATE JUDGE HILL

### NOTICE OF MOTION SETTING WITH ORAL ARGUMENT

The Motion to Dismiss, Motion for More Definite Statement, Motion to Strike Amended Complaint (Document No. 38) filed by Champion Enterprises Inc and Redman Homes Inc on June 4, 2007 will be considered by Magistrate Judge Hill on the next regular motion date which is July 18, 2007. Oral argument will be heard unless you are notified to the contrary, commencing at 10:00 a.m. in Courtroom No. 6, U.S. Courthouse, 800 Lafayette Street, Lafayette, LA.

Any opposition to the motion must be filed in accordance with LR7.5W. OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED.

ORIGINAL responses and briefs may be electronically filed or mailed for filing to:

U.S. Clerk of Court (Alex, Mon, S'port cases)
300 Fannin Street, Suite 1167
Shreveport, LA 71101-3083

U.S. Clerk of Court (Laf & LC cases)
800 Lafayette St., Ste. 2100
Lafayette, LA 70501

In order to ENSURE A PROMPT HEARING, **A COPY** should be mailed **DIRECTLY** to :

Hon. C. Michael Hill
United States Magistrate Judge
800 Lafayette St., Suite 3400
Lafayette, LA 70501

THUS DONE June 6, 2007.

ROBERT H. SHEMWELL
CLERK OF COURT

COPY SENT
DATE:     June 6, 2007
BY:       cas
TO:       CMH, G. Roaix