IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HAROLD KELLY MURPHY,               ) | |
|                                                          ) | |
|     Plaintiff,                      ) | |
| v.                                                     ) | CASE NO. 2:06-cv-618-MEF |
|                                                          ) | |
| SOUTHERN ENERGY HOMES, INC.,  ) | |
|                                                          ) | |
|     Defendant.                 ) | |

## **O R D E R**

Upon consideration of the defendants' Motion to Leave to File (Doc. #46) filed on June 28, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 5th day of July, 2007.

                                          /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE