**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION**

| | |
|---|---|
| **HAROLD KELLY MURPHY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:06-cv-618-MEF |
| ) | |
| **SOUTHERN ENERGY HOMES, INC.,** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

COMES NOW the Defendant, Southern Energy Homes, Inc., and pursuant to this Court's Order of July 5, 2007, hereby files a true and correct copy of correspondence from the U. S. Department of Housing and Urban Development, along with an authentication certification in compliance with FED.R.EVID. 902(2). The original documents are maintained by the undersigned and may be provided to the Court or other parties upon reasonable notice.

                                                   */s/ W. Scott Simpson*
                                                   W. Scott Simpson
                                                   Attorney for Defendant
                                                   Southern Energy Homes, Inc.

**OF COUNSEL:**
RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, Alabama  35216
Telephone:    205-876-1600
Facsimile:    205-876-1616

## CERTIFICATE OF SERVICE

  I hereby certify that on the 9th day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Charles Lance Gould**
  lance.gould@beasleyallen.com holly.stroh@beasleyallen.com

- **Carter Gibson Vance**
  gibson.vance@beasleyallen.com heidi.bowers@beasleyallen.com

                */s/ W. Scott Simpson*
                Of Counsel