IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HAROLD KELLY MURPHY,  )
)
Plaintiff,  )
)
v.  )  CASE NO. 2:06-cv-618-MEF
)
SOUTHERN ENERGY HOMES, INC., et al.,  )
)
Defendants,  )

### CONFLICT DISCLOSURE STATEMENT

COMES NOW Southern Energy Homes, Inc., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

■ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| SEE EXHIBIT A ATTACHED | |

7/20/2007
Date

/s W. Scott Simpson
(Signature)

W. Scott Simpson
(Counsel's Name)

Southern Energy Homes, Inc.
Counsel for (print names of all parties)

144 Corporate Way
Addison, Alabama 35540
Address, City, State Zip Code

256.747.8589
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

## CERTIFICATE OF SERVICE

I, W. Scott Simpson, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF System (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 20 day of July 20 07, to:

Charles Lance Gould - lance.gould@beasleyallen.com hollystroh@beasleyallen.com

Carter Gibson Vance - gibson.vance@beasleyallen.com heidi bowers@beasleyallen.com

7/20/2007
Date

/s W. Scott Simpson
Signature

# EXHIBIT A

| Reportable Entity | Relationship to Party |
|---|---|
| CMH Manufacturing, Inc. | Parent Company |
| BR Agency, Inc. | Subsidiary |
| Southern Energy Homes Retail Corp. | Subsidiary |
| AL/TEX Homes, Inc. d/b/a Southern Energy Homes of Texas | Subsidiary |
| Giles Industries, Inc. | Subsidiary |
| Southern Energy Homes of North Carolina, Inc. d/b/a Imperial Homes | Subsidiary |
| MH Transport, Inc. | Subsidiary |
| Wenco Finance | Subsidiary |
| Southern Energy Homes of Pennsylvania d/b/a Imperial Homes | Subsidiary |