**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **HAROLD KELLY MURPHY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No.: 3:06-cv-618-MEF |
| | ) |
| **SOUTHERN ENERGY HOMES, INC., et al.,** | ) |
| | ) |
| Defendants. | ) |

## REPORT OF RULE 26 CONFERENCE

This Court's Order of July 18, 2007 required the parties to submit proposed changes to the existing Amended Scheduling Order relating to deadlines for discovery, expert witnesses, dispositive motions and the trial date. Accordingly, a conference call was held on July 25, 2007 attended by: C. Lance Gould on behalf of the plaintiff and Thomas W. Thagard III and W. Scott Simpson on behalf of defendant. During that conference call, the parties agreed on the following remaining scheduling deadlines for this case:

a) Reports from retained experts under Fed.R.Civ.P. 26)(a)(2) due:

- from plaintiff by **September 1, 2007**.
- from defendants by **November 17, 2007**.

b) Supplementations under Fed.R.Civ.P. 26(e) due no later than 30 days before the close of discovery.

c) Discovery will be closed on **January 21, 2008**.

d) All potentially dispositive motions should be filed on **February 21, 2008**.

e) The Parties request a final pretrial conference 30 days before trial.

f) Final lists of trial evidence under Fed.R.Civ.P. 26(a)(3) should be due pursuant to the terms of the pretrial order.

01521712.1

2

    g)    The case should be ready for trial by **May 5, 2008**.

Respectfully Submitted: July 27, 2007.

                        s/Thomas W. Thagard III
                        Lee E. Bains, Jr. (BAI005)
                        Thomas W. Thagard, III (THA006)
                        Edward S. Sledge IV (SLE008)

                        Attorneys for Southern Energy Homes, Inc.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL  35203
(205) 254-1000 (Telephone)
(205) 254-1999 (Facsimile)
lbains@maynardcooper.com
tthagard@maynardcooper.com
sledge@maynardcooper.com

W. Scott Simpson
RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, Alabama 35216-3084
205.876.1600  (Telephone)
205.876.1616  (Facsimile)
wssimpson@ritcheysimpson.com

2

01521712.1

3

## CERTIFICATE OF SERVICE

      I hereby certify that on July 27, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- Carter Gibson Vance, Esq.
- Charles Lance Gould, Esq.

                                  s/Edward S. Sledge IV
                                  Of Counsel

01521712.1