RECEIVED
AUG 07 2007

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RUSSEL J. GUIDROZ, JR., ET AL.** | \*CIVIL NO. 05-1148 |
| **VERSUS** | \*MAGISTRATE JUDGE HILL |
| **CHAMPION ENTERPRISES, INC., ET AL.** | \*BY CONSENT OF THE PARTIES |

## MINUTES OF HEARING AND ORDER

A hearing on the defendants' Combined Rule 12(b)(6) Motion to Dismiss Amended Complaint, Rule 12(e) Motion for More Definite Statement and Rule 12(f) Motion to Strike [doc. 38] was held on August 1, 2007 before the undersigned Magistrate Judge.[1]  Hugh E. McNeely and Lamont P. Domingue attended. The proceedings were transcribed by court reporter LaRea Bourque. The following Orders are entered:

**IT IS ORDERED** that the defendants' Combined Rule 12(b)(6) Motion to Dismiss Amended Complaint, Rule 12(e) Motion for More Definite Statement and Rule 12(f) Motion to Strike [doc. 38] is **Denied** for the reasons set forth on the record.

**IT IS FURTHER ORDERED** that within fifteen (15) days of the date of this Order, the parties shall meet to discuss a reasonable way to conduct discovery relating to the design defect(s) alleged by plaintiffs in their Amended Complaint. This discovery will be limited to the design defect alleged to exist in the Guidroz manufactured home.

---

[1] Court time: 1 hour 30 minutes.

EXHIBIT A

2

**IT IS FURTHER ORDERED** that **within thirty (30) days** of the date of this Order, the parties shall file a Joint Proposed Discovery Plan. Should the parties disagree on any substantive discovery issue, each party shall submit their proposed position on that issue in the body of the Joint Proposed Discovery Plan. A copy of the Joint Proposed Discovery Plan shall be delivered to chambers of the undersigned commensurate with filing. Upon filing, the court will set a telephone status conference to discuss the proposed discovery plan with the parties.

**IT IS FURTHER ORDERED** that there being good cause shown, the time limitation for filing a Motion for Class Certification set forth in LR 23.1 is hereby extended without date until further notice of this court.

Signed at Lafayette, Louisiana on August 1, 2007.

_C. Michael Hill_
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE