ELECTRONICALLY FILED
6/25/2007 2:18 PM
CV-2006-001539.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
MELISSA RITTENOUR, CLERK

**IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA**

| | |
|---|---|
| KILLOUGH SHANNON ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | **Case No.:** 03-CV-2006-001539.00 |
| ) | |
| FLEETWOOD ENTERPRISES INC ) | |
| FLEETWOOD HOMES OF GEORGIA I ) | |
|     Defendants ) | |

## ORDER

MOTION TO DISMISS PURSUANT TO RULE 12(B) filed by FLEETWOOD ENTERPRISES INC and FLEETWOOD HOMES OF GEORGIA I is hereby DENIED.

DONE this 25th day of June, 2007

/s WILLIAM A. SHASHY
_____
CIRCUIT JUDGE



EXHIBIT
B