# NOTICE OF CORRECTION

**From: Clerk's Office**

**Case Style: Murphy v. Southern Energy Homes, Inc.**

**Case Number: 2:06-cv-00618-MEF**

**Referenced Pleading: Motion for Leave to File Sur-Reply  - Doc.  59**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice. Please see the correct PDF documents to this notice.**