IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HAROLD KELLY MURPHY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-618-MEF |
| ) | |
| SOUTHERN ENERGY HOMES, INC., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the Defendant's Motion for Leave to File Sur-Reply in Support of Motion for Judgment on the Pleadings (Doc. #59) filed on August 15, 2007, and the Plaintiff's Motion to Strike or, in the Alternative, Opposition to Defendant's Sur-Reply (Doc. # 61) filed on August 16, 2007, it is hereby ORDERED as follows:

(1) The Defendant's Motion (Doc. # 59) is GRANTED.

(2) The Plaintiff's Motion (Doc. # 61) is DENIED.

DONE this the 20th day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE