IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HAROLD KELLY MURPHY,        )
                                 )
        Plaintiff,        )
v.                             )       CASE NO. 2:06-cv-618-MEF
                                 )
SOUTHERN ENERGY HOMES, INC.,   )
                                 )
        Defendant.      )

## O R D E R

Upon consideration of the Joint Motion to Amend Internal Deadlines (Doc. #63) filed

on October 18, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 18th day of October, 2007.

                                        _____/s/ Mark E. Fuller_____
                                    CHIEF UNITED STATES DISTRICT JUDGE