# EXHIBIT B

**Murphy**

Page 1

```
 1     IN THE UNITED STATES DISTRICT COURT
 2      FOR THE MIDDLE DISTRICT OF ALABAMA
 3             NORTHERN DIVISION
 4
 5   HAROLD KELLY MURPHY,
 6       Plaintiff,
 7
 8   vs.        Case No.: 2:06-CV-618-MEF
 9
10   SOUTHERN ENERGY HOMES, INC., et al.,
11       Defendants.
12
13          *   *   *   *   *   *
14       DEPOSITION OF HAROLD KELLY MURPHY,
15   taken pursuant to notice and
16   stipulation on behalf of the
17   Defendants, at Beasley, Allen, 272
18   Commerce Street, Montgomery, Alabama,
19   before Bridgette Mitchell, Shorthand
20   Reporter and Notary Public in and for
21   the State of Alabama at Large, on
22   November 13, 2007, commencing at
23   9:40 a.m.
```

**Murphy**

Page 2

```
 1                  APPEARANCES
 2
 3
 4   FOR THE PLAINTIFF:
 5   C. Lance Gould, Esquire
 6   BEASLEY, ALLEN, CROW, METHVIN,
 7       PORTIS & MILES, P.C.
 8   218 Commerce Street
 9   Montgomery, Alabama   36104
10
11
12   FOR THE DEFENDANTS:
13   W. Scott Simpson, Esquire
14   RITCHEY & SIMPSON, P.C.
15   3288 Morgan Drive
16   Birmingham, Alabama   35216
17
18
19   ALSO PRESENT:
20   David Tompos
21   Jim Bauer
22
23
```

**Murphy**

Page 3

```
 1                STIPULATIONS
 2         It is hereby stipulated and
 3    agreed by and between counsel
 4    representing the parties that the
 5    deposition of HAROLD KELLY MURPHY is
 6    taken pursuant to notice and
 7    stipulation on behalf of the
 8    Defendants; that all formalities with
 9    respect to procedural requirements are
10    waived; that said deposition may be
11    taken before Bridgette Mitchell,
12    Shorthand Reporter and Notary Public in
13    and for the State of Alabama at Large,
14    without the formality of a commission;
15    that objections to questions, other
16    than objections as to the form of the
17    questions, need not be made at this
18    time, but may be reserved for a ruling
19    at such time as the deposition may be
20    offered in evidence or used for any
21    other purpose as provided for by the
22    Civil Rules of Procedure for the State
23    of Alabama.
```

**Murphy**

Page 4

```
 1        It is further stipulated and
 2   agreed by and between counsel
 3   representing the parties in this case
 4   that the filing of the deposition of
 5   HAROLD KELLY MURPHY is hereby waived
 6   and that said deposition may be
 7   introduced at the trial of this case or
 8   used in any other manner by either
 9   party hereto provided for by the
10   Statute, regardless of the waiving of
11   the filing of same.
12        It is further stipulated and
13   agreed by and between the parties
14   hereto and the witness that the
15   signature of the witness to this
16   deposition is hereby waived.
17
18                  INDEX
19
20   EXAMINATION                        Page
21   By Mr. Simpson................... 6
22   By Mr. Gould..................... 154
23
```

**Murphy**

Page 5

```
 1   EXHIBITS:                        Page
 2   Defendant's Exhibit #1 ........... 15
 3   Defendant's Exhibit #2 ........... 19
 4   Defendant's Exhibit #3 ........... 20
 5   Defendant's Exhibit #4 ........... 30
 6   Defendant's Exhibit #5 ........... 142
 7   Defendant's Exhibit #6 ........... 142
 8
 9
10        COURT REPORTER:  Usual
11   stipulations?
12        MR. GOULD:  Yes.
13        HAROLD KELLY MURPHY, having
14   first been duly sworn or affirmed to
15   speak the truth, the whole truth, and
16   nothing but the truth, testified as
17   follows:
18
19
20
21
22
23
```

