# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

HAROLD KELLY MURPHY,        )
                            )
        Plaintiff,          )
                            )
v.                          )        Case No.: 2:06-cv-618-MEF
                            )
SOUTHERN ENERGY HOMES, INC.,)
et al.,                     )
                            )
        Defendants.         )

### DECLARATION OF DON MCNUTT

1.    My name is Don McNutt. I am over the age of nineteen (19) years. I am competent to testify to and have personal knowledge of the matters set forth in this declaration.

2.    I am currently employed by Southern Energy Homes, Inc. ("Southern") as the Director of Consumer Affairs. Through my position with Southern, I am familiar with the books and records of Southern. I am one of the custodians of books and records for Southern.

3.    I am familiar with the home owned by Harold Kelly Murphy ("Murphy"). Southern manufactured Murphy's home. I have reviewed all of Southern's records in connection with Murphy's home. I am familiar with all of Southern's records applicable to the Murphy home.

4.    Pursuant to federal law, Southern provided Murphy with a Consumer Home Owner's Manual (the "Manual"). The Manual sets forth a Limited Warranty applicable to Murphy's home. The Limited Warranty addresses what is covered by the warranty and what is excluded from the warranty. Attached to my Declaration as Exhibit A is a true and correct copy of the Manual that was provided by Southern to Murphy. It is Southern's regular practice to maintain copies of all Manuals provided to consumers in the ordinary course of business. Manuals are considered business records of the company.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on February 7, 2008.

Don McNutt
Don McNutt

# HOMEOWNER'S MANUAL



## *"Build It Your Way"*

11/1/2000

# IMPORTANT

1.  Type or clearly print the information required on the registration card.

2.  Remove the card, seal it, and mail it.  The card is pre-addressed, and you do not have to supply postage. Please fill out and mail the card as soon as possible after you take possession of your home.

3.  This information makes it easier to identify you and to verify that you are eligible to receive warranty service.

> **Keep this booklet with your manufactured home. TITLE VI of the Housing and Community Development Act of 1974 provides you with protection against certain construction and safety hazards in your manufactured home. To help assure your protection, the manufacturer of your manufactured home needs the information that these cards, when completed and mailed, will supply. If you bought your home from a dealer, please be sure that your dealer has completed and mailed a card for you. If you acquired your home from someone who is not a dealer, you should promptly fill out and send a card to the manufacturer.  It is important that you keep this booklet and give it to any person who buys the manufactured home from you.**

THIS HOMEOWNER'S MANUAL APPLIES TO HOMES SOLD AFTER NOVEMBER 1, 2000.

©2000 Southern Energy Homes, Inc.

**Home Owner**              **ORIGINAL  HOME OWNER REGISTRATION CARD**              **Retailer**

First Name                          Last Name

Company Name                                    Salesperson Name

Address

Mailing Address

City (              )                              State          Zip

City (              )          State          Zip

Phone

Home Phone (              )

Date of Delivery or Occupancy

Work/Other Residence

Home Financed By                              ☐ Paid Cash

**IMPORTANT**
**Affix Label**
**or Hand Print**

Plant Name and #

Brand Name

**Manufacturer Information**

Mfg. Date

Model #                    Serial #                    Retailer #

**DESIGN WIND ZONE**
_____ STANDARD WIND ZONE 1
_____ HURRICANE RESISTIVE ZONE 2
_____ HURRICANE RESISTIVE ZONE 3

**DESIGN ROOF LOAD**
_____ SOUTH - 20 PSF
_____ MIDDLE - 30 PSF
_____ NORTH - 40 PSF

**DESIGN THERMAL ZONE**
_____ THERMAL ZONE 1
_____ THERMAL ZONE 2
_____ THERMAL ZONE 3

---

**Home Owner**              **2ND HOME OWNER REGISTRATION CARD**              **Retailer**

First Name                          Last Name

Company Name                                    Salesperson Name

Address

Mailing Address

City (              )                              State          Zip

City (              )          State          Zip

Phone

Home Phone (              )

Date of Delivery or Occupancy

Work/Other Residence

Home Financed By                              ☐ Paid Cash

**IMPORTANT**
**Affix Label**
**or Hand Print**

Plant Name and #

Brand Name

**Manufacturer Information**

Mfg. Date

Model #                    Serial #                    Retailer #

**DESIGN WIND ZONE**
_____ STANDARD WIND ZONE 1
_____ HURRICANE RESISTIVE ZONE 2
_____ HURRICANE RESISTIVE ZONE 3

**DESIGN ROOF LOAD**
_____ SOUTH - 20 PSF
_____ MIDDLE - 30 PSF
_____ NORTH - 40 PSF

**DESIGN THERMAL ZONE**
_____ THERMAL ZONE 1
_____ THERMAL ZONE 2
_____ THERMAL ZONE 3

---

**Home Owner**              **3RD HOME OWNER REGISTRATION CARD**              **Retailer**

First Name                          Last Name

Company Name                                    Salesperson Name

Address

Mailing Address

City (              )                              State          Zip

City (              )          State          Zip

Phone

Home Phone (              )

Date of Delivery or Occupancy

Work/Other Residence

Home Financed By                              ☐ Paid Cash

**IMPORTANT**
**Affix Label**
**or Hand Print**

Plant Name and #

Brand Name

**Manufacturer Information**

Mfg. Date

Model #                    Serial #                    Retailer #

**DESIGN WIND ZONE**
_____ STANDARD WIND ZONE 1
_____ HURRICANE RESISTIVE ZONE 2
_____ HURRICANE RESISTIVE ZONE 3

**DESIGN ROOF LOAD**
_____ SOUTH - 20 PSF
_____ MIDDLE - 30 PSF
_____ NORTH - 40 PSF

**DESIGN THERMAL ZONE**
_____ THERMAL ZONE 1
_____ THERMAL ZONE 2
_____ THERMAL ZONE 3




# BUSINESS REPLY MAIL
### FIRST-CLASS MAIL PERMIT NO. 9 ADDISON AL

#### POSTAGE WILL BE PAID BY THE ADDRESSEE

**SOUTHERN ENERGY HOMES**
**PO BOX 390**
**ADDISON AL  35540-9987**

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES






# BUSINESS REPLY MAIL
### FIRST-CLASS MAIL PERMIT NO. 9 ADDISON AL

#### POSTAGE WILL BE PAID BY THE ADDRESSEE

**SOUTHERN ENERGY HOMES**
**PO BOX 390**
**ADDISON AL  35540-9987**

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES







# BUSINESS REPLY MAIL
### FIRST-CLASS MAIL PERMIT NO. 9 ADDISON AL

#### POSTAGE WILL BE PAID BY THE ADDRESSEE

**SOUTHERN ENERGY HOMES**
**PO BOX 390**
**ADDISON AL  35540-9987**

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



# Welcome to Southern Energy Homes

Dear New Homeowner:

Home ownership brings a certain pride, a sense of accomplishment and a reassuring peace of mind. These values build memories to be treasured by family and friends year after year.

This Homeowner's Manual will help you learn about your new home and how to enjoy all of its features. It includes sections on maintenance and helpful tips.

So, welcome to the growing Southern Energy Homes family. Remember, we're here when you need us. If you have a question that is not answered in this Manual or need further assistance, do not hesitate to contact the appropriate division.

We wish you many happy years in your new home.

