IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| **HAROLD KELLY MURPHY,** )   )   Plaintiff. )   )   v. )   )   **SOUTHERN ENERGY HOMES, INC.,** )   **et al.,** )   )   Defendants. ) | Case No.: 2:06-cv-618-MEF |

### DEFENDANT'S EVIDENTIARY SUBMISSION IN SUPPORT OF ITS MOTION TO EXCLUDE TESTIMONY AND OPINIONS OF PLAINTIFF'S EXPERT KONDNER DAUBERT AND REQUEST FOR IN LIMINE HEARING

COMES NOW Defendant Southern Energy Homes, Inc., submits the following as evidence in support of its motion in the above-styled matter:

    A.    Complaint

    B.    Kondner Report in *Murphy*

    C.    Kondner Deposition Excerpts from *Ford*

    D.    Kondner Deposition in *Murphy*

    E.    Declaration of David Tompos

           E-1 (CV)

           E-2 (Expert Report)

    F.    HUD Letter

    G.    Parks Deposition Excerpts from *Murphy*

    H.    Kondner Reports in *Deese*, *Ford*, and *Strickland*

    I.    Parks Report in *Murphy*

           I-1 (CV)

I-2 (Expert Report)

                                      Respectfully submitted,

                                      */s/Thomas W. Thagard III*

                                      Lee E. Bains, Jr. (BA1005)
                                      Thomas W. Thagard, III (THA006)
                                      Edward S. Sledge, IV (SLE008)
                                      Attorneys for Southern Energy Homes, Inc.

**OF COUNSEL:**

**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL  35203
(205) 254-1000 (Telephone)
(205) 254-1999 (Facsimile)
E-mail: lbains@maynardcooper.com
E-mail: tthagard@maynardcooper.com
E-mail: sledge@maynardcooper.com


W. Scott Simpson
RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, Alabama 35216-3084
205.876.1600  (Telephone)
205.876.1616  (Facsimile)
E-mail: wssimpson@ritcheysimpson.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 8, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Carter Gibson Vance**
E-mail: gibson.vance@beasleyallen.com

**Charles Lance Gould, Esq.**
E-mail: lance.gould@beasleyallen.com

      /s/Thomas W. Thagard III
      Of Counsel