```
0001
 1          IN THE UNITED STATES DISTRICT COURT
 2          FOR THE MIDDLE DISTRICT OF ALABAMA
 3                  Northern Division
 4  ----------------+
                    |
 5  ROBERT FORD, et al,    |
                    |
 6          Plaintiff,     |
                    |
 7   vs.            | Case No.:
                    | 1:06-CV-423-BH-C
 8  SOUTHERN ENERGY HOMES, INC.,  |
    et al,          |
 9                  |
            Defendants.    |
10                  |
    ----------------+
11
                Videoconference
12      Deposition of Dr. Robert L. Kondner, P.E.
13              Washington, D.C.
14          Friday, December 21, 2007
15                 2:48 p.m.
16
17
18
19
20
21  Job No. 22-119787
22  Pages 1 - 140
23  Reported by: Laurie Bangart-Smith
0002
 1           Deposition of
 2       Dr. Robert L. Kondner, P.E.
 3
 4  Held at the offices of:
 5      L.A.D. REPORTING
        1100 Connecticut Avenue
 6      Suite 850
        Washington, D.C. 20036
 7      (800)292-4789
```


EXHIBIT C

```
0010
 1  a manufactured home?
 2     A   No.
 3     Q   I think we've established through the Murphy
 4  deposition, which we just completed just 30 minutes
 5  ago, you've never built a manufactured home.
 6         MR. PELS:  Objection.
 7         You can answer.
 8         THE WITNESS:  That's correct.
 9  BY MR. SIMPSON:
10     Q   Correct?  You've never designed a
11  manufactured home?
12         MR. PELS:  Objection; relevance.
13         You can answer.
14         THE WITNESS:  Correct.
15  BY MR. SIMPSON:
16     Q   You've never seen a manufactured home
17  constructed in a factory setting?
18         MR. PELS:  Objection.
19         You can answer.
20         THE WITNESS:  Correct.
21  BY MR. SIMPSON:
22     Q   Correct?
23     A   Correct, yeah.
```

```
0011
 1     Q   You don't know how long it takes to build a
 2  manufactured home from start to finish?
 3         MR. PELS:  Objection.
 4         You can answer.
 5         THE WITNESS:  That's correct.
 6  BY MR. SIMPSON:
 7     Q   You don't personally know anybody at the
 8  Department of HUD which regulates manufactured
 9  housing?
10         MR. PELS:  Objection.
11         You can answer.
12         THE WITNESS:  That's correct.
13  BY MR. SIMPSON:
14     Q   You don't know how HUD regulations are made?
15         MR. PELS:  Objection.
16         You can answer.
17         THE WITNESS:  That's basically correct, the
18      gory details of how it's done.
19  BY MR. SIMPSON:
20     Q   You don't know who the HUD Consensus
21  Committee is or how it works?
22     A   That's correct.
23         MR. PELS:  Objection.
```

```
0012
 1  BY MR. SIMPSON:
 2      Q   You're not a HUD code expert?
 3          MR. PELS:  Objection.
 4          You can answer.
 5          THE WITNESS:  That's correct.
 6  BY MR. SIMPSON:
 7      Q   You're not a mold expert?
 8          MR. PELS:  Objection.
 9          You can answer.
10          THE WITNESS:  That's correct.
11  BY MR. SIMPSON:
12      Q   You're not a gypsum expert?
13          MR. PELS:  Objection.
14          THE WITNESS:  That's correct.
15  BY MR. SIMPSON:
16      Q   And you're not a thermographic imaging
17  expert?
18          MR. PELS:  Objection.
19          THE WITNESS:  That's correct.
20  BY MR. SIMPSON:
21      Q   You've never designed a wall system in a HUD
22  code home in your life?
23          MR. PELS:  Objection.
```

```
0013
 1         THE WITNESS:  That's correct.
 2  BY MR. SIMPSON:
 3      Q   You've never seen a (b)(1) wall fail with
 4  your own two eyes in the field in Alabama?
 5      A   That is correct.
 6      Q   You're not familiar with the other HUD code
 7  design alternatives for wall construction in an expert
 8  sense?
 9         MR. PELS:  Objection; no foundation.
10         THE WITNESS:  Would you explain that.
11  BY MR. SIMPSON:
12      Q   Yeah.  You've never designed or built a home
13  under 3280.504(b)(2)?
14      A   That's correct.
15      Q   You've never designed or built a home under
16  HUD code section 3280.503?
17      A   That's correct.
18      Q   You've never designed or built a home under
19  the waiver?
20      A   That's correct.
21      Q   You wrote the report in this case based on
22  materials the lawyers who hired you provided to you,
23  correct?
```

```
0027
 1  does it?
 2     A   Not that I see here.
 3     Q   Do you have any idea where the waiver
 4  actually is?
 5     A   Where the waiver of what is?  Oh, in this
 6  code?
 7     Q   The wall design waiver; have you ever read
 8  it?
 9     A   It would have to be back in 504.  Let's go
10  back to 504.
11     Q   Doctor, it's not in there.  Have you ever
12  read it?
13     A   I don't know whether I ever have or not.
14     Q   All right.  Let's go on to B3.  Are you
15  familiar with any of the criticisms of B3?
16         MR. PELS:  Objection; form and foundation.
17         THE WITNESS:  B3.
18  BY MR. SIMPSON:
19     Q   Sir, the question I'm asking you can't be
20  answered by looking at the HUD code.
21     A   No, I'm not.
22     Q   You've never designed a (b)(3) home, have
23  you?
```

0033
1  meter was used here by Mr. Parks?
2         MR. PELS:  Objection.
3         You can answer.
4         THE WITNESS:  Well, you could probably read
5    it right off of his photograph.
6  BY MR. SIMPSON:
7     Q   Are you an expert in moisture meters?
8     A   No, I'm not.
9     Q   Do you know if salt can affect the accuracy
10  of moisture meters?
11    A   It probably can.  I would imagine a lot of
12  other things could, too.
13    Q   Yes, sir, I agree with that.  Do you know if
14  there's any salt in gypsum?
15    A   Sodium chloride?  I do not know.
16    Q   You do not know the chemical composition of
17  gypsum?
18    A   No, I don't.
19    Q   Have you ever seen gypsum made in a factory?
20    A   No, I have not.
21    Q   How is gypsum made; do you know?
22    A   I really don't know.
23    Q   Do you know what the term "hydroscopic