kondnerdr.txt

```
17              You can answer.
18              THE WITNESS:  Well, it may be that the
19       particular specific location with the fact that
20       it's got that interior vinyl coating.  I don't
21       know why one identical to it wouldn't fail if
22       everything is the same, but things usually are
23       not -- you know, every two items are not the
0119
1        same.  It's like people.  Everyone is unique.
2        There's only one of you, one of me, one of him,
3        one of her.  That's it.
4  BY MR. SIMPSON:
5        Q    Can you give the jury a list of the things
6  that could cause a home to fail more quickly,
7  variables, with vinyl-coated gypsum?
8        A    Well, if you run the air conditioning real
9  high, then you're going to have -- you know, your
10 outside and your inside temperatures are going to be
11 different.  There's going to be a greater amount of
12 moisture that's going to lower that dewpoint, and
13 you're going to get more moisture in if you're running
14 the air conditioners real hard or real low.
15       Q    Anything else?
16       A    Well, if for some reason something happened
17 and you created a pressure difference and you got,
18 say, a negative pressure on the inside that would pull
19 more air in, that could be a reason.
20       Q    Do you know whether this home has negative
21 pressure problems?
22       A    I'd have to go back and look at Parks'
23 report to see whether he's got a negative pressure on
0120
1  there.  I don't recall.  "Slight pressure imbalance,"
2  he's got for this particular home.  He says, "The
3  ventilation system within the Murphy home has been
4  installed in an inappropriate manner which hinders its
5  effectiveness."  So he's saying here that he's got a
6  slight pressure imbalance, so he's got a negative
7  pressure.
8        Q    Do you know who's responsible for the
9  improper installation?
10             MR. PELS:  Objection.  Of what?
11             THE WITNESS:  Run that by me again.  Who?
12 BY MR. SIMPSON:
13       Q    Do you know, if at all, whether this furnace
14 is installed right?
15       A    Well, apparently Bobby Parks points to a
16 problem with it.
17       Q    Is that the limit of your familiarity, what
18 he's written there?
19       A    I haven't seen it.  He's pointing out here
20 duct leakage.  He's got that very clearly in here.
21       Q    So you think he found a problem with
22 pressure?
23       A    I think he's touched on it.  He's found
0121
1  something there.
2        Q    Well, in your judgment --
3        A    But that still doesn't relieve the fact that
4  you've got the vinyl wall, you've got the moisture
5  coming in.  It may help increase the pathway and the
6  force on it.
7        Q    Well, when you rendered your report, Doctor,
```

Page 46

kondnerdr.txt

```
 8    did you take into account Bobby's opinion that there
 9    were negative pressure problems?
10         A    I saw it.  I looked at it.
11         Q    And did that affect your opinion?
12         A    I don't know whether I mentioned that or
13    not, but . . .
14         Q    Could you be wrong about that?
15              MR. PELS:  Objection.
16              THE WITNESS:  I don't think so.
17    BY MR. SIMPSON:
18         Q    You said it was important how high the air
19    conditioning is kept, right?
20         A    Yep.
21         Q    How do these people keep their air
22    conditioner?
23         A    I don't know, but you were asking
0122
 1    hypothetical questions before, and now you're trying
 2    to take those hypothetical questions and insert it
 3    into the Murphy home.  I don't think that's quite
 4    kosher.
 5         Q    Well, you said it was important.  Is it
 6    important in every case but Murphy, or is it important
 7    for Murphy, too?
 8         A    Well, it's important, but it's an order of
 9    magnitude of effect.
10         Q    All right.  So what's the temperature of the
11    Murphy home?
12         A    I don't know.  I don't know.  I have to go
13    back and look.  Maybe they keep it at 73 degrees and
14    it's up to 80, I don't know, or maybe it's down to 67.
15    I have no way of telling.  Neither do they.
16         Q    So it's important, but you don't know for
17    this case?
18         A    I don't know for this case.  This came about
19    because you asked a hypothetical question about why
20    some that are vinyl fail and some don't, and I gave
21    you some reasons why some of them don't and why some
22    of them do.  Now, that's not necessarily reflected
23    back here in the Murphy home.
0123
 1         Q    Well, it's --
 2         A    Now you'd like it reflected in the Murphy
 3    home.
 4         Q    It's important for other homes, isn't it?
 5         A    Give me another home.  These are the only
 6    homes I know down there.
 7         Q    Dr. Kondner, for you to do a valid and
 8    thorough scientific evaluation of this home, wouldn't
 9    you need to know what the pressures are if there's
10    pressure imbalances?
11              MR. PELS:  Objection.
12              THE WITNESS:  It would be nice to know what
13         those pressures were.  He seems to think that
14         these are minor, and he has detected the moisture
15         in the inside of the wall.  It has a situation
16         where you have a vinyl on the inside of the wall.
17         You have an air flow, hot, warm, moist air flow
18         in that's condensing on the inside of the wall
19         that has a moisture content between 25 and
20         40 percent, and you have mold developing and
21         growing.  Now, you tell me.
22    BY MR. SIMPSON:
```

kondnerdr.txt

```
23        Q    Let me ask my question.  Isn't it important
0124
 1   for you to know the pressure imbalance issues with
 2   this home to form your opinion?
 3             MR. PELS:  Objection.
 4             THE WITNESS:  I think they're minor.
 5   BY MR. SIMPSON:
 6        Q    Is it important for you to know how the
 7   Murphys keep their thermostat in the summertime for
 8   you to form your opinion?
 9             MR. PELS:  Objection; asked and answered.
10             You can answer again.
11             THE WITNESS:  I don't know.  I don't know
12        what their temperatures were, and I don't know
13        that when they -- if somebody even asks them,
14        whether they're getting the proper answer or not.
15   BY MR. SIMPSON:
16        Q    Well, I mean wouldn't you agree with me that
17   the dewpoint has to be reached before this home can
18   condense?
19        A    Exactly.
20        Q    And to know whether the dewpoint is reached,
21   wouldn't you have to know what temperature they keep
22   their home at relative to the dewpoint in that area of
23   the country?
0125
 1        A    You'd probably have to know what the
 2   dewpoint is outside, what the temperature is outside,
 3   what the relative humidity is outside.  You would have
 4   to know a lot of things, which we don't have in here.
 5   The only thing I can do is work with what I got.
 6        Q    That's my point, Doctor.
 7        A    And I think I've got enough here to make the
 8   call.
 9        Q    Isn't all that information available through
10   reliable weather station data?
11             MR. PELS:  Objection.
12             THE WITNESS:  No, not necessarily.  I mean
13        we said before that this particular -- you can
14        take another house identical to this and put it
15        in another location in the general area, and you
16        may have a problem, you may not have a problem
17        because of local conditions.
18   BY MR. SIMPSON:
19        Q    Right, but do you know whether the local
20   condition information is available from weather
21   reporting?
22        A    That's too gross.  I think it's too gross.
23   In other words, it's not defined enough.  It's like
0126
 1   having a number and it holds for the whole eastern
 2   part of the United States.  That's nonsense.  It's not
 3   sliced that fine.
 4        Q    You don't think it is?
 5        A    No, I don't think it is.
 6        Q    Have you ever checked?
 7        A    I've had some occasions where I have looked
 8   at it, and I've been in a spot and I know what it was
 9   and I know what the Weather Bureau said, and they're
10   different.
11        Q    Who keeps weather data; do you know?
12        A    Who keeps it?  NOAA.
13        Q    Have you ever asked for NOAA data?
```

