# *Progressive Engineering Inc.*

## ASTM C 473-06a Flexural Strength (Method B)

**Date:** 12/8/2007
**Client:** mSolve Building Science Service

**Project No.:** 2007-1805
**Test Condition:** 69.0 °F and 29% R.H.
**Load Rate:** 1" per minute

**Specimen:** 5/16" Gypsum (Vinyl Covered) - Murphy Home

*Flexural properties of gypsum panel products were evaluated by supporting the 12" x 16" specimen near the ends (14" span) and applying a load at the midspan.*

| Test No. | Test Sample | Sample Alignment | Maximum Load Reached | Failure Description |
|---|---|---|---|---|
| 1 | A2-FS | Vinyl Side Facing Up | 115 lbf | Core and bottom paper broke at midspan |
| 2 | B1-FS | Vinyl Side Facing Up | 119 lbf | Core and bottom paper broke at midspan |
| 3 | C1-FS | Vinyl Side Facing Up | 114 lbf | Core and bottom paper broke at midspan |
| 4 | C4-FS | Vinyl Side Facing Up | 117 lbf | Core and bottom paper broke at midspan |
| 5 | D3-FS | Vinyl Side Facing Up | 117 lbf | Core and bottom paper broke at midspan |

| Average Max Load Reached | | | Minimum Breaking Load per ASTM C1396-06 |
|---|---|---|---|
| | Edge Parallel Facing Side Up | N/A | 52 lbf |
| | Edge Parallel Facing Side Down | N/A | 52 lbf |
| | Edge Perpendicular Facing Side Up | N/A | 62 lbf |
| | Edge Perpendicular Facing Side Down | N/A | 62 lbf |
| | Samples as listed above | 116 lbf | |

**Comments/Observations:** The specimens for this test were kept in the AS RECEIVED packaging until the time of test. The samples were removed from the packaging, cut to size and immediately tested. This procedure was repeated for each sample. There was adhesive on a few samples and this was scraped off prior to testing. The direction fo the adhesive line was parallel to the 16" dimension and would indicate that the samples were cut parallel to the framing and thus in the machine direction of the board, assuming a vertical installation. This assumption would set the requirement for these samples at 62 lbf per ASTM C1396.

# *Progressive Engineering Inc.*

## ASTM C 473-06a Core Hardness (Method B)

**Date:** 12/8/2007
**Client:** mSolve Building Science Service

**Project No.:** 2007-1805
**Test Condition:** 70 °F and 27% R.H.
**Load Rate:** 1" per minute

**Specimen:** 5/16" Gypsum (Vinyl Covered) - Murphy Home

### Core Test

| Test No. | Test Sample | Test A | Test B | Test C | 4 lbf Replacement |
|---|---|---|---|---|---|
| 1 | A1-CH | 36 lbf | 29 lbf | 31 lbf | |
| 2 | B2-CH | 32 lbf | 30 lbf | 32 lbf | |
| 3 | B3-CH | 35 lbf | 33 lbf | 30 lbf | |
| 4 | C3-CH | 34 lbf | 32 lbf | 38 lbf | 35 lbf |
| 5 | D2-CH | 30 lbf | 26 lbf | 34 lbf | 33 lbf |

**Average =** 32 lbf

**Minimum Hardness =** 11 lbf
**per ASTM C0396-06a**

**Comments/Observations:** The samples used for this test were cut from the same specimens used for moisture content testing. The typical result was a 2" fracture in the gypsum core, extending longwise to the paper edges on either side of the puncture. The fracture typically terminated at the same paper side but in a couple of instances broke through the core diagonally and terminated on opposing paper faces.

