982parks.rough depo.txt

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

HAROLD KELLY MURPHY,　　　　　　　)
　　　Plaintiff.　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　Case No.: 2:06-cv-618-MEF
　　　　　　　　　　　　　　　　　　)
SOUTHERN ENERGY HOMES, INC.,　　　)
et al.,　　　　　　　　　　　　　　 )
　　　Defendants.　　　　　　　　　 )

　　　　　　　　　　　　　　　　　　　　　　　　5
　　　　***UNCERTIFIED ROUGH DRAFT COPY***
1　　by either party hereto provided for by
2　　the Federal Rules of Civil Procedure.
3
4　　　*　*　*　*　*　*　*　*
5
6　　　　　　　　　BOBBY PARKS
7　　The witness, having first been duly
8　　sworn or affirmed to speak the truth,
9　　the whole truth, and nothing but the
10　　　truth, testified as follows:
11　　　　　　THE REPORTER:  Usual
12　　　　　　　stipulations?
13　　　　　　MR. SIMPSON:  Sure.
14　　　　　　　　EXAMINATION
15　　BY MR. SIMPSON:
16　Q.　Almost good afternoon.  Good morning.
17　A.　Yes, sir.
18　Q.　We've met before.  Let me start by
19　　marking some exhibits and we'll just
20　　jump right into this.  Let me mark
21　　Exhibit #1.
22　　　　　　(Defendants' Exhibit #1 was

Page 1



982parks.rough depo.txt

131
***UNCERTIFIED ROUGH DRAFT COPY***

```
 1  Q.  Now, on page 3, of your report, you
 2      compare the (b)(1) to the (b)(2) wall;
 3      correct?
 4  A.  Correct.
 5  Q.  Is there anywhere in either of your two
 6      reports or in your field notes where
 7      you actually make an opinion that
 8      another design -- (b)(2), (b)(3),
 9      waiver, AC, whatever -- is a better
10      alternative feasible design than
11      (b)(1)?  Do you say is that anywhere in
12      your reports?
13  A.  I think I depict that the (b)(2), in --
14      in theory and intent, is a much more
15      appropriate wall structure than the
16      (b)(1).
17  Q.  And we've already established you don't
18      know that you've ever seen one of
19      these.
20  A.  I can't say that I have or haven't.
21  Q.  Now, you would agree with me if you
22      found moisture readings of 25 to 40
23      percent, you can't say what the
```

***UNCERTIFIED ROUGH DRAFT COPY***

132
***UNCERTIFIED ROUGH DRAFT COPY***

```
 1      absolute percentage of moisture in
 2      those walls is because you didn't cut
 3      and bake the sample.
```

Page 107

982parks.rough depo.txt

```
 4  A.  That is correct.
 5  Q.  And cutting and baking is the only
 6      authoritative way to know for sure.
 7  A.  That's correct.
 8  Q.  Now, you did thermographic imaging in
 9      this home.
10  A.  Correct.
11  Q.  And do you agree with me that -- have
12      you looked at the standard that we
13      talked about from the last trial?
14  A.  No, I have not.
15  Q.  So you don't know sitting here today
16      whether your thermographic protocols
17      comport with or violate the standard
18      for imaging in homes such as this?
19  A.  Well, that particular standard you're
20      referencing is -- is describing test
21      methods for insulation values
22      (unintelligible).  And that's not what
23      my intent was in this home.  So I never
```

***UNCERTIFIED ROUGH DRAFT COPY***

133
***UNCERTIFIED ROUGH DRAFT COPY***

```
 1      in any way intended to test or identify
 2      these issues by that.  These pictures
 3      are exemplary of helping to explain
 4      where the -- how the heat and moisture
 5      moves through the wall.
 6  Q.  All right.  You would agree with me
 7      that as between blue and orange or red
 8      a couple of degrees' difference can
```