**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION**

| | |
|---|---|
| **HAROLD KELLY MURPHY,** ) | |
| ) | |
| **Plaintiff.** ) | |
| ) | |
| **v.** ) | **Case No.: 2:06-cv-618-MEF** |
| ) | |
| **SOUTHERN ENERGY HOMES, INC.,** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**DEFENDANT'S EVIDENTIARY SUBMISSION IN SUPPORT OF ITS
MOTION TO EXCLUDE TESTIMONY AND OPINIONS OF PLAINTIFF'S EXPERT
PARKS DAUBERT AND REQUEST FOR IN LIMINE HEARING**

COMES NOW Defendant Southern Energy Homes, Inc., submits the following as evidence in support of its motion in the above-styled matter:

A.    Complaint

B.    Deposition of Bobby Parks in *Murphy*

C.    Parks Report in *Murphy*

D.    Declaration of David Tompos

   D-1 (CV)

   D-2 (Expert Report)

E.    Parks Deposition Excerpts from *Deese*

F.    HUD Letter

G.    Declaration of Keith Leese

   G-1(CV)

   G-2 (Expert Report)

H.    Parks Deposition Excerpt from *Ford*

I.      Declaration of Francis Conlin

        I-1 (CV)

        I-2 (Expert Report)

J.      Harold Murphy Deposition Excerpts

                    Respectfully submitted,

                    */s/Thomas W. Thagard III*
                    Lee E. Bains, Jr. (BA1005)
                    Thomas W. Thagard, III (THA006)
                    Edward S. Sledge, IV (SLE008)
                    Attorneys for Southern Energy Homes, Inc.

**OF COUNSEL:**

**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL  35203
(205) 254-1000 (Telephone)
(205) 254-1999 (Facsimile)
E-mail: lbains@maynardcooper.com
E-mail: tthagard@maynardcooper.com
E-mail: sledge@maynardcooper.com


W. Scott Simpson
RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, Alabama 35216-3084
205.876.1600  (Telephone)
205.876.1616  (Facsimile)
E-mail: wssimpson@ritcheysimpson.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 8, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Carter Gibson Vance**
E-mail: gibson.vance@beasleyallen.com
**Charles Lance Gould, Esq.**
E-mail: lance.gould@beasleyallen.com

/s/Thomas W. Thagard III
Of Counsel