**Murphy**

Page 11

1   house?
2  A. Just one.
3  Q. I met your mother.  Nice lady.
4  A. Thank you.
5  Q. Well, let me take you back in time to
6     when you first got involved with the
7     house.  When was the first time you saw
8     the house?
9  A. Around November of 2003.
10 Q. Was it a lot model that was on --
11 A. It was.
12 Q. So this home wasn't special ordered for
13    you?
14 A. No, sir.
15 Q. What made you decide to buy this
16    particular house?
17 A. I looked at a bunch of them.  And they
18    told me that Southern Energy -- I had
19    Fleetwood before, and they said that
20    Southern Energy was top of the line,
21    had hurricane-proofing on it and had
22    two-by-six walls and good floors, that
23    look and all.  And I bought that one --

**Murphy**

```
 1     I liked the floor plan, and that one
 2     had been on the lot about six months
 3     and they said, We'll give you, like, a
 4     few thousand dollars off of it if
 5     you'll take this one because it would
 6     be time to get a new one or something.
 7  Q. Turn it in?
 8  A. Yeah.  And that's why I ended up with
 9     that one.
10  Q. I saw the numbers.  Looks like you got
11     a heck of a good deal on it.
12  A. Yeah.
13  Q. Did you inspect the home, everything
14     looked okay?
15  A. Yeah, everything looked fine.
16  Q. Tell me about the Fleetwood home you
17     had.  What kind of home was that?
18  A. It was a single-wide, a sixteen-by-
19     sixty; Regency or something.  It was
20     just a -- it was just a first-time.  My
21     mother actually went up there and -- I
22     was living with her and she said, It's
23     time for you to go.  And she went and
```

**Murphy**

Page 56

```
 1     cool, but that was dripping.
 2  Q. Was it just certain -- during certain
 3     times of year?  Do you know?
 4  A. I can't remember.  But, I mean, I think
 5     my wife might have seen it because
 6     after it rained, thought it was -- I
 7     said, Dang thing is leaking.  I knew
 8     it.  But when the rain was gone, it's
 9     done it -- it's done it four or five
10     different times.  It's like it sweats.
11     I mean, not in the wall, outside.  You
12     can see water actually running down the
13     wall just like you got out of the
14     shower or something.  You know how the
15     thing be fogged up?  It was like that.
16  Q. So above the sink you see the wall near
17     the top near the ceiling sweating?
18  A. Yeah, from half -- the top halfway down
19     and in this bathroom also.
20  Q. In the little toilet stall there?
21  A. That's right.  And then --
22  Q. And when did you first notice that?
23  A. It was right after the warranty went
```

**Murphy**

Page 76

```
 1     about that, Lance.
 2           MR. GOULD:  I don't know that
 3     we produced the warranty.
 4  A. If not, I've got a -- it come with the
 5     home.
 6  Q. Did you get a consumer manual with the
 7     home?
 8  A. Yes, sir.  I got the paperwork that's
 9     got everything with it.  It's got the
10     appliance -- every appliance we got in
11     it and everything.
12           MR. SIMPSON:  Lance, do you
13     mind, if he gives copies to you, will
14     you shoot those over to me?
15           MR. GOULD:  Be glad to.
16  Q. The warranty you got in the consumer
17     manual, is that the one you're suing
18     about, that one?
19  A. Yes, sir.
20  Q. Is there any other one that you know
21     of?
22  A. No, sir.  I know -- I did -- when all
23     this happened, I tried to get my -- I
```

**Murphy**

```
 1      done all the pad myself.  I done the
 2      dirt around the -- I put the dirt in
 3      myself and used my own machines to do
 4      the dirt.
 5   Q. The home -- you haven't been physically
 6      injured in the house?
 7   A. Stumped my toe a time or two.
 8   Q. All right.  What I'm saying is, you're
 9      not suing because you have any physical
10      injury in the house?
11   A. No.
12   Q. And this is going to sound like a
13      kookie question, but I'm going to ask
14      it.  One of the other things the law
15      might compensate people for are what we
16      call near misses.  Like let's say the
17      roof was falling in and you dove out of
18      the way.  Nothing like that has
19      happened?
20   A. No, sir.  I thought my wife was going
21      to tear a roof off a time or two.
22   Q. Okay.  So as far as the mental
23      anguish -- you're not suing because you
```