Sincerely,

*Southern Energy Homes*

# Table of Contents

WELCOME TO SOUTHERN ENERGY HOMES ............................................................. 5

ONE YEAR LIMITED WARRANTY ........................................................................ 7

LIMITED WARRANTY DOES NOT COVER ............................................................... 8

HOMEOWNER'S MANUAL ................................................................................ 9
   Electrical System ...................................................................................... 9
   Appliances .............................................................................................. 9
   Home Safety ............................................................................................ 9
   Fire Safety .............................................................................................. 9
      Smoke Detectors ................................................................................ 9
      Emergency Exits ................................................................................. 9
      Systems Safety ................................................................................. 10
      Wind Safety ...................................................................................... 10
   Setting-Up and Anchoring Your Home ........................................................ 10
      Home Site ........................................................................................ 10

CARING FOR YOUR HOME ............................................................................. 12
   Owner's Maintenance Responsibility ......................................................... 12
   Exterior Maintenance ............................................................................... 12
      Caulking & Sealants ............................................................................ 12
      Finished Wood Walls .......................................................................... 12
      Finished Metal Walls & Vinyl Siding ..................................................... 12
      Frame ............................................................................................... 12
      Roofs ............................................................................................... 12
      Locks & Latches ................................................................................ 12
      Windows ........................................................................................... 12
   Interior Maintenance ............................................................................... 13
      Condensation and Ventilation ............................................................. 13
      Reducing Moisture ............................................................................. 13
      Increasing Ventilation ........................................................................ 14
      Fuel Burning Heating Devices .............................................................. 14
      Heating and Air Circulation System ..................................................... 15
      Fuel Oil Furnace System .................................................................... 15
      Gas (LP or Natural) Furnace System .................................................... 15
      Electrical Heating Systems ................................................................. 15
      Plumbing Fixtures ............................................................................. 15
         Fiberglass, Acrylic or Other Plastic Fixtures .................................. 16
         Porcelain Fixtures .......................................................................... 16

TROUBLESHOOTING GUIDE FOR YOUR HOME ...................................................... 17
   Electrical Troubleshooting ....................................................................... 17
   Plumbing System Troubleshooting ............................................................ 18
   Heating/Air Condition System Troubleshooting ............................................ 18
   Structural Troubleshooting ...................................................................... 18
   Roof Noise ............................................................................................. 19
   Living Tips .............................................................................................. 19

MOVING YOUR HOME .................................................................................. 20

MORE ABOUT YOUR HOME ........................................................................... 21
   Protecting Your Investment With Insurance ................................................. 21
   Data Plate ............................................................................................. 21
   Manufactured Home Diagrams .................................................................. 21

STATE ADMINISTRATIVE AGENCIES ................................................................ 22

IMPORTANT INFORMATION .......................................................................... 23
   Important Health Notice .......................................................................... 23
   Manufactured Housing Standards Act ....................................................... 23

HOME MAINTENANCE INSPECTION CHART ........................................................ 24

HOME MAINTENANCE SCHEDULE ................................................................... 25

INDEX ..................................................................................................... 26

# *Your Southern Energy Homes*
## One Year Limited Warranty

For purposes of this Limited Warranty, the terms set forth below have the following meanings:

- ❑ "Defect(s)" means any failure to comply with an applicable Federal manufactured home safety and construction standard that was in effect when the Home was manufactured, except to the extent that such failure is excluded or otherwise not covered by this Limited Warranty.

- ❑ "Home" means a new home manufactured by Southern Energy and purchased by the Original Consumer Purchaser(s).

- ❑ "Original Consumer Purchaser(s)" means the individual(s) who bought the Home from a dealership and who use the Home for personal, family, or household purposes (rather than for commercial or industrial purposes).

- ❑ "Southern Energy" means Southern Energy Homes, Inc. and one of its divisions. (Southern Energy Homes, Southern Lifestyle Homes or Southern Homes) or AL/TEX Homes, Inc., doing business as Southern Energy Homes of Texas, where applicable.

- ❑ "Warranty Period" means a period of 12 months, which period begins when a Home is delivered to the Original Consumer Purchaser(s) or the designee of the Original Consumer Purchaser(s).

Southern Energy extends this Limited Warranty to the Original Consumer Purchaser(s) of any Home, and the enforceability of this Limited Warranty is limited to the Original Consumer Purchaser(s).

Subject to the terms and conditions set forth in this Limited Warranty, Southern Energy warrants that Home will be free from Defects during the Warranty Period.

In the event that (a) the Home contains a Defect which was present at the time of its manufacture, (b)Southern Energy is provided with written notice of the Defect (as provided for hereafter) during the Warranty Period, (c) such Defect is covered by this Limited Warranty, and (d)such Defect is not excluded from this Limited Warranty, Southern Energy will either (1) repair or cause the repair of the Defect or (2) replace or cause the replacement of the component in which the Defect appears. Southern Energy shall elect whether to repair or replace a component in which a Defect appears. Note: Replacement parts may have slight variations in color.

To obtain performance of Southern Energy's obligations under this Limited Warranty, the Original Consumer Purchaser must provide the appropriate division of Southern Energy with written notice identifying the Defect and requesting warranty service. The following are the addresses and telephone numbers for the divisions responsible for the performance of obligations under this Limited Warranty:

SOUTHERN ENERGY HOMES (AND ENERGY II)
(256) 747-1544. Fax (256)747-2963
P.O. Box 269, Addison, Alabama 35540

SOUTHERN LIFESTYLE HOMES (AND LIFESTYLE II)
(256) 747-1506. Fax (256)747-1574
P.O. Box 299, Addison, Alabama 35540

SOUTHERN HOMES (AND II, III, & IV)
(205) 489-3433. Fax (205)489-3447
P.O. Box 639, Double Springs, Alabama 35553

AL/TEX HOMES, INC. D/B/A
SOUTHERN ENERGY HOMES OF TEXAS
(817) 847-1355. Fax (817)847-0332
8701 Harmon Road, Ft. Worth, Texas 76179

If the division responsible for performing obligations under this Limited Warranty has not resolved your problems within a reasonable time period, then please contact the Southern Energy Corporate Offices either by mail or telephone.

SOUTHERN ENERGY CORPORATE OFFICE
(256) 747-8589 Fax (256)747-8586
P.O. Box 390, Addison, Alabama 35540

The address of the division that manufactured the Home covered by this Limited Warranty is indicated on either the front of your Homeowner's Manual or the Data Plate, located in your Home. To learn more about the Data Plate, see page 21 of this Homeowner's Manual.

**SOUTHERN ENERGY EXPRESSLY DISCLAIMS ANY IMPLIED WARRANTIES OF ANY KIND OR NATURE. TO THE EXTENT APPLICABLE LAW PROHIBITS THE DISCLAIMER OF ANY IMPLIED WARRANTY, AND IN THE EVENT THAT SUCH IMPLIED WARRANTY IS OTHERWISE EXTENDED AS A MATTER OF LAW, SUCH WARRANTY IS LIMITED IN DURATION TO A PERIOD OF ONE YEAR. IN NO EVENT SHALL SOUTHERN ENERGY HAVE ANY LIABILITY TO THE ORIGINAL CONSUMER PURCHASER(S) OR ANY OTHER PERSON FOR ANY INCIDENTAL OR CONSEQUENTIAL DAMAGES.**

**SOME STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.**

# Limited Warranty

**THE LIMITED WARRANTY DOES NOT COVER THE FOLLOWING:**

- ❑ Any Home moved from the site where the Home originally was set-up.

- ❑ Any Home installed or located outside the Continental United States.

- ❑ Subject to applicable law, any item manufactured or installed by a third party, including appliances or accessories; provided that if Southern Energy installs an item manufactured by a third party, this Limited Warranty will cover Defects resulting from improper installation.

- ❑ Expenses incurred to repair the Home which are not approved by Southern Energy in advance.