Page 48

kondnerdr.txt

```
14        A    Yeah, I've had some.
15        Q    Have you seen it?
16        A    Yep.
17        Q    For this home?
18        A    Oh, for this home?  No.
19        Q    Why didn't you ask for it?
20        MR. PELS:  Objection.
21        THE WITNESS:  I depended on Bobby Parks and
22   Roy Bonney's report.  I'm not going to go fishing
23   all over the place for what could turn out to be
0127
1         nothing definitive, nothing effective.
2    BY MR. SIMPSON:
3         Q    Sir, you don't know what it says, because
4    you haven't looked, right?
5         MR. PELS:  Objection; form, foundation.
6         You can answer.
7         THE WITNESS:  I don't think it's important.
8    I don't think it's significant for this house.  I
9    think we've got the significant evidence on this
10   house, and it's in those reports.
11   BY MR. SIMPSON:
12        Q    Sir, how can you rule out what importance
13   the NOAA weather data might play if you haven't even
14   looked at it?
15        MR. PELS:  Objection; form, foundation.
16        THE WITNESS:  Well, you're in a hot humid
17   climate; okay?  And you've got vinyl on the
18   inside of the wall, and you've got people that
19   like to live comfortably in air conditioning.
20   Hey, you know, the hot air goes through, hits the
21   back of that interior wall that's got the vinyl
22   on it.  It's not permeable enough.  It condenses,
23   the water accumulates, and the mold starts
0128
1         growing.
2    BY MR. SIMPSON:
3         Q    Where does the air flow through the exterior
4    wall?  Where exactly does it go in?
5         A    It can go in any place that there is even
6    the slightest opening, plus the fact that it goes in
7    through whatever you got in front of it.
8         Q    Do you know whether this home complies with
9    the opaque envelope requirements of the HUD code?
10        MR. PELS:  Objection; form and foundation.
11        You can answer.
12        THE WITNESS:  Well, I think obviously it
13   doesn't, because you wouldn't have all that air
14   condensing in there.
15   BY MR. SIMPSON:
16        Q    Tell the jury what the outside of the wall
17   looks like.
18        A    The outside of the wall?  You mean the
19   exterior wall?
20        Q    Yeah.
21        A    I don't have the photographs here, so I
22   can't.  It's probably -- I think it's vinyl, and it's
23   not tight.  None of that is tight.  You could go seal
0129
1    it if you wanted to.
2         Q    Is vinyl siding designed to be tight?
3         A    It's supposed to give a little bit when you
4    get temperature changes, the sun shines on part of it,
```
                              Page 49

kondnerdr.txt

```
 5   and then things move a little bit.
 6        Q    Is vinyl siding intended to be an air
 7   barrier?
 8        A    It's not intended to be.
 9        Q    Is vinyl siding intended to be a
10   condensation barrier?
11        A    No.
12        Q    Are there holes in vinyl siding that are
13   intended for ventilation?
14        A    There are openings.
15        Q    Where are they?
16        A    Well, any of the joints would have them in.
17   Any place they're stuck together, vertical,
18   horizontal, and plus you have ventilation areas
19   underneath the house.
20        Q    Is there anywhere else in the piece of vinyl
21   siding where there is ventilation other than at the
22   joint?
23        A    You may have it up top, near the peak of the
0130
 1   roof.
 2        Q    Isn't it true that the vinyl siding plays no
 3   part at all in air or moisture intrusion or
 4   ventilation?
 5             MR. PELS:  Objection.
 6             You can answer.
 7             THE WITNESS:  It allows it to go through.
 8   BY MR. SIMPSON:
 9        Q    Okay.  Well, what's underneath that vinyl in
10   the Murphy home?
11        A    It's probably some kind of a wallboard.  I
12   don't know.  I'd have to go back and look at his
13   description on it.  I never saw it.  For the 12,000th
14   time, I was never there, I never viewed it.
15        Q    Well, that's my point.
16        A    I know that's your point.
17        Q    My point is you've never looked at it to
18   know whether it's leaking air or not.
19        A    Bobby Parks has demonstrated that it's
20   leaking air.
21        Q    Where?  Where does it say that?
22        A    Well, let's take Bobby Parks' report and go
23   through it again.
0131
 1             (Whereupon, a short recess was taken.)
 2             THE WITNESS:  On Page 5 in Bobby Parks'
 3        report he's got two photographs there.  One of
 4        them looks like it's up near the marriage line.
 5        The other one looks like it's up in a corner
 6        somewhere.
 7   BY MR. SIMPSON:
 8        Q    Do you know what those pictures mean?
 9        A    Well, yeah, I've seen him do it, and the
10   brighter the red, the more infiltration you got.
11        Q    Are you sure that's just not heat
12   differences?
13        A    Well, where do heat differences come from?
14        Q    The sun.
15        A    It comes from that hot air.
16        Q    The sun, insulation voids, a variety of
17   other sources.
18        A    Concentrated like that?  Huh-uh.
19        Q    You don't think so?
```