# *Progressive Engineering Inc.*

## ASTM C 473-06a Nail Pull Resistance (Method B)

**Date:** 12/8/2007
**Client:** mSolve Building Science Service

**Project No.:** 2007-1805
**Test Condition:** 70.0 °F and 29% R.H.
**Load Rate:** 1" per minute

**Specimen:** 5/16" Gypsum (Vinyl Covered) - Murphy Home

| Test No. | Test Sample | Maximum Load | % 15 off Discard | Comments/Observations |
|---|---|---|---|---|
| 1 | A1-NP | 96 lbf | | The samples used for this test were cut from the same specimens used for moisture content testing. Vinyl Side UP. Nail head cut the vinyl and the back of the board had an approximate 2" diameter bulge in the paper. |
| 2 | B2-NP | 91 lbf | | |
| 3 | B3-NP | 92 lbf | | |
| 4 | C3-NP | 69 lbf | | |
| 5 | D2-NP | 74 lbf | | |

**Average =** 84 lbf

**Minimum Resistance =** 46 lbf
**per ASTM C 1396-06a**

# *Progressive Engineering Inc.*

## Moisture Content - Oven Dry

**Date:** 12/10/2007
**Client:** mSolve Building Science Service

**Project No.:** 2007-1805
**Cond. Temp.:** 113° F
**Cond. Humidity:** Uncontrolled

**Specimen:** 5/16" Gypsum (Vinyl Covered) - Murphy Home
**Test:** Condition the samples at 113°F until a constant weight is attained. Place the samples in a desiccator chamber, allow to cool, and then re-weigh. Determine the total weight loss and calculate the moisture content as the percent weight loss.

| | Date | Time | SAMPLE No. / Weight in Grams (g) | | | | |
|---|---|---|---|---|---|---|---|
| | | | A1-MC | B2-MC | B3-MC | C3-MC | D2-MC |
| **Initial Weight** | 12/7/07 | 19:30 | 61.35 | 61.47 | 61.79 | 60.61 | 60.80 |
| **DRY Weight** | 12/10/07 | 18:00 | 60.96 | 61.10 | 61.41 | 60.23 | 60.46 |
| **Total Weight Loss (g):** | | | 0.39 | 0.37 | 0.38 | 0.38 | 0.34 |
| **Free Water Moisture Content:** | | | 0.64% | 0.60% | 0.61% | 0.63% | 0.56% |

**Average Moisture Content:** 0.61%

10

FRONT VIEW

SIDE VIEW

12"x16" GYPSUM PRODUCT
TEST SPECIMEN

THREE (3) FLEXURAL TEST
FIXTURE PEI #546

TINIUS OLSEN MACHINE PEI #144

12"x16" GYPSUM PRODUCT
TEST SPECIMEN

THREE (3) FLEXURAL TEST
FIXTURE PEI #546

*Progressive Engineering Inc.*

58640 State Road 15
Goshen, IN 46528
Phone (574) 533-0837
Fax (574) 533-3738
www.p-e-i.com

| | |
|---|---|
| DWN. BY: | A. BENDER |
| DATE: | 6/15/05 |
| SCALE: | |
| DRAWING NUMBER | F969 |
| TITLE: | TEST SET-UP |

This drawing and all information contained herein is the property of PROGRESSIVE ENGINEERING, INC. and is not to be reproduced without the written permission of PEI. PEI assumes no responsibility for unauthorized use of this drawing.

11



Ø1/4" HEAD
Ø.099" SHANK

PEI #547 NAIL
PULL SUPPORT
FIXTURE

NAIL PULL TEST
SETUP SIDE VIEW

PEI #548 PUNCH TOOL

TEST SAMPLE 6"x6"

6"

6"

Ø3"

1 1/2"

NAIL PULL
SUPPORT PLATFORM
TOP VIEW

2"

1/2"

3"

TINIUS OLSEN MACHINE
PEI #144

PUNCH TOOL
PEI #548

1/4" DIA. HEAD

0.099" DIA. SHANK

6x6 TEST SAMPLE

NAIL PULL SUPPORT
FIXTURE PEI #547

12

58040 State Road 15
Goshen, IN 46528
Phone (574) 534-2517
Fax (574) 533-9736

www.p-e-i.com

Progressive Engineering Inc.

DRAWN BY: A.BENDER
DATE: 6/15/05
SCALE:
DRAWING NUMBER: F971
TITLE: TEST SET-UP

This drawing and all information contained herein
is the property of PROGRESSIVE
ENGINEERING, INC, and is not to be reproduced
without the written permission
of PROGRESSIVE ENGINEERING, INC.
PROGRESSIVE ENGINEERING, INC. assumes no responsibility for
unauthorized use of this drawing.