**Murphy**

Page 134

```
 1     have a health problem?
 2  A. No.
 3  Q. And you're not suing because the home
 4     has physically injured you?
 5  A. No.
 6  Q. And you're not suing because you had a
 7     near miss?
 8  A. (Witness shakes head.)
 9  Q. Could you speak for her?
10  A. Yes, sir.  I'm sorry.
11  Q. So you're not suing because of a near
12     miss?
13  A. No, sir.
14  Q. How would you characterize your mental
15     anguish on a scale of one to ten, one
16     being just a minor aggravation and ten
17     being I need to go see a doctor and be
18     put on antidepressants?
19  A. Ten.
20  Q. You're a ten?
21  A. I did -- that's what Dr. Strickland,
22     that's what he tried to do.  Just
23     stressed out.  He tried to put me on
```

**Murphy**

```
 1      had you had any conversations with
 2      anyone at Southern Energy?
 3   A. No, sir.
 4   Q. When was the first time you had a
 5      conversation with anyone at Southern
 6      Energy?
 7   A. Right after the man that come out to do
 8      my original work outside.  That was the
 9      first Southern Energy person I talked
10      to because up until that point I think
11      I was going through Jan the whole time,
12      or her secretary.
13   Q. So when they came out and did the
14      service?
15   A. Yeah.
16   Q. And that would have been the year after
17      you bought it in February?
18   A. Yeah.  Yes, because I was dealing with
19      Jan.
20   Q. Okay.
21   A. The whole time, at first, I was dealing
22      with Corky's.
23   Q. All right.  Who put your back porch on?
```

**Murphy**

Page 149

```
 1     I'm not sure that wall is rated to have
 2     that connected up there.  You didn't
 3     call anyone at the factory and talk
 4     about that?
 5  A. Uh-uh.  (Witness shakes head.)
 6  Q. Is that a no?
 7  A. No, sir.
 8  Q. You're living in the house now?
 9  A. Yes, sir.
10  Q. And as far as you know, it's habitable?
11  A. Yes.
12  Q. No one is ill, that you can prove, from
13     the house; right?
14  A. That's right.
15  Q. Has anyone lied to you from Southern
16     Energy?
17  A. Not that I recollect.
18  Q. Has anyone concealed anything from you
19     at Southern Energy?
20  A. Southern Energy?  No, sir.
21  Q. And just so we're clear, there were
22     indoor air samples taken in your house
23     by Mr. Parks?
```

**Murphy**

```
 1   A. Yes, sir.
 2   Q. And you're satisfied with your
 3      testimony?
 4   A. Yes, sir.
 5   Q. All right.  I think I'm finished.
 6           MR. GOULD:  I have a couple
 7      questions.
 8                  EXAMINATION
 9   BY MR. GOULD:
10   Q. If someone at Southern Energy or
11      Corky's would have told you or provided
12      you in writing that your walls would
13      condensate, collect moisture, grow
14      mold, and eventually deteriorate, would
15      you have have purchased the home?
16   A. No, sir.
17   Q. When did you --
18           MR. SIMPSON:  I'm going to
19      object to the form of that.
20   Q. When did you purchase the Ionic Breeze
21      machines you're talking about?
22   A. After they come back and done the
23      initial testing and we left, where I
```

**Murphy**

```
 1          *  *  *  *  *  *  *  *  *  *  *
 2              REPORTER'S  CERTIFICATE
 3          *  *  *  *  *  *  *  *  *  *  *
 4      STATE OF ALABAMA
 5      COUNTY OF MONTGOMERY
 6        I do hereby certify that the above
 7      and foregoing transcript was taken down
 8      by me in stenotype, and the questions
 9      and answers thereto were transcribed by
10      means of computer-aided transcription,
11      and that the foregoing represents a
12      true and correct transcript of the
13      testimony given by said witness.
14         I further certify that I am neither
15      of counsel, nor any relation to the
16      parties to the action, nor am I anywise
17      interested in the result of said case.
18
19
20
                _____
21              Bridgette W. Mitchell,
                Certified Court Reporter and
22              Commissioner for the State of
                Alabama at Large
23              ACCR No. 231 - Expires 9/30/08
```