- ❑ Defects or damages resulting from:

  - ◆ Improper transportation, unless such Defect results from improper transportation by Southern Energy.

  - ◆ Improper installation, leveling or re-leveling of the Home or installation of skirting or other accessories provided by your retailer.

  - ◆ Failure to properly seal a multi-section Home.

  - ◆ Failure to properly install plumbing and electrical "cross-overs" and connections.

  - ◆ Settling of the Home or shifting soil conditions (such as glass/mirror cracking or breakage, door adjustments, minor drywall and ceiling cracks).

  - ◆ The use of a kerosene heater or other type of fuel-burning portable heater in the Home.

  - ◆ Frozen pipes.

  - ◆ Any structures attached to the Home.

  - ◆ Abuse, misuse, negligence, accident, theft, vandalism, natural disasters or acts of God.

  - ◆ Alteration or modification of the Home.

  - ◆ Condensation.

- ◆ Inadequate drainage from beneath the Home.

- ◆ Normal deterioration due to wear or exposure.

- ◆ Wear and tear in stock and display homes.

- ◆ Lack of maintenance.

- ◆ Failure to comply with instructions contained in the Homeowner's Manual or the Southern Energy Installation Manual.

- ❑ Cosmetic damage or imperfections including, but not limited to, the following:

  - ◆ Broken, chipped or scratched glass, mirrors, or electrical cover plates.

  - ◆ Dents, gouges, scratches, or scuffs in vinyl floor coverings, walls, doors, cabinets, moldings, countertops, appliances, or plumbing fixtures, including toilet seats, shower stalls and tubs.

  - ◆ Stains, cuts and/or tears in and on carpets, floor coverings, and window treatments.

  - ◆ Damaged or stained hardware (such as door pulls, knobs, towel bar, etc.), shower doors, exterior siding, trim or shutters.

  - ◆ Broken, missing or loose trim or gaps in trim.

  - ◆ Minor drywall and ceiling cracks.

  - ◆ Torn or damaged window screens or shower curtains.

Even though cosmetic damage or imperfections are not covered by the Limited Warranty, should any of the above items be present at the time the Home is delivered to the Original Consumer Purchaser, Southern Energy will repair or cause the repair or replace or cause the replacement of such cosmetic damage or imperfection, provided you give Southern Energy written notice of such cosmetic damage or imperfection within thirty (30) days of the date when the Home was delivered.

**THIS LIMITED WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH MAY VARY FROM STATE TO STATE.**

**THE REMEDIES PROVIDED IN THIS LIMITED WARRANTY ARE YOUR EXCLUSIVE REMEDIES. SOUTHERN ENERGY IS NOT RESPONSIBLE FOR ANY UNDERTAKING, REPRESENTATION, OR WARRANTY MADE BY ANYONE OTHER THAN SOUTHERN ENERGY.**

# *Your Southern Energy Homes*
# Homeowner's Manual

This section of the Homeowner's Manual will familiarize you with general information about your Home's systems and some safety and security considerations.

## ELECTRICAL SYSTEM

Your electrical system is grounded and is protected by circuit breakers located in the electrical service panel box. Branch circuits are usually grouped for convenience and are labeled for easy identification.

Two or more 20-ampere, 115-volt circuits are provided for the kitchen and dining areas. Other general purpose outlets throughout the Home are on 15-ampere circuits. Bathroom, certain kitchen, and outdoor outlets are protected by Ground Fault Current Interrupters (GFCI).

If heating or other appliances in your Home require 230-volt circuits, these circuits will have separate breakers and are clearly identified.

If circuit overloads or shorts occur, the breaker will "trip," and the circuit will be disconnected. After the fault is corrected, restore power to the circuit by resetting the breaker.

See the Troubleshooting Guide section of your Homeowner's Manual for more information.

---

### WARNING

**If your home is equipped with an electric water heater, be sure it is filled before the circuit breaker is turned on. Otherwise, the heating element may be damaged.**

---

## APPLIANCES

Your Home is equipped with brand name appliances and equipment. Owner's manuals and warranties are provided for each appliance. Follow the appliance manufacturer's instructions for operation and maintenance. For other information and service, contact the appliance manufacturer's representative or authorized factory service center in your area.

## HOME SAFETY

Apart from the standard materials and construction techniques that make your Home safe, several safety devices and features have been included in its design.

❑ **Fire Safety**

♦ **Smoke Detectors** — Depending on your manufactured Home's floor plan, one or more smoke detectors are located near the bedrooms next to the ceiling. These smoke detectors operate as part of the Home's electrical system and could become disabled during an electrical fire. Instructions for operating and testing these devices are included in your Homeowner's Information Packet. You should locate and become familiar with these devices. Periodically, press the test button to ensure the alarm sounds. **If you desire a battery-operated smoke detector as a backup in case your electrical system becomes inoperative, check with your local hardware store.**

♦ Emergency Exits — At least two exterior doors and labeled bedroom windows have been designed for use as emergency exits. DO NOT BLOCK THESE EXITS WITH FURNITURE OR STORED MATERIALS. Learn the location of all doors and windows and how to operate them. As part of your Home emergency planning, develop and practice emergency procedures with your family. Review your emergency exit procedures and teach

9

# All About Your Home

each member of your family how to leave the Home as quickly and safely as possible. Conduct an occasional fire drill.

❏  **Systems Safety**

Electrical, plumbing and heating systems of your manufactured Home may be rendered unsafe through improper use or treatment, and hazards may result. Refer to the "Troubleshooting Guide" section of this Homeowner's Manual for ways to avoid such hazards. If these systems ever require service or modification, always consider how the modification or service will affect the system or other related systems. Replacement components should always be rated equal to or better than the original and must be compatible with other system components.

❏  **Wind Safety**

Your Southern Energy Installation Manual contains detailed instructions on how to anchor your Home. If your Home is not properly anchored, it is highly susceptible to damage when high wind conditions occur.

## SETTING-UP AND ANCHORING YOUR HOME

With your manufactured home, you will be provided with a Southern Energy Installation Manual explaining the recommended procedures to be followed in setting up your manufactured home, including:

(1)  site preparation procedures;

(2)  the types of foundations for which the Home was designed;

(3)  procedures for leveling the Home;

(4)  procedures for connecting the utilities;

(5)  suggested anchoring procedures for wind-upset and sliding. Your manufactured home retailer is responsible for arranging for delivery of the home to your site and properly installing, or arranging for installation of the home at the site. Consult with your retailer to obtain additional information concerning set-up and anchoring services. Your manufactured home should be professionally inspected after it is set-up to assure that it has not been damaged in transit and is properly set-up.

(6)  guidelines for the installation of a ground vapor barrier. We require that a polyethylene sheeting or another type of moisture retarder be placed on the ground under your Home. This material is intended to reduce the movement of moisture. Repair any tears, gaps, or holes. If you use the space under your Home for storage, place items carefully so the moisture retarder is not damaged. Use a minimum of six-mil polyethylene sheeting or its equivalent, cover the entire area under the Home with the sheeting and overlap it at least 12 inches at all joints.

❏  **Home Site**

After your Home is properly set up, you may need to do periodic inspections or maintenance on the site and the Home installation.

Here are some things you should consider:

Your Home may have been installed with optional skirting that encloses the crawl space. In addition to enhancing your Home's beauty, the skirting reduces the movement of air under your Home and can significantly affect your heating and air conditioning needs. In climates with extreme winter temperatures, skirting will reduce the possibility of freeze damaged plumbing.

The skirting must be vented to allow the dissipation of moisture from the ground. If the vents are not

# All About Your Home

provided or are blocked, moisture may build up under your Home and, over time, cause damage to structural components. Be sure to check your skirting at least yearly. Make sure vents are not blocked.