Page 50

kondnerdr.txt

```
20        A    No.
21        Q    Have you ever been trained in thermographic
22   imaging?
23        A    No, I don't believe so.
0132
1         Q    You don't know the first thing about it, do
2    you?
3              MR. PELS:  Objection; form and foundation.
4              THE WITNESS:  I know when I see his
5         photographs, and I've asked him about these
6         photographs, that's where the air is coming in,
7         and that's the hot, that's the heat, that's --
8         the hot air is coming through.
9    BY MR. SIMPSON:
10        Q    So what picture is it that you're seeing hot
11   air come in?
12        A    Well, look at Figures 7 and 9, and he's got
13   the undeveloped areas on the opposite photographs.
14        Q    Look at Figure 9.  Do you know where that is
15   in the house?
16        A    That's by the marriage line.
17        Q    Is that an exterior wall?
18        A    No, it's not an exterior wall.
19        Q    So you don't know whether that picture --
20   that picture doesn't even show air coming into an
21   exterior wall, does it?
22        A    No, but it shows a source of leakage.
23        Q    You can't link that source of leakage to any
0133
1    exterior wall.
2         A    Wait a minute now.  What are we looking for?
3    Are we looking for condensation, or are we looking for
4    big areas of air flow?  Look, you got the vinyl wall
5    in there, and you're not going to see it going through
6    the wall, because the vinyl is blocking it.  By
7    definition you're not going to see it there.
8         Q    Doctor, I asked you for evidence in
9    Mr. Parks' report that air from the outside of the
10   house was penetrating the exterior walls.
11        A    Oh.  Sorry.
12             MR. PELS:  Objection.
13             THE WITNESS:  It's not go to penetrate those
14        walls, because you got vinyl on it, but you got
15        leaks, you got leaks nevertheless.
16   BY MR. SIMPSON:
17        Q    That's my question.  You say Figure 9 is a
18   leaks, but Figure 9 doesn't even relate to an exterior
19   wall.
20             MR. PELS:  Objection.
21             THE WITNESS:  So?  Look, the exterior walls
22        has vinyl on them.  They're not permeable enough.
23        You're not going to get the air going through
0134
1         there.  You're going to get the air going against
2         it and condensing.  Somehow we got a
3         miscommunication here somewhere.
4    BY MR. SIMPSON:
5         Q    What I'm asking for, sir, is specific
6    evidence that you have relied on to demonstrate that
7    hot air from the outside of the home is finding its
8    way into the wall cavities of the exterior walls.
9         A    Okay.
10             MR. PELS:  Objection; asked and answered.
```

                              Page 51

kondnerdr.txt

```
11              THE WITNESS:  The reason for that is that
12         you've got condensation in there.  You've got
13         water in there.  How else are you going to get
14         the water in there?
15    BY MR. SIMPSON:
16         Q    Plumbing leak?
17         A    I don't think so.
18         Q    Roof leak?
19         A    I --
20         Q    You didn't rule those out, because you
21    didn't even know it happened before today.
22         A    Yeah, but they would be localized things.
23         Q    Well, where exactly did Mr. Parks find
0135
1     excessive moisture in this wall?
2          A    I guess he's got photographs in here where
3     he put his meter, but he found it.
4               Well, he's got -- over on Page 4 he's
5     showing one of several areas where mold growth was in
6     the master bath exterior wall, and then he's got the
7     air infiltration shown, and then he's got a photo of
8     the back side of the gypsum board "revealed extensive
9     fungal-like growth."
10         Q    Do you know how big that mold sample
11    actually is?
12         A    It's probably pretty damn small.
13         Q    If I told you the plumbing leak was in that
14    bathroom, you can't rule that out as a possible source
15    of that mold, can you?
16              MR. PELS:  Objection; form and foundation.
17              THE WITNESS:  It would probably be down at
18         the bottom, not at the top.
19              MR. SIMPSON:  You're just guessing.
20              MR. PELS:  Objection.
21              THE WITNESS:  No.  Water runs downhill,
22         friend.
23
0136
1     BY MR. SIMPSON:
2          Q    But doesn't water evaporate up?
3          A    If it evaporates in there and doesn't
4     recondense.
5          Q    You don't know why this mold is growing in
6     this wall, do you?
7               MR. PELS:  Objection.
8               THE WITNESS:  It's got water inside.
9     BY MR. SIMPSON:
10         Q    You don't know the cause of the water.
11              MR. PELS:  Objection.
12              THE WITNESS:  You've got a hot humid climate
13         and you've got vinyl wallboard on.  They spell
14         condensation.
15    BY MR. SIMPSON:
16         Q    You haven't ruled out plumbing leaks or roof
17    leaks, correct?
18              MR. PELS:  Objection.
19              THE WITNESS:  I've ruled them out.
20    BY MR. SIMPSON:
21         Q    You just found out about them 15 minutes
22    ago.
23              MR. PELS:  Objection.
0137
1     BY MR. SIMPSON:
```

Page 52

kondnerdr.txt

```
 2        Q     And you've never seen this home.
 3        A     That's right, and they would be a point
 4   source.
 5        Q     And you don't even know whether the wall
 6   leaked relative to where this mold is?
 7             MR. PELS:  Objection.
 8             THE WITNESS:  It's up top.  Water runs
 9        downhill.
10   BY MR. SIMPSON:
11        Q     Where is it?
12             MR. PELS:  Objection.
13             THE WITNESS:  Take a look at the photograph.
14   BY MR. SIMPSON:
15        Q     You look at it and you tell me.
16        A     It's up top.
17        Q     Where?
18             MR. PELS:  Objection.
19             THE WITNESS:  Figure 3, unless he's got his
20        photograph turned upside down, which I doubt.
21   BY MR. SIMPSON:
22        Q     Here's my point, Doctor.  The picture with
23   the mold is Figure 5, right?
0138
 1        A     Yeah, these are a whole sequence here.
 2   These are a sequence of a location.
 3        Q     And how big is the mold behind that
 4   wallboard; do you even know?
 5             MR. PELS:  Objection.
 6             THE WITNESS:  I don't know, but it shows
 7        pretty good in the photograph.
 8   BY MR. SIMPSON:
 9        Q     Do you know whether that's a blowup?
10        A     I don't know whether it's a blowup or not,
11   but it's, it's there.
12        Q     Do you know anything about the HUD code in
13   relation to whole house ventilation requirements?
14             MR. PELS:  Objection.
15             THE WITNESS:  I believe I've seen some
16        regulations in there dealing with it, but I don't
17        recall exactly where.
18   BY MR. SIMPSON:
19        Q     You're not an expert in those areas, are
20   you?
21        A     I'm not an expert in memorizing the code.  I
22   don't intend to memorize the code.  I'm looking at
23   engineering, strictly engineering phenomena.
0139
 1        Q     You have never used 103 professionally in
 2   your career, right?
 3             MR. PELS:  Objection.
 4             THE WITNESS:  I'd have to go look at 103.
 5        You're talking about light and ventilation?
 6   BY MR. SIMPSON:
 7        Q     Whole house ventilation.  Did you ever use
 8   that?
 9             MR. PELS:  Scott, do you want to direct him
10        to the section?
11             THE WITNESS:  Oh, yeah, B.  3280.103(b),
12        whole house ventilation.  "Each manufactured home
13        shall be capable of providing a minimum of 0.35
14        air changes per hour continuously or at an
15        equivalent" --
16   BY MR. SIMPSON:
```