TINIUS OLSEN MACHINE
PEI #144

$\frac{1}{4}$" DIA. HEAD

0.099" DIA. SHANK

TWO (2) ANGLE IRONS

PUNCH TOOL
PEI #548

TEST SPECIMEN

Progressive Engineering Inc.
68640 State Road 15
Goshen, IN 46528
Phone (574) 533-0337
Fax (574) 533-9736
www.p-e-i.com

| DWN. BY: A. BENDER | This drawing and all information contained herein is the property of PROGRESSIVE ENGINEERING, INC. and is not to be reproduced without the written permission of P.E.I. P.E.I. assumes no responsibility for unauthorized use of this drawing. |
| DATE: 6/15/05 | |
| SCALE: | |
| DRAWING NUMBER F1216 | TITLE TEST SET-UP |

13

## *Progressive Engineering Inc.*

**AS RECEIVED**

 

 

 

*Progressive Engineering Inc.*

**AS RECEIVED (TYPICAL)**



# *Progressive Engineering Inc.*

**MOISTURE CONTENT / NAIL PULL / CORE HARDNESS SAMPLES**









16

# *Progressive Engineering Inc.*

**Flexural Strength Test**



Test Setup



Test Setup



Typical Failure







17

# *Progressive Engineering Inc.*

**Flexural Strength Test**








## *Progressive Engineering Inc.*

**Flexural Strength Test**








19

## *Progressive Engineering Inc.*

**Core Hardness Test**



Test Setup



Test Setup



Typical Failure



Typical Failure



Typical Failure



Typical Failure

20

# *Progressive Engineering Inc.*

**Core Hardness Test**









21

## *Progressive Engineering Inc.*

**Nail Pull Test**



Test Setup



Test Setup







22

## *Progressive Engineering Inc.*

**Nail Pull Test**










# *Progressive Engineering Inc.*

**Nail Pull Test**



24



**TESTING**
**LISTING**
**EVALUATION**

257 EAST RANDOLPH STREET • NAPPANEE, INDIANA 46550
WWW.NTAINC.COM • TESTLABS@NTAINC.COM

PHONE: 574-773-7975
FAX: 574-773-2260

### NTA 07-11
### COMPARISON TESTING OF HAND HELD MOISTURE METERS (HHMM)
### WHEN USED ON 5/16-IN VINYL COVERED GYPSUM;
### DELMHORST BD2100 PIN TYPE HHMM
### AND DELMHORST ACCUSCAN SURFACE TYPE HHMM

Prepared for:
**Ritchey and Simpson, PLLC**
**3288 Morgan Drive, Suite 100**
**Birmingham, Alabama 35216-3084**

Phone: (205)876-1600
Fax: (205)876-1616
Web: www.RitcheySimpson.com

Test Report: 120707-26
Issued: December 11, 2007

Prepared By:
Dale Arter
Testing Director

Reviewed By:
Douglas Berger, P.E.
Test Engineer



12/26/07

This report contains only findings and results arrived at after employing the specific test procedures listed herein. It does not constitute a recommendation for, endorsement of, or certification of the product or material tested. NTA Testing Laboratories, Inc. makes no warranty, expressed or implied, except that the test has been performed, and a report prepared, based upon the specimen furnished by the client. Extrapolation of data, from the test data provided herein, to the batch or lot from which the specimens were obtained may not correlate and should be interpreted with extreme caution. NTA Testing Laboratories, Inc. assumes no responsibility for variations in quality, composition, appearance, performance, or other features of similar materials produced by the client, other persons, or under conditions over which NTA Testing Laboratories, Inc. has no control. NTA Testing Laboratories, Inc. has issued this report for the exclusive use of the client to whom it is addressed. Any use or duplication of this report shall not be made without their consent. This report shall only be reproduced in its entirety.

SE120707-26

Prepared By: Dale Arter
Reviewed & Approved By: Douglas Berger

Form QA 4.3
Issued/Revised: 12/11/07



## 1. INTRODUCTION

### 1.1. GENERAL

Moisture content of gypsum panels is dependant on various construction and environmental conditions. Measuring the moisture content in the field is usually performed using a Hand Held Moisture Meter (HHMM) which fall into the categories of conductance meters or dielectric meters. As stated in ASTM D4444[4] Sections 3 and 4, these meters take electrical measurements, which are influenced by actual moisture content and a number of material variables, and compare them to calibration tables to produce a moisture content reading. The maximum accuracy can only be obtained by an awareness of the effect of each parameter on the meter output. Also, it should be noted that According to the owner's manual, the dielectric meter uses a reference scale when used on non-wood products. The numbers on this scale are relative or qualitative indications of moisture levels, not percent moisture content.