Skirting, if used shall be of durable materials suitable for exterior exposures. Skirting must not be attached in a manner that can cause water to be trapped between the siding or trim to which it is attached. The skirting should be recessed under the siding or trim. Most local codes do not permit wood, including lumber and all wood siding used for skirting, to be used within six (6) inches of the ground unless it is pressure treated to prevent decay and termite infestations.

Ventilation shall be provided for the crawl space at a minimum of one square foot of free area for every 150 square feet of the Home's floor area. Ventilation openings shall be placed at or near each corner of the Home and as high as practical. Openings shall be located to provide cross-ventilation on at least two opposite sides.

Dryer vents, air conditioning and/or heat pump condensation drains, and combustion air inlets must pass through the skirting to the outside.

The underside of your Home has been covered with a retarder material to protect your Home from moisture. If this protective barrier is damaged, it should be repaired immediately.

Proper drainage prevents water buildup under your Home, which may cause shifting or settling of the foundation, dampness in the Home, damage to siding and bottom board, buckling of walls and floors, and problems with the operation of doors and windows. Grade the Home site to permit water to drain from under the Home. Depending on the local landscape, ditches and culverts may be needed to drain surface runoff. If so, consult a registered engineer. When gutters and downspouts are installed, direct the runoff away from the Home.

Uneven site settling, among other things, could cause your Home to become unlevel. Its level must be checked within ninety days of installation and at least yearly thereafter. You are responsible for releveling your Home as needed. If you landscape around your Home, do so in a manner so rain water, sprinkler, or irrigation water is diverted away from your Home.

Wrap exposed fuel lines with insulating material. Occasionally, water may condense in fuel tanks and collect in fuel lines. If this water freezes, fuel delivery to the heating system and other appliances may be interrupted.

---

**WARNING**

**HEAT TAPE MUST BE UL APPROVED AND LISTED FOR MANUFACTURED HOUSING.**

---

# Caring For Your Home

## CARING FOR YOUR HOME

### ❑ Owner's Maintenance Responsibility

With the benefits of Home ownership comes the responsibility to take care of your Home and perform preventive maintenance. Some routine tasks can be performed by you. Others require the services of trained and qualified personnel. YOU ARE RESPONSIBLE FOR MINOR REPAIRS AND ADJUSTMENTS. Please remember that routine Home maintenance is not part of your warranty coverage. The cost of correcting problems that are not covered by any warranty is at your expense. Structural changes or repair of the operating equipment or electrical, gas or water systems should be attempted only by qualified service personnel.

### ❑ Exterior Maintenance

♦ **Caulking & Sealants** — Check around vents, window and door frames, and other openings in the walls at least annually. Remove any materials that are cracked, dry, or peeling away. Re-caulk or reseal with flexible, non-hardening caulks and sealants.

♦ **Finished Wood Walls** — Wood exteriors and trim materials must be painted or stained periodically to maintain their appearance and water resistance. Use latex (water based) paints and stains when repainting.

♦ **Finished Metal Walls & Vinyl Siding** — Wash exterior metal surfaces and vinyl siding as you would an automobile. Do not use abrasive cleansers or pads. Always wash the exterior metal and vinyl surfaces with mild soap and water. Do not power-wash the exterior of the Home. Do not "dry dust." Apply wax or protective sealer to metal surfaces periodically to retard oxidation and keep the colors bright.

♦ **Frame** — Your Home's frame has been coated with a rust inhibitor. If rust appears, clean the area and re-coat with a rust preventive material.

♦ **Roofs**

**Shingle Roof** — Periodically inspect the sealants around vents, joints, roof caps, and other roof penetrations. Make repairs as necessary.

**Metal Roof** — Metal roofs are made of galvanized steel sheets. Regular preventive maintenance is necessary to avoid possible damage and discomfort. After the first year, coat the entire metal roof with a good white or aluminum roof coating.

**All Roofs** — Seams, vents, flashings, and caulked joints must be resealed once a year or more often as needed. Sealants are available in many colors to match your Home's finish. Always use sealants that remain flexible. Follow the manufacturer's instructions when applying coatings and sealants.

♦ **Locks & Latches**

Lubricate locks, latches, and hinges once a year with a powdered graphite lubricant. If your manufactured Home is located in an area with very high humidity or is exposed to salt air, you should lubricate locks and latches more often.

♦ **Windows**

Be sure latches are adjusted as needed, and lubricate the window guides with a silicone spray at least once a year. Inspect the outside window frames yearly. Be sure the screws that fasten the window to the exterior wall are tight. Inspect and reseal around the window frame.

# Caring For Your Home

## ❑ Interior Maintenance

♦ **Condensation & Ventilation** — During times of the year when outdoor temperatures are cool or cold, you may experience the effects of condensation. Although condensation is a natural phenomenon, you need to know how condensation affects your Home and how these effects can be reduced or eliminated.

Here are frequently asked questions about condensation and some answers that will help you understand more about your Home and how to keep it comfortable.

**Q.** – In cold weather, my windows look like they're sweating. Is that condensation?

**A.** – Yes. Your windows are a good way to know if the humidity in your Home is too high.

**Q.** – Isn't my insulation supposed to keep my Home warm or cool? Is something wrong with my Home?

**A.** – Your insulation is designed to help keep your Home comfortable in the climate area for which your Home was designed. There is nothing wrong with your Home. Quite the opposite is true. The windows and doors in your Home are tightly sealed. Air has a hard time getting through to the outside.

**Q.** – Where does all the water come from?

**A.** – Moisture in the air comes from many sources. Some of the most common include:

| | |
|---|---|
| Cooking | Dishwashing |
| Floor mopping | Bathing |
| Clothes drying | Aquariums |
| Gas appliances | House plants |
| Humidifiers | |

Just normal living adds a lot of water to the air.

**Q.** – What will all this water do to my Home?

**A.** – The least it will do is fog your windows. If it is really cold outside, frost or even clear ice could form on the inside of the glass. The damage caused by excessive humidity can be invisible, and worse, expensive to fix. Please remember that this damage is not covered under your Limited Warranty.

**Q.** – What can I do to reduce or eliminate condensation problems in my Home?

**A.** – The two most important things are:

**(1) reduce the amount of moisture in the air and (2) increase ventilation. Helpful tips are discussed below.**

♦ Reducing Moisture

Here are tips to help you reduce the moisture in your Home:

1. Make sure the ground under the Home is covered by a vapor retarder material and repair any openings. Repair all openings in the bottom board on the underside of your Home.

2. VENT APPLIANCES TO THE OUTSIDE. Your clothes dryer should always be vented to the outside according to the dryer manufacturer's installation instructions. If skirting is installed around your Home, the dryer moisture must be vented outside the skirting.

3. Avoid placing pans of water on the stove or in heat ducts to raise the humidity.

4. If you operate or use vaporizing inhalers or similar devices, always provide adequate ventilation.

5. NEVER use open flame gas or kerosene-burning heaters indoors.

6. Make sure any drains from air conditioners and heat pumps do not deposit water under the Home.

13

## Caring For Your Home

◆ **Increasing Ventilation**

Helpful tips to increase ventilation:

1. Use the kitchen and bath exhaust fans when cooking or bathing.

2. Open doors or windows.

3. Do not tape windows or doors.

4. Avoid crowding closets.

5. Avoid locating heavy, upholstered furniture tightly against walls.

6. Stock kitchen and bath cabinets to allow free air circulation.

7. Open drapes over windows as often as possible.

8. Confirm with your retailer and air conditioning contractor that the proper size air conditioning system is installed.

9. If you have skirting installed, make sure the required cross-ventilation is installed.

10. If your furnace is equipped with a "blend air" or "positive operating system," make sure it is functioning in accordance with the manufacturer's instructions.