Page 53

kondnerdr.txt

```
17        Q    Stop.  Stop.  Please stop.  I just want to
18   know if you're familiar with it.
19        A    I am now, and I saw it before.  I just
20   didn't remember it.  Hey, I'm not memorizing this
21   book.  Get with it, friend.
22        Q    Doctor, don't argue with me.  Just answer my
23   questions.
0140
1         A    And I'm telling you why.  I'm not memorizing
2    this thing.
3              MR. PELS:  Objection.
4              THE WITNESS:  You're trying to make it sound
5         as if because you don't know everything in this
6         book and you can't quote it without looking at
7         the book, that there's something wrong.  Hey,
8         let's turn it around and I'll start asking you
9         questions about it and see how far you get.
10   BY MR. SIMPSON:
11        Q    I'll probably get a little further than my
12   questions today.
13        A    You probably will.
14        Q    Have you ever been asked to apply the
15   standard in 103 as an engineer and asked to do the
16   calculations ever in your career?
17             MR. PELS:  Objection.
18             You can answer.
19             THE WITNESS:  I don't recall so.
20   BY MR. SIMPSON:
21        Q    Do you know what the difference between
22   stick-built home ventilation and manufactured home
23   ventilation is?
0141
1              MR. PELS:  Objection; form and foundation.
2              You can answer.
3              THE WITNESS:  One is in a stick-built house
4         and the other one is in a manufactured home.  One
5         of them is controlled by HUD, and the other may
6         be controlled by local code, so you would expect
7         to find variations.
8    BY MR. SIMPSON:
9         Q    Does the International Building Code have a
10   similar provision in it to 103 as set forth in the HUD
11   code?
12             MR. PELS:  Objection.
13             THE WITNESS:  It may have some kind of a --
14        it's not necessarily the same, but it may have
15        some kind of an analogous requirement.
16   BY MR. SIMPSON:
17        Q    You think so?
18        A    Maybe.
19        Q    You don't know?
20        A    I'd have to look at it.  I don't memorize
21   those either.
22        Q    What is a positive operating system?
23        A    A positive operating system?  Well, I'm not
0142
1    quite sure what you mean there.
2         Q    What sort of provisions for ventilation does
3    the Murphy home have within it?
4         A    I think it's got a ventilating fan in it.
5              Well, it talks about venting the crawlspace,
6    but I don't see anything on the inside yet.
7         Q    You don't know what this ventilation system
```

                              Page 54

kondnerdr.txt

```
 8    in the Murphy home is?
 9         A    Wait a minute.
10         Well, he's bringing air into the house for
11    his heating system.
12         Q    Is it a fair statement to say you can't tell
13    the jury how this home is ventilated?
14         MR. PELS:  Look at both reports if you need
15    to.
16         MR. SIMPSON:  What's that, Jon?
17         MR. PELS:  I asked him to make sure he looks
18    at all the reports before he answers, because
19    he's already said he needs to.
20         Scott, how much longer do you want to go
21    before we take more lunch?
22         MR. SIMPSON:  I got about five more minutes
23    of questions, and it's real time.  It just
0143
 1    depends.  If he's going to take five minutes
 2    between questions, then I can't help that,
 3    but . . .
 4         MR. PELS:  Okay.  Let's try to keep going
 5    then.
 6         THE WITNESS:  He's apparently drawing it in
 7    through a duct system, because he's got a
 8    photograph of it here, and that's apparently
 9    coming in from up top, from the roof.
10    BY MR. SIMPSON:
11         Q    Do you know what that's called?
12         A    It's inducing air into it.
13         Q    Do you know what it's called, though?
14         A    It's a positive system.  You obviously have
15    to have some kind of a ventilating system in there to
16    do that.  You're drawing the air through.  He's
17    drawing it down from the roof system.  It's not going
18    the other way.
19         Q    Doctor, what I'm trying to establish is
20    you're just reading his report; you don't have any
21    independent expertise in that particular mechanical
22    system, correct?
23         A    I have never seen the system.  I have never
0144
 1    seen the houses.  How am I supposed to know when I
 2    haven't been down there?  Only thing I got to use is
 3    his report.  I've told you over and over again.
 4         Q    You make my point exactly.  Let's go on to
 5    another question.
 6         A    Okay.
 7         Q    On Page 3 of your report, will you turn to
 8    that.
 9         MR. PELS:  We're talking about Bobby Parks'?
10         MR. SIMPSON:  No, Dr. Kondner's report.
11         THE WITNESS:  Okay, go ahead.
12    BY MR. SIMPSON:
13         Q    All right.  Third paragraph; do you see
14    that?
15         A    Yep.
16         Q    Your first sentence there, "In response to
17    the extensive history of complaints of damages caused
18    by these water vapor condensation moisture problems,"
19    you see that?
20         A    Yeah, I see that.
21         Q    Okay.  Where is your data for that?
22         A    It's in that big stack of reports that
```