### 1.2. OBJECTIVE AND SCOPE

Ritchey and Simpson, PLLC retained NTA Testing Laboratories, Inc. to evaluate various types of HHMMs when used on vinyl covered 5/16-in gypsum in comparison to a version of ASTM D4442[2] modified for use on gypsum. All tests were conducted at NTA Testing Laboratories facility in Nappanee, Indiana.

## 2. TEST PROGRAM

### 2.1. DESCRIPTION OF TEST SPECIMENS

48-in x 90-in Vinyl covered 5/16-in National gypsum panels were obtained from Adorn on September 20, 2007. 24-in x 24-in test specimens were cut from the center of these panels for testing.

### Table 1: Materials

| Material | 5/16-in x 24-in x 24-in National Gypsum covered in vinyl by Adorn |
|---|---|
| Pin Type Test HHMM | Delmhorst BD 2100, conductance moisture meter |
| Surface Type HHMM | Delmhorst Accuscan, dielectric moisture meter |

### 2.2. TEST PROCEDURE

This test is conducted in accordance with NTA 07-11[1]. Accordingly, 24-in x 24-in gypsum specimens are placed in an environmental chamber set to 90°F and 90% RH. Specimens stay in the chamber until they reach equilibrium moisture content. Equilibrium moisture content is determined by using a pin type HHMM periodically. If the moisture content reading has not changed more than 1% over a 24 hour period, the panels are considered at equilibrium. When the specimens have reached equilibrium, moisture content is recorded using both types of meters at all four corners and at the center of the panel. The specimen in weighed and placed in a drying oven. The drying procedure is based on ASTM D4442[2] with the exception of the oven temperature is maintained at 60°C for gypsum panels. ASTM D2216[3] Section 1.4 states that materials containing gypsum have significant amounts of hydrated water. ASTM D2216[3] recommends drying gypsum at 60°C to only evaporate the free water without significant loss of hydrated water. The drying procedure is complete when equilibrium mass has been reached.

SE120707-26

Prepared By: Dale Arter
Reviewed & Approved By: Douglas Berger

Form QA 4.3
Issued/Revised: 12/11/07



3. TEST RESULTS

Two 5/16-in x 24-in x 24-in vinyl covered gypsum panels were tested by two types of hand held moisture meters and by drying in accordance with ASTM D4442[2] modified as stated in this report. The results of each method of measuring moisture content are contained in table 2 below, and in the appendix. The HHMM results were direct readings from the meters. Moisture content using ASTM D4442[2] is calculated using the following equation:

$$MC\% = 100 \cdot (A - B) / B$$

Where:
MC% = Moisture Content of the test specimen
A = Initial (humidified panel) Mass
B = Final (dried panel) Mass

Table 2:  Test Results

| Specimen | Delmhorst BD2100 moisture content reading | Delmhorst Accuscan moisture content reading | Modified ASTM D4442[2] measured free moisture content |
|---|---|---|---|
| 13065 | 1.2% | 31.8% | 1.9% |
| 13067 | 1.0% | 30.2% | 1.9% |

Prepared By: Dale Arter
Reviewed & Approved By: Douglas Berger

Form QA 4.3
Issued/Revised: 12/11/07



5. CONCLUSION

Ritchey and Simpson, PLLC retained NTA Testing Laboratories, Inc. to evaluate the accuracy of various types of HHMMs when used on vinyl covered 5/16-in gypsum in comparison to a version of ASTM D4442[2] modified for use on gypsum.