You can also control the humidity somewhat by controlling the heating of your Home. If the heat is a dry heat, the humidity will tend to be lower.

Here are some tips on controlling humidity with heat:

1. Clean furnace air filters regularly to keep good air circulation.

2. Keep registers and the furnace blower clean and unobstructed. This helps air circulation.

3. Install storm windows.

4. Do not operate a humidity device on your furnace.

❑ **Fuel Burning Heating Devices**

These appliances also release large amounts of water vapor into the air that can cause moisture damage to your Home.

Do not use kerosene or other fuel-burning heating or cooking appliances inside your Home. Portable fuel-burning appliances are not safe for heating or cooking inside your Home. Asphyxiation from oxygen depletion or carbon monoxide poisoning can occur if these devices are not property vented to the outside.

**Remember:**

1. Your Southern Energy Homes Limited Warranty excludes coverage for problems caused by an open flame space heaters, including, but not limited to, kerosene heaters, LPG space heaters and natural gas space heaters.

2. Southern Energy Homes will not accept any responsibility for any resulting damage to your home or possible injury to you as a result of the use of any open flame space heaters, including, but not limited to, kerosene heaters, LPG space heaters and natural gas space heaters.

3. Studies indicate that colds, lung infections, and other illnesses increase when the room air is contaminated with gases. Unvented heaters put unhealthy gases and particles into the air. Asphyxiation is always a possibility.

14

# Caring For Your Home

4. Wall and ceiling surfaces become dirty with soot and chemicals left after kerosene is burned.

5. Unvented heaters accumulate moisture in the home which may cause condensation on the windows, wall cavities, and roof cavities. Exterior siding also may warp. Accelerated deterioration of the home is probable.

6. Home fires result from the improper use of kerosene heaters.

❑ **Heating and Air Circulation System**

Your Home is equipped with a central, forced-air heating system. See the furnace manufacturer's literature for operating, maintenance, and service information.

Read any specific instructions supplied by the furnace manufacturer concerning the installation of components on site, operation, maintenance, and lighting of any gas or fuel oil furnace before attempting to operate the heating system. Do not block the furnace combustion air intake outside the Home or the flue opening on the roof.

Service on your heating system should be performed by qualified furnace service personnel.

• Fuel Oil Furnace System — If your furnace uses fuel oil, your outside tank and supply system must be installed as recommended by the furnace manufacturer. The tank must be located safely away from fire or other hazards and must be accessible for service.

In climate areas of high humidity and temperature extremes, water may condense and collect in the bottom of the tank. This condensation can be minimized by capping the tank with a vented cap and by keeping the tank full. A proper filter, installed

in the fuel line near the tank, will help trap any dirt or water that may settle in the tank. Your fuel supplier may be able to drain or pump out troublesome dirt and water accumulations.

• Gas (LP or natural) Furnace System — Your furnace may use either LP gas or natural gas. Conversion from one gas type to another must be undertaken by a licensed professional.

• Electric Heating System — Electric furnaces require little maintenance. Refer to the service card on the furnace compartment for specific recommendations. The air circulation system is similar to that used for gas or oil systems and should be maintained as outlined in the Operator's Manual supplied with the furnace.

If your Home is a multi-section home and a flexible duct is utilized to join the trunk lines on the two halves, this flex duct should be inspected on a regular basis. Any tears or holes in the duct should be properly repaired immediately. Animals should not be allowed beneath the Home, as they can cause damage to this flexible duct. This will result in higher heating and cooling costs, as well as the possibility of moisture infiltration within the Home.

Air filters should be checked and changed regularly to prohibit dirt from clogging the circulating motors.

If an air conditioner or heat pump is added, the drain from the evaporator coil must not terminate under the Home.

❑ **Plumbing Fixtures**

Maintenance materials or parts are usually available at most hardware, building supply, or home supply stores. If you plan on leaving your home unattended and/or unheated for a long time, turn off the main water inlet valve. Wrap exposed water lines under your home with insulating material. In extremely cold climates, electric heat tape may be installed.

## Caring For Your Home

• **Fiberglass, Acrylic or Other Plastic Fixtures** —Clean the surfaces with warm water and a mild detergent. Abrasives will scratch, dull, or discolor the surface. Do not use ammonia or any cleaner containing ammonia. Repair kits are available at local hardware or paint stores that can be used to fix minor scratches or chips. Local fiberglass repair services can usually fix major damage.

• **Porcelain Fixtures** — The porcelain enamel finish on steel sinks, tubs, range tops, appliances, or other surfaces may chip or become pitted or porous if not cared for properly. Below is a list to help you protect the appearance and life of porcelain surfaces in your Home. The finishes on fixtures are not warranted.

1. Clean with warm water and mild detergent. Avoid harsh abrasive cleaners or metal pads.

2. If your porcelain surfaces become badly chipped, stained, or dirty, local hardware or plumbing dealers can recommend products that can restore the finish without damage.



# Troubleshooting Guide for Your Home

Your new Home is built with materials and attention to detail that you would find in many site-built Homes. Every Southern Energy Home must pass a series of inspections.

All Homes, no matter how carefully built, may occasionally experience minor performance disturbances that result from living in and using the Home. This Troubleshooting Guide may help you distinguish between those disturbances that require professional service and those you can easily fix. The Guide discusses several of your Home's important systems and contains a section on the structure itself.

## ❑ Electrical Troubleshooting

Electrical problems generally fall into two categories – complete power failures and specific circuit failures.

● **Complete Power Failures** — A complete power failure to your Home may result from a storm, a power company problem, or a mechanical problem, such as a faulty main breaker.

If you experience a sudden, complete power outage caused by a storm, the best thing you can do is wait for the power to be restored by the power company. Turning your circuit breakers ON and OFF will not help. If you notice power has been restored to other Homes near your Home, check your main breaker by switching it OFF and then back ON. If this does not restore power, you should contact the power company or an electrician.

Power failures caused by power company problems are similar to natural causes, and there is little you can do except wait for power to be restored. Occasionally, a damaged power pole or damage to power lines from trenching machines or similar equipment may cause a power outage to a street or block in your neighborhood while others are not affected. If power to your Home

and Homes on either side of you is out, but Homes across the street or on other nearby blocks seem unaffected, call the power company and explain the problem.

● **Specific Circuit Failures** — Problems with specific circuits in your Home generally fall into these categories:

1. *Switchable Outlets:* Some of the outlets in your Home may be wired to a wall switch. If a lamp or other electrical device plugged into an outlet doesn't work, check the room for wall switches. Try turning the switch ON. If the device works, that outlet is wired to the wall switch.

2. *Ground Fault Interrupter (GFI) Protected Outlets:* Your bathroom receptacles and receptacles located within six (6) feet of your kitchen sink and any manufacturer-installed outdoor outlets are wired to a GFI breaker or outlet. A GFI protected outlet will usually be located in the bathroom. A GFI protected breaker will be located in the service panel box. GFI Protection is designed to protect you against the hazards of line-to-ground electric faults and electrical shocks which are possible when using electrical appliances in the bathroom. If a circuit or appliance develops a potential shock hazard, the GFI device is designed to disconnect the outlet and limit your exposure time to the shock hazard caused by current leakage to ground.

The GFI device does not prevent electric shock, nor does it protect a person who comes into contact with both "hot" and neutral sides of the circuit. It does not protect against electrical circuit overloads, unless it is a Ground Fault Interrupter breaker.