kondnerdr.txt
23   you've got the titles up.  It's in the literature.
0145
1    It's in the literature.
2         Q    Can you be a little bit more specific?
3         A    No, I can't, because I don't have them here.
4    Otherwise, I would spend a half hour and flip through
5    them and point you right to them, but it's in that
6    literature.  Go look.
7         Q    It's just somewhere in the literature?
8         A    It's in that literature, yes, indeed.  It's
9    an extensive literature of it.  It's item after item
10   about the damages caused by water vapor condensation.
11   Report after report, study after study after study.
12   You'd think you people in the industry would wise up
13   that you got a problem.
14        Q    Well, but you said some homes don't fail and
15   some do, but you've got no judgment as to what
16   percentage, right?
17             MR. PELS:  Objection; form, foundation,
18   mischaracterization.
19             You can answer.
20             THE WITNESS:  The industry would have to
21   provide me with that data if they ever bothered
22   to check it.  I do recall some studies that were
23   done, and it's in that literature again, and some
0146
1    of the percentages I think were on the order of
2    magnitude of 50 percent.
3    BY MR. SIMPSON:
4         Q    You think you can point me to something in
5    the literature that shows 50 percent failure rate?
6         A    In certain studies, yeah.
7             MR. SIMPSON:  Okay.  Well, I tell you what.
8    We're not going to do it today, but Jon, I'd like
9    you to supplement his deposition with that if you
10   would.
11            MR. PELS:  Sure.
12            MR. SIMPSON:  Provide me with the line and
13   page for the 50 percent failure rate.  Can you do
14   that?
15            MR. PELS:  I can do that.
16   BY MR. SIMPSON:
17        Q    Doctor, on Page 5 of your report --
18        A    Okay.
19        Q    -- Paragraph 2 at the bottom there, and it
20   continues on over to Page 6; do you see that?
21        A    I see it.
22        Q    Are those the sum total of the things that
23   you believe caused moisture problems in these walls?
0147
1         A    You mean of the Murphy home?
2         Q    Well, your report from one case to the next
3    are virtually identical, aren't they?
4         A    Yeah, but these are generalities, and then
5    on the last page, the last paragraph I go to the
6    individual home.  I mean this is in general.
7         Q    Right.  Other than your last paragraph and
8    the names and the dates, your reports are virtually
9    identical one to the other, right?
10        A    Pretty much so.
11        Q    Okay, but at the bottom of Page 5 and
12   continuing to Page 6, these are all the things that
13   you think can contribute to condensation problems in
Page 56

kondnerdr.txt

```
14    the walls of this home, right, in a general sense?
15           MR. PELS:  Objection; form and foundation,
16    mischaracterization.
17           You can answer.
18           MR. SIMPSON:  Well, he can correct me if I'm
19    wrong.  I mean it's his report.
20           THE WITNESS:  Yeah, it says what it says.
21    What do you want?  I mean it says, "These
22    individual point defects include leaks and holes
23    in the heating and cooling system, air duct
0148
1     system, with potential positive pressures in the
2     belly and negative pressures to the living space,
3     drawing in outside water vapor, air, failed
4     return ducts" -- there's a whole general area of
5     things that occur, not all in one particular
6     house, some here, some there, but, you know,
7     we've seen them.  We've seen them all.
8     BY MR. SIMPSON:
9         Q    Well, I'm not arguing with you.  I'm just
10    trying to see if you agree that you think that's the
11    general things that caused this problem.
12        A    No, that's not the problem with the vinyl
13    walls.  These can cause a lot of problems, and
14    particularly with the floors, I mean leakage, moisture
15    coming up from down in the crawlspace.
16        Q    Sir, you say at the top of that paragraph
17    that there's a variety of defects that cause the
18    outside water vapor to penetrate the exterior building
19    envelope.
20        A    Yeah, well, that's part of the envelope.
21        Q    Okay, the exterior envelope, and then you go
22    on to list all these things that can cause it, right?
23    Leaks and holes in the heating and cooling ductwork,
0149
1     right?
2         A    Yeah.
3         Q    Positive pressures in the belly and negative
4     pressures in the living space, right?
5         A    You can have these things, yes.  We've seen
6     them.
7         Q    And all these things can make the wall
8     problem worse?
9         A    They can if the hole happens to be where the
10    vapor can get to those exterior walls that have the
11    vinyl on the inside part of them.
12        Q    And you don't know whether that's the case
13    in this house or not, do you?
14           MR. PELS:  Objection; form and foundation.
15           THE WITNESS:  This was not meant for this
16    house.  This is a general discussion of the types
17    of problems that you have, but we do know, we do
18    know that for this house that Bobby Parks has
19    measured 25 to 40 percent moisture content, and
20    we do know we got mold there, and we do know we
21    got vinyl covering the inside, and we do know we
22    got water in it.
23
0150
1     BY MR. SIMPSON:
2         Q    Other than the presence of the vinyl,
3     hypothetically speaking, if we removed the vinyl, is
4     there anything else in this home that's causing it to
```

Page 57

kondnerdr.txt

5   condense?
6        A    Well, if the thing breathed, if the air
7   could move through and dissipate and diffuse, I don't
8   think you would have had this problem.
9        Q    Well, that's my point.  You know, you list
10  all these other problems that can cause it.  I'm
11  wondering if you relate any of those other problems
12  that can cause it to any particular problem in this
13  specific home.
14       A    Well, it could be down in the crawlspace.
15  You might have a problem with your floors.
16       Q    I want to know if you know with personal
17  knowledge if any of those other possible causes -- let
18  me finish my question.  Are any of the other possible
19  causes you list on Pages 5 and 6 of your report
20  actually having an impact in this house?
21       A    That I've seen?  I haven't seen any of it.
22       Q    That you see or no.
23       A    Well, if I remember correctly, Bonney says
0151
1   that the vapor barrier on the ground is okay, so I
2   don't think that you've got that particular problem in
3   this house.
4        Q    Can you relate any of the other potential
5   problems you list in your report to problems in this
6   particular house?
7        A    Well, you may have some of that where he's
8   got the air leaks in the marriage area in the roof,
9   the upper part, as being, for some reason, holes that
10  are in the envelope.
11       Q    Anything else?
12       A    I think he's got -- I think he's pointed to
13  the leaks and holes in the heating and cooling air
14  duct system.  He's got that photograph, photograph 12,
15  so that would be one thing.
16       Q    Who does; Parks?
17       A    Parks.
18       Q    Let's look at Figure 12.  What do you see
19  there?
20       A    I see what looks like the duct is not
21  properly connected there.
22       Q    What is that duct called; do you know?
23       A    That's his air intake.
0152
1        Q    Where is it supposed to be?
2        A    Well, it's supposed to be where it is,
3   according to Figure 11.
4        Q    Well, he says it's inappropriately
5   installed.  Do you know why?
6        MR. PELS:  Objection.
7        You can answer.
8        THE WITNESS:  Where does he say that?
9   BY MR. SIMPSON:
10       Q    Next to the picture.
11       A    Oh, wait a minute.  It may have to do with
12  the flow characteristics of the air through that loop
13  in that system, but you have to ask Parks.  That's my
14  interpretation of it.
15       Q    Have you ever read the installation
16  instructions for that particular unit?
17       A    I've seen it.  I don't recall reading all of
18  it.  I think it's in the Bonney report.  I think it's
19  coupled in there.