Table 2:  Result Summary

| Meter Type | Difference in Moisture Content (%) from ASTM D4442[2] Method |
|---|---|
| Delmhorst BD2100, Pin Type, Conductance Moisture Meter | .8% |
| Delmhorst Accuscan, Surface Type, Dielectric Moisture Meter | 29.1% |

PREPARED BY: _____  12-26-07
Dale Arter,
Director of Testing


REPORT REVIEWED BY: _____  12-26-07
Douglas Berger, P.E.
Test Engineer

Prepared By: Dale Arter
Reviewed & Approved By: Douglas Berger

# REFERENCES



1.    NTA Testing Laboratories, Inc. *Gypsum Moisture Content Comparison* NTA 07-11 NTA, Nappanee, IN 2007. 4 pp.

2.    American Society for Testing and Materials (ASTM). *Standard Test Method for Direct Moisture Content Measurement of Wood and Wood-Base Materials* ASTM D4442-92. ASTM, West Conshohocken, PA, 2003. 6 pp.

3.    American Society for Testing and Materials (ASTM). *Standard Test Method for Labritory Determination of Water (Moisture) Content of Soil and Rock by Mass.* ASTM D2216-05. ASTM, West Conshohocken, PA, 2005. 7 pp.

4.    American Society for Testing and Materials (ASTM). *Standard Test Method for Use and Calibration of Hand Held Moisture Meters* ASTM D4444-92 (2003). ASTM, West Conshohocken, PA, 2003. 6 pp

Prepared By: Dale Arter
Reviewed & Approved By: Douglas Berger

Form QA 4.3
Issued/Revised: 12/11/07



# FIGURES



**Figure 1: Specimen 13067**



**Figure 2: Pin Type Moisture Meter**

Prepared By: Dale Arter
Reviewed & Approved By: Douglas Berger

Form QA 4.3
Issued/Revised: 12/11/07



FIGURES



**Figure 3: Specimens in Conditioning Chamber**

Prepared By: Dale Arter                                    Form QA 4.3
Reviewed & Approved By: Douglas Berger              Issued/Revised: 12/11/07

# APPENDIX



SE092407-28 Inclusive
Out

NTA Testing Laboratories, Inc.

**NTA 07-11**
**Gypsum Moisture Content Comparison Testing**
**Summary Out**

**General:**
Client: Ritchey and Simpson
Job Number: SE120707-26
Performed By: Dale Arter
Test Location: NTA Testing Laboratories, Inc.

**Specimen Description:**
Manufacturer: National Gypsum
Trade Name/Designation: Vinyl Covered Gypsum
Material Description: 5/16-in. Vinyl covered gypsum adhered by Adorn
Nominal Size: 24-in. wide x 24-in. long
Nominal Thickness: 5/16
Date Received: 9/20/2007
Parent No.: 13049

**Conditioning:**

| | | | **Apparatus:** |
|---|---|---|---|
| Temp: | 90 ±2°F | | Humidity Chamber: 00765 |
| RH: | 90 ±2% RH | | Sensor: 00623 |
| | | | Pin Type HHMM: 00881 |
| | | | Surface Type HHMM: 00882 |

| Specimen | Conditioning Start | Average Moisture Conditioning Start | Conditioning End | Average Post Conditioning Moisture Content | |
|---|---|---|---|---|---|
| | Date/Time | Pin Meter | Date/Time | Pin Meter | Surface Meter |
| 13065 | 9/22/2007 11:38 | 0.20 | 10/3/2007 12:36 | 1.2 | 31.8 |
| 13067 | 9/22/2007 11:35 | 0.22 | 10/3/2007 12:31 | 1.0 | 30.2 |

**Drying Procedure (modified ASTM D4442):**

| | | **Apparatus:** |
|---|---|---|
| Start Date: 10/3/2007 | End Date: 10/5/2007 | Convection Oven: 00009 |
| Start Time: 3:11:00 PM | End Time: 5:52:00 PM | Oven Logger: 00394 |
| | | Balance: 00003 |

Drying Temp: 60 deg C

| Specimen | Initial Weight | Final Weight | Percent Moisture |
|---|---|---|---|
| 13065 | 2287.42 | 2243.78 | 1.9% |
| 13067 | 2293.79 | 2250.67 | 1.9% |

Prepared By: Eric Tompos
Reviewed/Approved By: Dale Arter

Page 1 of 1
Issued/Revised: 04/01/05

SE120707-26

Page 8 of 8

Prepared By: Dale Arter
Reviewed & Approved By: Douglas Berger

Form QA 4.3
Issued/Revised: 12/11/07