Test the GFI at least once a month. To test the GFI:

(a) Push the "TEST" button. The "RESET" button should pop out, indicating the protected circuit is disconnected. To restore power, push the "RESET" button.

17

# Troubleshooting Guide for Your Home

(b) If the "RESET" button does not pop out when the test button is pushed, a loss of ground fault protection is indicated. Have the circuit checked by a qualified electrician. Do not use the circuit until the problem has been corrected.

Your Homeowner's Information Packet contains a card that can be used to record test dates. Keep the card in a conspicuous place, and keep it up to date.

3. *Appliance or Fixture Problems:* These are generally caused by shorts or other defects in the appliance's wiring. Sparks or smoke at the outlet or in the appliance indicate a short or other wiring defect. The circuit breaker will probably trip. Turn the breaker to that circuit OFF immediately. Unplug the appliance from the outlet. Turn the breaker ON. If the breaker trips again, turn it OFF and have the circuit checked by a qualified electrician.

4. *Circuit Overloads:* This is probably the most common type of circuit failure. If the total current requirement of all the appliances and devices on a circuit is more than the circuit breaker is designed to carry, the breaker will trip, disconnecting the circuit and all outlets connected to it. If this happens, unplug appliances or devices until the circuit is no longer overloaded. Occasionally, a circuit breaker may be faulty and trip even if the load on the circuit is less than the breaker capacity. In that case, the breaker should be checked and/or replaced by a qualified electrician.

❑   Plumbing System Troubleshooting

Plumbing system problems usually fall into two general categories – leaks and stoppages. If you experience either of these situations, you should seek service from a plumbing professional.

If a main water line is leaking or broken or if you have a major leak problem, turn off the main water supply to your Home.

If a faucet or fixture is leaking, turn off the water supply to that fixture.

You can adjust the temperature of your hot water by setting the control on the water heater. Be sure to allow enough time for the water to reach the desired temperature.

❑   Heating/Air Conditioning System Troubleshooting

Read the owner's manual for your heating/air conditioning system before you begin operating it. Instructions for filter cleaning and replacement, as well as other operating instructions, are in the owner's manual.

If your heating/air conditioning system fails to operate, check the circuit breaker. If the circuit breaker is tripped and continues to trip after you reset it, contact an authorized service center.

Remember, it may take ten or more hours to cool your Home if the outside temperature is over 85 degrees. Similarly, if your Home has been unheated during cold weather, the furnace may operate for many hours before the whole house is warmed.

❑   Structural Troubleshooting

If your Homesite was properly prepared and your Home properly set up and leveled, you should experience very few structural problems.

Settling of your Homesite will be the biggest single factor affecting the structure of your Home. If you notice any problems, have your Home re-leveled. Inspect your Home site. All support stands and piers should be vertical and tight up against your Home's frame members. They should be located as shown in the Southern Energy Installation Manual.

18

## Troubleshooting Guide for Your Home

❏ **Roof Noise**

If your Home has a sheet metal roof, you may occasionally hear a low pitched rumble or thumping noise during high wind conditions. This sound is normal. It is caused by the roof material flexing in the wind. After an extended period of very high winds or sharp gusts, you should inspect your roof as outlined in the maintenance section of this Manual.

❏ **Living Tips**

Walls can be damaged by door knobs. Be sure door stops are installed to prevent the interior door knobs from contacting wall surfaces.

Proper care of carpeting includes frequent vacuuming to remove surface dirt and deeper cleaning every few years by a professional carpet cleaning service. For linoleum/tile surfaces, regular mopping or waxing will help protect the finish. Use care when moving furniture or appliances across linoleum/tile surfaces. The surfaces can be cut or gouged.



# Moving Your Home

Should you have occasion to have your Home moved, a licensed, reputable firm specializing in Home moving should be retained. A qualified firm will be equipped to protect your Home and will abide by all state and local regulations.

The licensed moving company must properly prepared your manufactured Home for shipment prior to moving. Please make sure that you follow all of the directions given to you by the licensed moving company. The open portions of a multi-section Home must be braced and enclosed with weather resistant materials to ensure the protection and safety of your Home. Failure to properly prepare your manufactured Home for moving can result in damage to your manufactured Home and/or injury to people. **Your warranty will terminate should you move your Home after your Home's original installation.**

As noted above, Southern Energy strongly recommends that you follow the licensed moving company's instructions with regard to preparation of your manufactured Home for shipment. In addition, we recommend that you also prepare a checklist. You should discuss the items on the checklist with the person in charge of your move, including site preparation and set-up. Please keep in mind that there are be some things that the moving company will not handle and that you may wish to handle yourself. The following is a list of helpful tips:

(1) Remove all fragile items from your manufactured Home and pack them in moving boxes. Such items include, but are not limited to, all dishes and dishware, pictures, paintings, wall hangings, lamps, radios, televisions, and other items that are not securely fastened to the manufactured Home.

(2) To prevent damage during transit, pack and/or secure your furnishings and all loose items before your manufactured Home is moved.

(3) Secure all doors and drawers to ensure that they will not slide or swing open.

(4) To prevent the refrigerator door from opening, attach a padded strap or other restraint to the wall and secure the refrigerator to the floor using proper screws and brackets.

(5) Make sure to inquire if your Home's load is properly balanced and that the weight of your household belongings is evenly distributed.

Do not exceed the Gross Vehicle Weight Rating (GVWR) or Gross Axle Weight Rating (GAWR) of the manufactured Home. You may cause damage to the Home, and you may be liable for overweight charges or penalties. Loaded vehicle weight can be checked on public scales at most localities. Please be advised that manufactured Homes are not designed to be moving vans or trucks.

(6) Southern Energy recommends that you check the brakes, particularly if the manufactured Home has been stationary for an extended period of time. Be sure that all electrical connections are clean and firm/tight. Prior to moving your manufactured Home, damaged or worn brake linings must be replaced.

(7) Items that should not be shipped in the Manufactured Home include: steps, storage sheds, oil drums, concrete blocks, lawnmowers, boats, pianos, or large heavy boxes, etc.

In addition, you must check the entire undercarriage of your manufactured Home to make certain that there is sufficient road clearance. Check all tires for proper inflation and good condition, and make sure that wheel lugs are examined for tightness. Furthermore, wheel bearings must also be checked and, if necessary, repacked with grease and the spindle nut adjusted for proper tightness. Note: You may have to replace wheels and axles if they were removed by your retailer in connection with the sale of your Home.

(8) The water inlet and sewer outlet lines must be capped.

(9) Lock all doors and close all windows.

(10) If applicable to your manufactured Home, you must reinstall the removable hitch assembly.

(11) Obtain insurance coverage for your move to protect your interest in the event your manufactured Home is damaged in transit. Insurance is an important source of damage coverage due to collision or distress during any move. Your licensed moving company may provide such coverage, and is usually available on term or trip basis. You should inquire about coverage prior to the move.

# More About Your Home

## PROTECTING YOUR INVESTMENT WITH INSURANCE

No matter where you live, protecting your Home with insurance is wise. Many types of insurance coverage are available that cover your Home in the event of natural disasters, fire, vandalism, and other destructive forces. Be sure your insurance advisor understands the insurance needs of manufactured Home owners.

## DATA PLATE

Each manufactured Home contains a Data Plate located inside a cabinet door under the kitchen sink or other readily accessible and visible location. This plate is an important source of identification and safety information concerning the specifics of your manufactured Home and will be useful in the event that warranty service is required. The Data Plate details the serial number, model designation, and the date and location of manufacture. Additionally, the Data Plate provides a list of all factory-installed appliances, including the manufacturer's name and the model designation of each appliance.