Page 58

kondnerdr.txt

```
20        Q    You're not an air conditioning/heating
21   ventilation expert, are you?
22        A    No, no, no.
23        Q    I'm not going to push you on that.  I'm just
0153
 1   trying to figure out where to get my opinions.
 2             Do you know the difference between an
 3   impermeable wall and a semi-impermeable wall?
 4        A    Has to do with degree of permeability.
 5        Q    Yeah, but what degree?
 6        A    Well, an impermeable would be like the
 7   vinyl, which is probably a half a perm, and
 8   semi-impermeable, I don't know.  It might be five,
 9   somewhere in that ballpark.
10        Q    Do you know whether the vinyl is permeable
11   or semi-permeable?
12        A    The vinyl?  It's impermeable, relatively
13   speaking.  Nothing is completely impermeable.
14        Q    But are you familiar with those industry
15   terms?
16             MR. PELS:  Objection; form and foundation.
17             THE WITNESS:  I'm familiar with the concept
18        of permeability, because it exists in many
19        different areas.
20   BY MR. SIMPSON:
21        Q    No, but are you familiar with and can you
22   say with a degree of scientific certainty the
23   difference between permeable and semi-impermeable
0154
 1   products?
 2             MR. PELS:  Objection.
 3             THE WITNESS:  Well, I guess for standards
 4        I'd probably have to go look in the literature.
 5   BY MR. SIMPSON:
 6        Q    You don't know without looking?
 7             MR. PELS:  Objection.
 8             THE WITNESS:  I don't know for sure without
 9        looking, but I mean it's like if you want to talk
10        about permeability of soils and things like that,
11        I can handle you there and point out things, and
12        there are variations by the tens of millions
13        between materials.
14   BY MR. SIMPSON:
15        Q    Well, can you say with any reasonable
16   degree --
17        A    I don't know that there is anything going to
18   be that drastic in these kind of building materials,
19   but there should be large differences.
20        Q    Do you know whether vinyl is permeable or
21   semi-impermeable as those terms are generally used for
22   wallboard?
23             MR. PELS:  Objection; form and foundation.
0155
 1             THE WITNESS:  As far as I know, it's called
 2        impermeable, because its permeability is low
 3        enough.
 4   BY MR. SIMPSON:
 5        Q    What perm ratings should these walls have,
 6   in your judgment?
 7             MR. PELS:  Objection.
 8             THE WITNESS:  Well, I think it's spelled out
 9        in the -- I think it's in 504.
10   BY MR. SIMPSON:
```

kondnerdr.txt
```
11       Q    What amount of permeability or gradient of
12  permeability would you say is a healthy, breathable
13  wall?
14            MR. PELS:  Objection.
15            THE WITNESS:  I would say if you've got
16       something on the order of magnitude of ten perms,
17       you've got a healthy wall.
18  BY MR. SIMPSON:
19       Q    Less than ten, you're going to have
20  problems?
21       A    No, not necessarily.
22       Q    Well, where is the threshold?
23            MR. PELS:  Objection.
0156
1             THE WITNESS:  The threshold is probably
2        somewhere around five, in that area.
3   BY MR. SIMPSON:
4        Q    You sure?
5        A    I can look it up here if you want.
6        Q    I just want to know, if we were going to
7   rebuild this wall -- sir, if we were going to rebuild
8   this wall to make it permeable, what should our target
9   be for permeability rating?
10       A    Well, I think Roy Bonney has already gone
11  into that.  He's got a wall that's just got paper on
12  it.
13       Q    My question is:  In your judgment, what
14  number on permeability should we strive to obtain?
15            MR. PELS:  Objection.
16            THE WITNESS:  Something that's better than
17       one perm.
18  BY MR. SIMPSON:
19       Q    So if we built a wall and we had
20  something -- I just want to know what number should we
21  strive to obtain.
22            MR. PELS:  Objection; form, foundation,
23       asked and answered.
0157
1   BY MR. SIMPSON:
2        Q    Doctor, you're the only engineer in this
3   case on the plaintiff side.  Can you not answer that
4   question without looking at high school graduate
5   reports?
6             MR. PELS:  Objection; move to strike.
7             THE WITNESS:  I told you I gave you a value
8        of five before.
9   BY MR. SIMPSON:
10       Q    You said one and you said ten.  Which is it?
11       A    I said that ten was a good permeable wall,
12  and it says in here, under "Unventilated Wall
13  Cavities," under 504(b)(2), it talks about "the
14  covering or sheathing shall have a combined permeance
15  of not less than five perms."  Now, ten is certainly
16  better than five, it's more permeable, and one is
17  less, and a half is a lot less.
18       Q    But you're saying our walls are defective,
19  right?
20       A    I'm saying that your walls -- and you had a
21  choice of walls.  Your walls do not perform.  It is
22  under a heading called "Condensation Control," and it
23  is not controlling condensation.
0158
1        Q    Sir, just answer my question.
                        Page 60
```

kondnerdr.txt

```
 2        A    Therefore it does not comply.
 3        Q    Answer my question.  What permeability
 4   number should we strive for if we have a new wall?
 5             MR. PELS:  Objection; form, foundation,
 6        asked and answered.
 7             THE WITNESS:  Something greater than five.
 8   BY MR. SIMPSON:
 9        Q    And other than the HUD code, what basis do
10   you have to rely on that opinion?
11             MR. PELS:  Objection.
12             THE WITNESS:  Well, I've looked at -- in the
13        literature it gives lists of different materials,
14        and it gives their permeabilities, and if you
15        look at that, you'll find out that most of the
16        materials that -- for example, the wallboard,
17        have permeabilities greater than that.
18   BY MR. SIMPSON:
19        Q    Define "permeability."
20        A    Oh, that's an interesting question.
21   Basically it has to do with the amount of air that
22   will move through the particular material under a
23   certain head, a certain pressure.
0159
 1        Q    Can you give me the math to demonstrate the
 2   difference between one that's, say, a five and one
 3   that's, say, a ten?  What's the math?  What's the
 4   denominator, numerator?  What's the equation look
 5   like?
 6        A    Well, I've looked at it.  It's in the
 7   literature.  I don't remember it specifically.  I
 8   don't memorize those, but it's in there.
 9        Q    Can you perform permeability calculations?
10        A    I could with the use of the literature, yes.
11        Q    Without the use of the literature, you could
12   not?
13        A    Not sitting right here today.  I don't
14   remember that.  I didn't memorize it either.
15        Q    Do you know what an indoor environmental
16   professional is?
17        A    An indoor environmental professional?
18   Probably somebody that is well-versed in the
19   environmental conditions of homes on the inside.
20        Q    Don't guess.  Do you know?
21             MR. PELS:  Objection.
22             THE WITNESS:  I don't know a definition of
23        it.
0160
 1             MR. PELS:  Objection.
 2   BY MR. SIMPSON:
 3        Q    Do you know what the permeability of the
 4   ceiling is in the Murphy home?
 5             MR. PELS:  Objection.
 6             You can answer.
 7             THE WITNESS:  No, I don't.
 8   BY MR. SIMPSON:
 9        Q    Do you know what the permeability of the
10   floor is in the Murphy home?
11             MR. PELS:  Objection.
12             THE WITNESS:  No, I don't.
13             MR. SIMPSON:  That's all the questions I
14        have.  You guys want to take a lunch break?
15             MR. PELS:  Yeah, maybe just a couple of
16        redirects.
```