Safety information concerning roof load zones and wind load zones also is included on the Data Plate in the form of references to a roof load zone map and wind load zone map. The roof load zone map identifies northern locations where accumulations of snow and sleet on the roof may become dangerously heavy. The wind zone map identifies areas of the country that may be subjected to dangerously high winds or hurricanes (Wind Zones II and III). This information comes with a warning also included on the Data Plate:

> This Home has not been designed for the higher wind pressures and anchoring provisions required for ocean/coastal areas and should not be located within 1500 feet of the coastline in Wind Zones II and III, unless the Home and its anchoring and foundation system have been designed for the increased requirements specified for Exposure D in ANSI/ASCE 7-88.

The Data Plate also will indicate whether your manufactured Home is equipped with storm shutters or other protective coverings for the windows and doors. If your manufactured Home does not have storm shutters, it is strongly suggested that you equip your manufactured Home with shutters if you plan to locate your manufactured Home in Wind Zone II or III.

Lastly, the Data Plate includes a list of certification labels, one for each separately transportable manufactured section of your manufactured Home.

## MANUFACTURED HOME DIAGRAMS

You can obtain diagrams of the structural, electrical, plumbing, heating, cooling and transportation systems from your retailer or Southern Energy.



# State Administrative Agencies

If Southern Energy is unable to resolve any issue concerning your manufactured home, then please contact your State's administrative agency at the following addresses and telephone numbers below:

**ALABAMA**
Manufactured Housing
Commission
350 South Decatur Street
Montgomery, Alabama 36104
(334) 242-4036

**ARIZONA**
Dept. of Building & Fire Safety
Office of Manufactured Housing
99 East Virginia, Suite 100
Phoenix, AZ 85004
(602) 255-4072

**ARKANSAS**
Arkansas Manufactured Home
Commission
523 South Louisiana Street
Suite 500, Lafayette Building
Little Rock, AR 72201
(501) 324-9032

**CALIFORNIA**
Dept. of Housing &
Community Development
Division of Codes and Standards
Manufactured Housing Section
1800 3rd St., Suite 260
Sacramento, CA 95814
(916) 445-3338

**COLORADO**
Housing Division
Department of Local Affairs
1313 Sherman Street, Suite 518
Denver, CO 80203
(303) 866-2033

**FLORIDA**
Bureau of Mobile Home & RV
Division of Motor Vehicles
2900 Apalachee Pky.
Room A-129
Tallahassee, FL 32399-0640
(850) 488-8600

**GEORGIA**
Manufactured Housing Division
State Fire Marshal's Office
#2 Martin Luther King, Jr. Drive
#620 West Tower
Atlanta, GA 30334
(404) 656-9498

**IDAHO**
Division of Building Safety,
Building Bureau
277 North Sixth Street,
Suite 100, P.O. Box 83720
Boise, ID 8372-0060
(208) 334-3896

**INDIANA**
Codes Enforcement Division
Dept. of Fire & Bldg Services
402 W. Washington St.,
Room W-246
Indianapolis, IN 46204-2739
(317) 232-6422

**IOWA**
Iowa State Building Code Bureau
Dept. of Public Safety
621 East Second Street
Des Moines, IA 50309-1831
(515) 281-5821

**KENTUCKY**
Manufactured Housing Division
Dept. of Housing, Building
and Construction
1047 U.S. 127 South, Suite #1
Frankfort, KY 40601-4337
(502) 564-3626

**MAINE**
Manufactured Housing Board
Dept. of Professional and
Financial Regulation
35 State House Station
Augusta, ME 04333
(207) 624-8612

**MARYLAND**
Dept. of Economic & Community
Development, Maryland Code
Administration
100 Community Place
Crownsville, MD 21032-2023
(410) 514-7213

**MICHIGAN**
Manufactured Housing Division,
Corporation, Securities & Land
Development Bureau
P.O. Box 30222
Lansing, MI 48909
(517) 334-6203

**MINNESOTA**
Department of Administration
Manufactured Structures Section,
MN Building Codes & Standards
121 7th Place, E. Suite 408
St. Paul, MN 55101
(612) 296-4639

**MISSISSIPPI**
Manufactured Home Division
Office of the State Fire Marshal
P.O. Box 22542
Jackson, MS 39225
(601) 354-6900

**MISSOURI**
Dept. of Manufactured Housing
and RV and Modular Units
Public Service Commission
301 W. High Street
Jefferson City, MO 65101
(573) 751-2557

**NEBRASKA**
Nebraska Public Service Comm.
Housing & Recreational Veh. Dept.
300 The Atrium, 1200 "N" St.,
P.O. Box 94927
Lincoln, NE 68509
(402) 471-0518

**NEVADA**
Dept. of Business & Industry
Manufactured Housing Division
2501 E. Sahara Ave., Suite 204
Las Vegas, NV 89104
(702) 486-4135

**NEW JERSEY**
New Jersey Division of
Codes & Standards
Bureau of Code Services
P.O. Box 816
Trenton, NJ 08625-0816
(609) 530-8833

**NEW MEXICO**
Manufactured Housing Division
Regulation & Licensing Dept.
(Office of the Director)
725 St. Michael's Drive
Santa Fe, NM 87504
(505) 827-7070

**NORTH CAROLINA**
Manufactured Building Division
Department of Insurance
410 N. Boylan Ave.
Raleigh, NC 27603
(919) 733-3901

**OREGON**
Dept. of Consumer &
Business Services Bldg Codes Div.
P.O. Box 14470
Salem, OR 97309
(503) 378-5975

**PENNSYLVANIA**
Manufactured Housing Division
Community Development &
Housing Office
Dept. of Community Economy
Development, 314 Forum Bldg
Harrisburg, PA 17120-0155
(717) 720-7413

**RHODE ISLAND**
Building Code Commission
Dept. of Administration
One Capitol Hill
Providence, RI 02908-5859
(401) 222-3033

**SOUTH CAROLINA**
South Carolina Dept. of Labor
Licensing & Regulation
Real Estate & Building
Code Professions
110 Centerview Drive, Suite 102
Columbia, SC 29211-1329
(803) 896-4688

**SOUTH DAKOTA**
Commercial Inspection &
Regulation Div., Dept. of
Commerce & Regulations
118 W. Capitol Avenue
Pierre, SD 57501-5057
(605) 773-3697

**TENNESSEE**
Codes and Standards
Division of Fire Prevention
3rd Floor, 500 James
Robertson Pkway
Nashville, TN 37243-1160
(615) 741-7170

**TEXAS**
Manufactured Housing Div.
Dept. of Housing &
Community Affairs
507 Sabine Street, 10th Floor
Austin, TX 78701
1-800-500-7074

**UTAH**
Div. of Occupational &
Professional Licensing
Dept. of Commerce
P.O. Box 146741
Salt Lake City, UT 84114-6764
(801) 530-6727

**VIRGINIA**
Manufactured Housing Office
Dept. of Housing & Community
Development
Jackson Ctr. 501 N. Second St.
Richmond, VA 23219
(804) 371-7160

**WASHINGTON**
Office of Manufactured Housing
Dept. of Community
Trade & Economic Development
906 Columbia St., SW
Olympia, WA 98504-8300
(360) 586-1362

**WEST VIRGINIA**
West Virginia Div. Of Labor
#319, Bldg #3, Capital Complex
Charleston, WV 25305
(304) 586-1362

**WISCONSIN**
Dept. of Commerce
Manufactured Homes, Safety &
Building Division
201 W. Washington Ave.
P.O. Box 7332
Madison, WI 53707-7302
(608) 266-8577

## Important Information

### PLEASE NOTE

### IMPORTANT HEALTH NOTICE

Some of the building materials used in your Home emit formaldehyde. Eye, nose, and throat irritation, headache, nausea, and a variety of asthma-like symptoms, including shortness of breath, have been reported as a result of formaldehyde exposure. Elderly persons and young children, as well as anyone with a history of asthma, allergies, or lung problems, may be at greater risk. Research is continuing on the possible long term effects of exposure to formaldehyde.