Page 61

kondnerdr.txt
```
17              (Discussion held off the record.)
18                        CROSS-EXAMINATION
19  BY MR. PELS:
20         Q    Dr. Kondner, I believe you touched on this a
21  little bit in the deposition questions by Mr. Simpson,
22  and you touched on 103 and 504, but I'd like to direct
23  your attention to 505 and tell me if that section came
0161
 1  into play at all in your opinions.
 2         A    505, yeah, air infiltration.
 3         Q    Okay, and did that section have any
 4  application in your opinions in this case?
 5         A    Well, yeah, because it really -- the opaque
 6  envelope is supposed to be constructed to limit air
 7  infiltration to the living area of the home.
 8         Q    Okay.  On Page 3 of your report on Murphy, I
 9  believe you discuss some percentages of the
10  permeability of the wall.
11         A    Right.
12         Q    Where did you get those formulas?
13         A    It's out of the literature.
14         Q    Okay, and does that demonstrate an
15  application of the formulas?
16         A    Yes.
17         Q    How so?
18         A    Well, these are test values.
19         Q    Okay.  Were you asked to render an opinion
20  as to every home, every vinyl-covered home by the
21  plaintiffs in this case that has ever been
22  manufactured?
23         A    No.
0162
 1         Q    We talked a little bit about ventilated wall
 2  cavities, and I believe Mr. Simpson asked you if you
 3  had ever seen any.  You have been deposed in the Deese
 4  case?
 5         A    That's correct.
 6         Q    Do you recall -- if you do today, and you
 7  may not, but do you recall whether the Deese home was
 8  ventilated or not?
 9         A    I don't think it was.
10         Q    Okay.  And you got into discussion about
11  linear, and I don't -- I wasn't clear on what the
12  definition of "linear" was, and how does linear come
13  into play, I guess, as it respects the moisture in the
14  walls, if at all?
15         A    Well, linear would be if you double one
16  thing, you double something else, so it would be a
17  linear variation.
18         MR. PELS:  All right.  I don't have any
19       other questions.
20                        REDIRECT EXAMINATION
21  BY MR. SIMPSON:
22         Q    Doctor, following up on Mr. Pels' question,
23  you said 505 played some part in your opinions in this
0163
 1  case?
 2         A    Yeah, I think it does, because then it goes
 3  into envelope penetrations.
 4         Q    All right.  What is the opaque envelope in
 5  this home?
 6         A    What is it?
 7         Q    Yeah.
```
                              Page 62

kondnerdr.txt

```
 8       A    It's the, it's the envelope that you're
 9  trying to develop to keep air from flowing through.
10       Q    What part of the wall is the envelope?
11       A    What part of the wall is the envelope?  The
12  vinyl, the vinyl covering would be that part of the
13  envelope.  It's the lowest permeability.
14       Q    And the purpose of an opaque envelope is to
15  limit air infiltration, right?
16       A    Right.
17       Q    And the vinyl is impermeable as you've just
18  testified, right?
19       A    Pretty much so.
20       Q    Okay.  So if the opaque envelope is the
21  vinyl and it limits air infiltration, then it's
22  performing the way 505 says it's supposed to, right?
23       A    It's limiting the air, but that's part of
0164
 1  the problem in that you had choices back here in
 2  504(B), and they took one that did not work.  It
 3  doesn't control condensation.  Somebody screwed up.
 4  Let's put it that way.
 5       Q    You're not saying in this case that this
 6  home is in violation of 505?
 7       A    505?
 8       Q    Yeah.
 9       A    No, I'm not saying it's in violation of 505.
10  I'm just saying this choice that was made back in 504
11  doesn't work.
12       Q    Would you agree that you don't have as much
13  experience from an engineering standpoint in the HUD
14  code area as somebody with 30 plus years of experience
15  designing, testing and labeling manufactured homes
16  specifically?
17            MR. PELS:  Objection.
18            You can answer.
19            THE WITNESS:  I think you'd have to look at
20       the specific item.
21  BY MR. SIMPSON:
22       Q    Well, you don't have that kind of
23  experience.  You don't have that kind of direct,
0165
 1  hands-on manufactured housing experience, right?
 2       A    No, it's not extensive, but when you're
 3  getting to an issue which may have to do with testing
 4  or deflections, you're back in structural engineering,
 5  and that's a different ball game.
 6       Q    Have you reviewed the DAPIA package for this
 7  home?
 8       A    No, I haven't.
 9       Q    You don't really know what aspect of the
10  wall is the opaque envelope, do you?  You're guessing.
11            MR. PELS:  Objection.
12            THE WITNESS:  That's what it says.
13  BY MR. SIMPSON:
14       Q    Well, if I told you the opaque envelope is
15  the exterior sheathing, what evidence would you have
16  to say that I'm wrong about that?
17       A    Well, I don't think that would be a very
18  limiting air infiltration.
19       Q    You don't have any evidence to disagree with
20  me, do you?
21       A    I don't have any evidence to agree with you
22  either.
```