Reduced ventilation resulting from energy efficiency standards may allow formaldehyde and other contaminants to accumulate in the indoor air. Additional ventilation to dilute the indoor air may be obtained from a passive or mechanical ventilation system offered by the manufacturer. Consult your retailer for information about the ventilation options offered with your Home.

High indoor temperatures and humidity raise formaldehyde levels. When a Home is to be located in areas subject to extreme summer temperatures, an air-conditioning system can be used to control indoor temperature levels. Check the comfort cooling certificate to determine if your Home has been equipped or designed for the installation of an air-conditioning system.

If you have any questions regarding the health effects of formaldehyde, consult your doctor or local health department.

### MANUFACTURED HOUSING STANDARDS ACT

The National Manufactured Housing Construction and Safety Standards Act of 1974 was enacted to improve the quality and durability of manfactured homes and to reduce the number of injuries and deaths caused by manufactured home accidents. The Federal Manufactured House Construction and Safety Standards issued under the Act govern how manufactured homes must be constructed. Your Home was manufactured to the standards. The standards cover the planning and construction of your Home. They were developed so that you would have a safe, durable Home. The standards do not cover such aspects of the Home as furniture, carpeting, certain appliances, cosmetic features of the Home and additional rooms or sections of the manufactured home that you have added. The Act provides that if for some reason your manufactured Home is found not to meet the standard or to contain safety hazards, the manufacturer of the Home must notify you of that fact. In some cases where there is a safety hazard involved, the Act requires the manufacturer to correct the manufactured home at no cost to you or to replace the Home or refund all or a percentage of the purchase price. If you believe you have a problem for which the Act provides a remedy, you should contact the manufacturer (Southern Energy), the manufactured Home agency in your state (see the list on page 22 of this manual), or the Department of Housing and Urban Development. Our address is set forth in this Homeowner's Manual. We recommend that you contact us first because that is the quickest way to have your complaint considered.

23

# Home Maintenance Inspection Chart

You are responsible for taking proper care of your Home. If you follow the instructions in this Manual and the instructions in the Owner's/Operator's Manuals for your appliances and other systems, your Home should be comfortable and efficient for many years.

Use this maintenance chart to remind you of important items that need regular attention. More detailed instructions for your appliances may be included in the Operator's Manuals for those appliances. Items marked with an asterisk (*) should be maintained as outlined in the Operator's Manual or tags/labels supplied with or attached to the item.

❑   **Once Each Year**

Air conditioning system*
Clothes dryer*
Clothes washer*
Kitchen & bath vent fans
Furnace*
Microwave oven*
Stove & oven*
Trash compactor*
Fire extinguisher*
Skirting
Metal roof
Exterior finish
Exterior caulking/sealants
Shingle roof

❑   **Every Three Months**

Evaporative cooler*
Water heater*
Windows/doors
Anchors & tie downs
Locks & latches

❑   **Every Month**

Smoke Detector*
Furnace/air conditioner filters
Ground Fault Interrupter (GFI)

Here is a seasonal checklist you can use to help you keep your home in good condition.

❑   **Spring**

Check anchoring system
Inspect roof
Wash & wax exterior (metal siding only)
Check fuel tank monthly for dirt and water
Check kitchen & bath exhaust fans
Clean interior walls

❑   **Fall**

Clean furnace
Top up heating fuel supply
Check anchor ties
Wrap exposed oil lines
Check fuel oil system
Check heat tapes on water lines, if installed

❑   **Summer**

Check air conditioning system
Clean or replace air filters
Inspect roof
Check exterior caulking and sealants
Check kitchen & bath exhaust fans

❑   **Winter**

Lubricate window mechanisms

# Home Maintenance Schedule

| DATE | MAINTENANCE | DATE | MAINTENANCE |
|------|-------------|------|-------------|
|      |             |      |             |
|      |             |      |             |
|      |             |      |             |
|      |             |      |             |
|      |             |      |             |
|      |             |      |             |
|      |             |      |             |
|      |             |      |             |
|      |             |      |             |
|      |             |      |             |
|      |             |      |             |
|      |             |      |             |
|      |             |      |             |
|      |             |      |             |
|      |             |      |             |
|      |             |      |             |
|      |             |      |             |
|      |             |      |             |
|      |             |      |             |
|      |             |      |             |
|      |             |      |             |
|      |             |      |             |
|      |             |      |             |
|      |             |      |             |
|      |             |      |             |
|      |             |      |             |
|      |             |      |             |
|      |             |      |             |
|      |             |      |             |
|      |             |      |             |
|      |             |      |             |
|      |             |      |             |

# Index

**–A–**
acrylic plumbing fixtures, 16
air circulation system, 15
air conditioning troubleshooting, 18
appliances, 9
appliance problems, 18

**–C–**
caring for your home, 12
caulking and sealants, 12
circuit overloads, 18
condensation, 13
cosmetic damage, 8

**–D–**
damage, 8
data plate, 21
defect, 7, 8
drainage, 11
dryer vents, 11

**–E–**
electric heating system, 15
electrical system, 9
electrical troubleshooting, 17
emergency exits, 9
exterior maintenance, 10

**–F–**
fiberglass plumbing fixtures, 16
finished metal walls and vinyl siding, 12
finished wood walls, 12
fire safety, 9
    emergency exits, 9
    smoke detectors, 9
fixture problems, 18
formaldehyde, 23
frame, 12
fuel burning heating devices, 14
fuel oil furnace system, 15

**–G–**
gas, 15
ground fault interrupter, 17

**–H–**
health notice, 23
heating and air circulation system, 15
Home, 7
Homeowner's Manual, 9–25
home maintenance inspection chart, 24
home safety, 9
home site, 10

**–I–**
imperfections, 8
insurance, 21
interior maintenance, 13

**–L–**
Limited Warranty, 7-8

living tips, 19
locks and latches, 12

**–M–**
maintenance, 12
    exterior, 12
    inspection chart, 24
    interior, 13
    owner's responsibility, 12
manufactured home diagrams, 21
Manufactured Housing Standards Act, 23

**–O–**
Original Consumer Purchaser, 7
owner's maintenance responsibility, 12

**–P–**
plastic plumbing fixtures, 16
plumbing fixtures, 15
    acrylic, 16
    fiberglass, 16
    plastic, 16
    porcelain, 16
plumbing system troubleshooting, 18
porcelain plumbing fixtures, 16
power failures, 17

**–R–**
roofs, 12
    all roofs, 12
    metal, 12
    shingle, 12
roof noise, 19

**–S–**
setting-up and anchoring your home, 10
skirting, 11
Southern Energy, 7
specific circuit failures, 17
state administrative agencies, 22
switchable outlets, 17
systems safety, 10

**–T–**
Troubleshooting Guide, 17–19
    air conditioning, 18
    electrical, 17–18
    heating, 18
    plumbing, 18
    roof noise, 19
    structural, 18

**–V–**
ventilation, 11, 13, 14
vinyl siding, 12

**–W–**
Warranty Period, 7
wind safety, 10
windows, 12
walls, 12
    finished metal, 12
    finished wood, 12

26



World-Wide Web address:

www.SouthernEnergyHomes.com