Page 63

kondnerdr.txt
23        Q    You just don't know?
0166
1              MR. PELS:  Objection.
2              You can answer.
3              THE WITNESS:  Logic tells you that what you
4         said is not going to -- is not true.  It's
5         illogical.
6    BY MR. SIMPSON:
7         Q    But you don't have experience in the
8    manufacture manufactured housing industry to know
9    whether I'm right or wrong on that particular issue,
10   do you?
11             MR. PELS:  Objection.
12             THE WITNESS:  No, but general experience is
13        a factor.  I mean no, I haven't looked at and I
14        haven't been participating in the building of
15        these things in the factories or anything like
16        that, but there's a lot of things in engineering
17        that engineering principles apply, and one of
18        them is the condensation control.  Now, if you
19        put that vinyl on that inside surface, that's
20        poor engineering practice, plain and simple.
21   BY MR. SIMPSON:
22        Q    Can a manufacturer build a home outside the
23   HUD code, or do they have to comply with the HUD code?
0167
1              MR. PELS:  Objection.
2              THE WITNESS:  They have to comply with the
3         HUD code.  They may get variations from the HUD
4         code on certain items if HUD allows it.
5    BY MR. SIMPSON:
6         Q    Do you know what the purpose of the HUD code
7    is?
8              MR. PELS:  Objection.
9              THE WITNESS:  To regulate the industry.
10   BY MR. SIMPSON:
11        Q    Do you know what the stated purpose in the
12   manufactured housing statute is?
13             MR. PELS:  Objection.
14             THE WITNESS:  I don't know that I've seen it
15        or read it.  Maybe I have.  Enlighten me.
16        Enlighten me.
17   BY MR. SIMPSON:
18        Q    I just want to know if you know.
19        A    Do you know?
20        Q    Oh, yes.
21        A    Oh.
22        Q    Do you?
23        A    Not that I recall.  I may have read it, I
0168
1    may have seen it, but I don't recall it.
2         Q    Do you know what the Consensus Committee is?
3         A    The Consensus?  It must be a committee that
4    has consensus on problems that affect them.
5         Q    Do you know specifically what the Consensus
6    Committee is with respect to HUD code regulations?
7         A    I probably have to look up your definition
8    back here.
9         Q    Doctor, let's not guess or play games.  Do
10   you know or don't you?
11             MR. PELS:  Objection.
12             THE WITNESS:  No, I don't recall any
13        specific language to that effect.
                          Page 64

kondnerdr.txt

```
14   BY MR. SIMPSON:
15        Q    Do you know how HUD code regulations are
16   made?
17        A    I don't know how they're made.  They're made
18   by somebody.
19        Q    Have you ever participated in the making or
20   changing of a single HUD code regulation in your life?
21             MR. PELS:  Objection.
22             You can answer.
23             THE WITNESS:  No, I haven't.
0169
 1   BY MR. SIMPSON:
 2        Q    Have you ever met anybody that worked for
 3   HUD?
 4        A    I probably have.  I don't recall them.
 5   There's probably enough of them running around.
 6        Q    Can you name me a single person that works
 7   in the department of HUD that deals with manufactured
 8   housing?
 9             MR. PELS:  Objection.
10             THE WITNESS:  Offhand I can't.  I don't see
11        any relevance anyway.
12   BY MR. SIMPSON:
13        Q    Well, I just thought that you might -- since
14   you're rendering HUD code opinions, you might know the
15   people who regulate the industry.
16             MR. PELS:  Objection; form, foundation,
17        mischaracterization.
18             You can answer.
19             Is that a question?
20   BY MR. SIMPSON:
21        Q    Yeah, do you know anybody that regulates the
22   industry in HUD?
23             MR. PELS:  Objection; asked and answered.
0170
 1             You can answer again.
 2             THE WITNESS:  Well, I recently came across a
 3        document by Menschner or something like that.  It
 4        began with an M.
 5   BY MR. SIMPSON:
 6        Q    Never met the guy?
 7        A    Never met the guy.
 8        Q    Can't even pronounce his name?
 9        A    I can't even pronounce his name.
10             MR. SIMPSON:  That's all the questions I
11        got.
12             MR. PELS:
13             (Signature having not been waived, the
14        deposition of DR. ROBERT L. KONDNER was concluded
15        at 2:02 p.m.)
16
17
18
19
20
21
22
23
0171
 1
 2
 3             ACKNOWLEDGEMENT OF WITNESS
 4
```

```
                                    kondnerdr.txt
  5              I, Dr. Robert L. Kondner, P.E., do hereby
  6         acknowledge that I have read and examined the
  7         foregoing testimony, and the same is a true,
  8         correct and complete transcription of the
  9         testimony given by me, and any corrections appear
 10         on the attached errata sheet signed by me.
 11
 12
 13     _____    _____
 14     (DATE)              (SIGNATURE)
 15
 16
 17
 18
 19
 20
 21
 22
 23
0172
  1                    E R R A T A   S H E E T
  2     IN RE:  MURPHY VS. SOUTHERN ENERGY HOMES
  3     RETURN BY:
  4     PAGE    LINE
  5                                        CORRECTION AND REASON
  6     ____    ____    _____
  7     ____    ____    _____
  8     ____    ____    _____
  9     ____    ____    _____
 10     ____    ____    _____
 11     ____    ____    _____
 12     ____    ____    _____
 13     ____    ____    _____
 14     ____    ____    _____
 15     ____    ____    _____
 16     ____    ____    _____
 17     ____    ____    _____
 18     ____    ____    _____
 19     ____    ____    _____
 20     ____    ____    _____
 21     ____    ____    _____
 22     _____    _____
 23     (DATE)              (SIGNATURE)
0173
  1                    E R R A T A   S H E E T
  2     IN RE:  MURPHY VS. SOUTHERN ENERGY HOMES
  3     RETURN BY:
  4     PAGE    LINE
  5                                        CORRECTION AND REASON
  6     ____    ____    _____
  7     ____    ____    _____
  8     ____    ____    _____
  9     ____    ____    _____
 10     ____    ____    _____
 11     ____    ____    _____
 12     ____    ____    _____
 13     ____    ____    _____
 14     ____    ____    _____
 15     ____    ____    _____
 16     ____    ____    _____
 17     ____    ____    _____
 18     ____    ____    _____
 19     ____    ____    _____
                            Page 66
```

kondnerdr.txt



```
20  ____   ____   _____
21  ____   ____   _____
22  ____   ____   _____
23  (DATE)         (SIGNATURE)
0174
 1
 2
 3  CERTIFICATE OF SHORTHAND REPORTER -- NOTARY PUBLIC
 4         I, Laurie Bangart-Smith, Registered
        Professional Reporter, the officer before whom
 5      the foregoing deposition was taken, do hereby
        certify that the foregoing transcript is a true
 6      and correct record of the testimony given; that
        said testimony was taken by me stenographically
 7      and thereafter reduced to typewriting under my
        supervision; and that I am neither counsel for,
 8      related to, nor employed by any of the parties to
        this case and have no interest, financial or
 9      otherwise, in its outcome.
10         IN WITNESS WHEREOF, I have hereunto set my
        hand and affixed my notarial seal this 3rd day of
11      January, 2008.
12
13
14      My commission expires:  March 14th, 2011
15
16
17  _____
18  LAURIE BANGART-SMITH
    NOTARY PUBLIC IN AND FOR
19  THE DISTRICT OF COLUMBIA
20
21
22
23
```