982parks.rough depo.txt

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

HAROLD KELLY MURPHY,                    )
                                        )
        Plaintiff.                      )
                                        )
v.                                      )        Case No.: 2:06-cv-618-MEF
                                        )
SOUTHERN ENERGY HOMES, INC.,            )
et al.,                                 )
                                        )
        Defendants.                     )

                                                5

           ***UNCERTIFIED ROUGH DRAFT COPY***

    1       by either party hereto provided for by

    2       the Federal Rules of Civil Procedure.

    3

    4       *    *    *    *    *    *    *    *

    5

    6                    BOBBY PARKS

    7        The witness, having first been duly

    8        sworn or affirmed to speak the truth,

    9        the whole truth, and nothing but the

   10           truth, testified as follows:

   11              THE REPORTER:  Usual

   12                 stipulations?

   13              MR. SIMPSON:  Sure.

   14                 EXAMINATION

   15       BY MR. SIMPSON:

   16    Q.  Almost good afternoon.  Good morning.

   17    A.  Yes, sir.

   18    Q.  We've met before.  Let me start by

   19        marking some exhibits and we'll just

   20        jump right into this.  Let me mark

   21        Exhibit #1.

   22                    (Defendants' Exhibit #1 was

                         Page 1


EXHIBIT
B

982parks.rough depo.txt

```
 4                   reviews document)
 5   A.   Yes, sir, I believe it to be.
 6   Q.   Does that represent the sum total of
 7        your field notes for all visits?
 8   A.   Yes, sir, it does.
 9                   (Defendants' Exhibit #2 was
10                    marked for identification.)
11   Q.   Let me show you what I'm going to mark
12        as Exhibit #2 and see if you can
13        identify this as your first report
14        rendered in the Murphy case.
15   A.   Yes, sir, I believe it to be.
16                   (Defendants' Exhibit #3 was
17                    marked for identification.)
18   Q.   And let me mark as Exhibit #3 what I
19        believe to be your second Murphy
20        report.  Can you identify that?
21   A.   Yes, sir.  That's the follow-up visit.
22                   MR. GOULD:  Off the record
23                    real quick, Scott.
```

***UNCERTIFIED ROUGH DRAFT COPY***

                                        7

***UNCERTIFIED ROUGH DRAFT COPY***

```
 1                   (Off-the-record discussion)
 2                   MR. SIMPSON:  Back on the
 3                    record.
 4   Q.   With regard to the work product you've
 5        done in Murphy, would Exhibits #1, #2,
 6        and #3 be the sum total of your work
 7        product?
 8   A.   I believe that to be accurate.
```
                        Page 2

982parks.rough depo.txt

```
 9  Q.  Let me show you what I have marked as

10      Exhibit #4.

11                    (Defendants' Exhibit #4 was

12                     marked for identification.)

13  Q.  This is the -- what I believe to be Roy

14      Bonney report in the Murphy home?

15  A.  Yes, sir.

16  Q.  Have you ever seen that before?

17  A.  No, sir, I've not.

18  Q.  Did you send your report to Mr. Bonney?

19  A.  No, sir, I did not.

20  Q.  So he did not send his report to you

21      nor did you send your report to him?

22  A.  No, sir.  I think that's accurate.

23  Q.  Did you give him your field notes?
```

***UNCERTIFIED ROUGH DRAFT COPY***

□

***UNCERTIFIED ROUGH DRAFT COPY***                                  8

```
 1  A.  No, sir.

 2  Q.  Did he give you his field notes?

 3  A.  No, sir.

 4  Q.  Let me mark as Exhibit #5 what your

 5      attorney has represented is the Kondner

 6      report, Robert Kondner, K-O-N-D-N-E-R.

 7  A.  Yes, sir.

 8                    (Defendants' Exhibit #5 was

 9                     marked for identification.)

10  Q.  Have you seen that before?

11  A.  No, sir, I have not.

12  Q.  Have you exchanged reports or field

13      notes with Kondner in the Murphy case?
```

982parks.rough depo.txt

14  A.  No, sir, I have not.

15  Q.  Did you play any part in writing the

16      text of the Kondner report?

17  A.  As I said, I've not even seen it, no,

18      sir, so I did not.

19  Q.  Have you seen any Kondner report

20      before?

21  A.  I really don't recall.

22  Q.  So it's fair to say, in rendering your

23      report, you didn't rely on anything

        ***UNCERTIFIED ROUGH DRAFT COPY***

                                              9

        ***UNCERTIFIED ROUGH DRAFT COPY***

1       that Mr. Bonney or Mr. Kondner said or

2       did?

3   A.  That is correct.

4   Q.  And would you agree with me that since

5       you had no exchange of materials with

6       Bonney or Kondner, you did not intend

7       for them to rely on anything you said

8       or did?

9                MR. GOULD:  I'm going to

10                   object, because he does

11                   not know what they

12                   relied on.

13               MR. SIMPSON:  Oh, I'm

14                   wondering what he

15                   intended.  That was my

16                   question.

17  Q.  Did you intend for them to rely on

18      anything you did?

                    Page 4

982parks.rough depo.txt

19  A.  My intent was -- I wrote my report for

20      the Beasley-Allen firm.  So I had no

21      intents of any kind that would relate

22      to Mr. Bonney or Mr. Kondner.

23  Q.  But you didn't have any kind of E-mail

        ***UNCERTIFIED ROUGH DRAFT COPY***

                                              10

        ***UNCERTIFIED ROUGH DRAFT COPY***

1       traffic or give any kind of reports to

2       them informally that they could have

3       used in connection with their formal

4       reports in this case?

5   A.  I don't think I've ever sent my

6       reports -- that I can recall, I don't

7       believe that I've ever sent my reports

8       to anyone other than an attorney here

9       at Beasley-Allen, whether that be

10      Gibson Vance or Lance Gould.

11  Q.  What is an IEP?

12  A.  IEP?  What context are you using that

13      in?

14  Q.  Well, in the mold remediation business,

15      do you know what an IEP is?

16  A.  I don't know that that's a term I can

17      recall right now.

18  Q.  Are you an IEP?

19  A.  Well, if I don't recognize the term, I

20      really don't know if I am or not.

21  Q.  Do you recognize the term "indoor

22      environmental professional"?

23  A.  I've not seen that classification

                    Page 5

982parks.rough depo.txt

***UNCERTIFIED ROUGH DRAFT COPY***

11

***UNCERTIFIED ROUGH DRAFT COPY***

1      anywhere.

2  Q.  Are you a qualified indoor

3      environmental professional?

4  A.  Can you give me a definition of what

5      that would be?

6  Q.  Well, unfortunately, I get to ask the

7      questions.  If you know yourself to be

8      one, tell me.  If you don't know the

9      answer, then that's fine, too.

10  A.  Indoor environmental --

11  Q.  Professional.

12  A.  -- professional.  As I've said, I've

13      not heard that acronym before, so I can

14      only state that I've not received any

15      certifications that use that acronym.

16  Q.  Can you tell me what kinds of molds are

17      soil molds?

18  A.  No, sir.

19  Q.  Can you tell me what a hydrophilic mold

20      is, H-Y-D-R-O-P-H-I-L-I-C?

21  A.  No, sir.

22  Q.  Can you tell me what a toxigenic mold

23      is, T-O-X-I-G-E-N-I-C?

***UNCERTIFIED ROUGH DRAFT COPY***

12

***UNCERTIFIED ROUGH DRAFT COPY***

1  A.  Toxigenic.  Well, no, sir I can't

982parks.rough depo.txt

2   accurately define that in the manner

3   you're asking.

4  Q.  Can you tell me what a phylloplane mold

5      is, P-H-Y-L-L-O-P-L-A-N-E?

6  A.  No, sir.

7  Q.  Can you tell me what xerophilic fungi

8      are, X-E-R-O-P-H-I-L-I-C?

9  A.  No, sir.

10  Q.  Can you tell me the difference between

11      a primary, secondary, and tertiary

12      colonizer of fungi?

13  A.  No, sir.  I believe that to be

14      information that a mycologist would

15      know.  But as I've already stated

16      previously, my training is limited to

17      the acquisition of sampling and the

18      interpretation of that data.

19  Q.  Do you know what equilibrium relative

20      humidity is or ERH?

21  A.  Yes, I do.

22  Q.  What is that?

23  A.  That's water activity between materials

         ***UNCERTIFIED ROUGH DRAFT COPY***

                                                13

         ***UNCERTIFIED ROUGH DRAFT COPY***

1      in the atmosphere that it's exposed to.

2  Q.  Do you know what water activity is

3      which is usually identified as A with a

4      subscript W after it?

5  A.  Yes, sir.  That's -- that's the amount

6      of water movement between that material

                    Page 7

982parks.rough depo.txt

```
 7       as it's exposed to surroundings.

 8   Q.  Do you know what the minimum

 9       requirement of Aw most fungi require?

10   A.  No, sir, I don't.

11   Q.  Do you have any knowledge about what

12       kinds of molds grow in what kinds of

13       ERH conditions?

14   A.  No, sir.

15   Q.  Do you know what a Condition 1,

16       Condition 2, or Condition 3 environment

17       in a home is relative to mold

18       infiltration or contamination?

19   A.  No, sir, I'm not familiar with that

20       terminology.

21                (Brief pause)

22   Q.  Do you know what primary colonizers

23       require in terms of an Aw level?
```

***UNCERTIFIED ROUGH DRAFT COPY***

14

***UNCERTIFIED ROUGH DRAFT COPY***

```
 1   A.  No, sir.

 2   Q.  How about secondary or tertiary

 3       colonizers?

 4   A.  No, sir.

 5   Q.  Did you do or calculate ERH or Aw on

 6       the Murphy home?

 7   A.  No, sir.

 8   Q.  Do you know how to?

 9   A.  No, sir.  I'm not familiar with . . .

10   Q.  How many times did you go to the Murphy

11       home?
```

982parks.rough depo.txt

12  A.  I believe I made three visits.

13  Q.  What did you do on the first visit?

14  A.  I believe the first visit was more --

15      just preliminary walk-through.  No

16      testing was done.

17  Q.  Who did you speak with during that

18      visit?

19  A.  Mr. Bonney was there.  And to the best

20      that I can recall, Ms. Murphy was

21      there.

22  Q.  Did you interview the Murphies?

23  A.  No, sir, not at that time.

        ***UNCERTIFIED ROUGH DRAFT COPY***

                                              15
        ***UNCERTIFIED ROUGH DRAFT COPY***

1   Q.  Did you interview the Murphies on any

2       subsequent visit?

3   A.  I have some typical questions that I --

4       that I ask.

5   Q.  Where would I find those?

6   A.  That would be in my field notes, on

7       page 6 of my field notes.

8   Q.  I don't know how you're counting.  Oh,

9       I'm sorry.  In the back, you have

10      numbered pages.  This isn't the sixth

11      page of the exhibit.  It's the page

12      numbered six towards the back; correct?

13  A.  That is correct.

14  Q.  From your field notes, what can you

15      tell me you asked them and they

16      answered in relation to your interview?

                                    Page 9

982parks.rough depo.txt

17  A.   I asked them how they normally used

18       their air conditioning system, whether

19       they turn their thermostat up/down day

20       and night or whether they keep it at

21       one consistent temperature.  They

22       stated that they typically keep the

23       thermostat at 72 degrees mostly

***UNCERTIFIED ROUGH DRAFT COPY***

16

***UNCERTIFIED ROUGH DRAFT COPY***

1        consistent.  I asked them about their

2        use of their exhaust fans -- bathrooms,

3        kitchen exhaust fans.  They said

4        normal.  The ventilation fan or the

5        auto fan on the thermostat, they said

6        they never use.  I asked them if there

7        was any noticeable areas of discomfort.

8        They didn't note any.  And I asked them

9        about if there were any bedroom doors

10       that typically stick out in their mind

11       as being closed or opened all the time.

12       They said that they keep all their

13       doors pretty much open.

14  Q.   Did you ask them about any water leaks

15       or roof leaks in --

16  A.   No, sir.

17  Q.   -- your investigation?

18  A.   Not that I can recall.

19  Q.   If roof leaks did occur, is it fair to

20       say you did not rule those out because

21       you did not investigate them?

Page 10

982parks.rough depo.txt

22  A.   That wouldn't be fair.  I did

23       investigate.  I always walk around the

***UNCERTIFIED ROUGH DRAFT COPY***

17

***UNCERTIFIED ROUGH DRAFT COPY***

1       perimeter of the house from the

2       interior looking for evidence of roof

3       leaks as well as around windows and

4       doors.

5   Q.   what do you know about any roof leaks

6        in this home?

7   A.   At this time, I don't recall.

8   Q.   So is it fair to say that your

9        assessment of roof leaks, whether one

10       happened or not in this case, was

11       limited to a visual inspection?

12  A.   That would be correct.

13  Q.   So if Mr. Murphy testified that there

14       were roof leaks and he even turned them

15       in to an insurance adjuster, that would

16       be news to you?

17  A.   Yes, sir.  I didn't speak to them about

18       experiencing that kind of a problem.

19  Q.   Did you ask the Murphies if they'd ever

20       experienced a significant or any kind

21       of plumbing leak in any of the

22       bathrooms or kitchen?

23  A.   No, sir, I did not.

***UNCERTIFIED ROUGH DRAFT COPY***

18

***UNCERTIFIED ROUGH DRAFT COPY***

982parks.rough depo.txt

1    Q.  Did you rule out plumbing leaks in the
2        bathrooms or the kitchen?
3    A.  I don't think they had any effect on
4        what I found in the wall structures.
5    Q.  Did you rule them out?
6    A.  I didn't investigate them.
7    Q.  You never asked the Murphies if they
8        had water leaks like that?
9    A.  No, sir, I did not.
10   Q.  So it would be news to you if
11       Mr. Murphy testified that there were
12       water leaks in both bathrooms?
13   A.  Yes, sir.  It still wouldn't change my
14       opinion on the walls.
15   Q.  Even if there was a significant leak
16       that caused wicking, that would not
17       change your opinion?
18   A.  It still doesn't change my opinion of
19       what I've seen around the perimeter of
20       the house.
21   Q.  Fair to say you didn't do any
22       particular invasive testing to rule out
23       water-leak damage as a potential source

***UNCERTIFIED ROUGH DRAFT COPY***

19

***UNCERTIFIED ROUGH DRAFT COPY***

1        of mold?
2    A.  I did not do any invasive testing,
3        correct, for the purpose of water
4        leakage.
5    Q.  And is it fair to say you didn't do any

982parks.rough depo.txt

6      invasive testing to rule out water

7      damage from roof leaks as a potential

8      cause of mold?

9   A.  That is correct, no invasive testing.

10  Q.  Is it fair to say that you're not a

11      microbiologist?

12  A.  That is correct.

13  Q.  You're not a mycologist?

14  A.  No, sir.

15  Q.  Do you know the difference between a

16      microbiologist and a mycologist?

17  A.  No, sir.

18  Q.  Do you know what kind of training or

19      education is required to become either

20      a microbiologist or a mycologist?

21  A.  No, sir.

22  Q.  Are you a public health professional?

23  A.  Never been identified as that, no, sir.

        ***UNCERTIFIED ROUGH DRAFT COPY***

                                        20
        ***UNCERTIFIED ROUGH DRAFT COPY***

1   Q.  Are you a biologist?

2   A.  No, sir.

3   Q.  Are you a medical technologist?

4   A.  No, sir.

5   Q.  Do you have any credentials in

6       industrial hygiene?

7   A.  No, sir.

8   Q.  How about environmental sciences?

9   A.  Can you be more specific what --

10  Q.  Are you an environmental scientist?

                    Page 13

982parks.rough depo.txt

11  A.  No, sir.

12  Q.  All right.  Do you have any experience,

13      training, or education in toxicology?

14  A.  No, sir.

15  Q.  You're not an engineer?

16  A.  No, sir.

17  Q.  Your building science background

18      relates to HVAC training and

19      experience; correct?

20  A.  Partially.  In addition to a lot of

21      other stuff having to do with moisture

22      migration, building sciences typically

23      deals with durability, health and

***UNCERTIFIED ROUGH DRAFT COPY***

21

***UNCERTIFIED ROUGH DRAFT COPY***

1      comfort, and energy efficiency.

2  Q.  Do you tell people you're a building

3      scientist?

4  A.  I've been offered as a building science

5      expert and I've identified myself as a

6      building science expert.  I don't

7      really -- I don't know the definition

8      of what building scientist would be.  I

9      assume that to be more along the lines

10     of Joseph Lstiburek or John Straube.

11  Q.  Do you have any advanced training in

12      building science?

13  A.  I've had a lot of training as well

14      as -- the majority of my training has

15      come from work experience.

Page 14

982parks.rough depo.txt

16  Q.  Well, let me ask it this way.  Do you

17      have any college coursework in building

18      science?

19  A.  I don't hold any kind of degrees, no,

20      sir.

21  Q.  Any college coursework?

22  A.  No, sir.

23  Q.  I know you went through this with Greg

        ***UNCERTIFIED ROUGH DRAFT COPY***

                                          22

        ***UNCERTIFIED ROUGH DRAFT COPY***

1       a few minutes ago.  Forgive me for

2       hitting it up again.  The credentials

3       that serve as the basis for your expert

4       knowledge in this case, one would be

5       thermography, correct, thermographic

6       imaging?

7   A.  It's utilized as a tool in my

8       investigations; that's correct.

9   Q.  And how many days' course did you take

10      in thermography?

11  A.  Four, four and a half days.

12  Q.  Mold remediation, you've done some

13      coursework in that?

14  A.  Correct.

15  Q.  And how many days of training have you

16      received for that?

17  A.  I don't recall specifically.  I want to

18      say at least possibly three weeks, two

19      to three weeks, maybe more.

20  Q.  All right.  What other qualifications

982parks.rough depo.txt

21    do you possess that lend yourself to

22    your expertise for purposes of this

23    case?

***UNCERTIFIED ROUGH DRAFT COPY***

23

***UNCERTIFIED ROUGH DRAFT COPY***

 1  A.  My understanding, being offered as an

 2      expert is someone who is hired or

 3      called upon to offer an opinion based

 4      on their elevated level of knowledge

 5      that's either acquired by education or

 6      experience.  And the bulk of mine comes

 7      from the last ten years of working on

 8      this specific issue with manufacturers

 9      and the manufactured housing industry.

10  Q.  What I'm interested in finding out is,

11      other than the thermographic imaging

12      and the mold remediation, which amounts

13      to something between three to four

14      weeks of training, according to your

15      own testimony, what other formal

16      training have you received that would

17      support your qualification as an expert

18      in this case?

19  A.  I think my past experience as a whole,

20      all of the courses that I've taken

21      have -- have contributed in some shape,

22      fashion, or manner to the building

23      science portion of it.  The HVAC is a

***UNCERTIFIED ROUGH DRAFT COPY***

982parks.rough depo.txt

24

***UNCERTIFIED ROUGH DRAFT COPY***

```
 1      very big portion of it.  But, again, I
 2      go back to the majority is based on my
 3      experience with this issue in the
 4      industry.
 5   Q. Well, I understand that.  I'm just
 6      trying to figure out of everything else
 7      that doesn't come from just experience.
 8      I'm talking about formal training,
 9      education.  I'm just trying to get my
10      arms around that.  How long was your
11      coursework to become an HVAC
12      contractor?
13   A. Shoot.  I mean, I've been doing that
14      for 25 years or longer.  The actual
15      coursework --
16   Q. Was it a year, two years, six months?
17   A. I mean, I've had a lot of periodic
18      training through the years.  And, now,
19      as far as actual --
20   Q. For the license, what did --
21   A. Test to take license, I think I only
22      went through a few days, but I was able
23      to pass the test on the first -- first
```

***UNCERTIFIED ROUGH DRAFT COPY***

☐

25

***UNCERTIFIED ROUGH DRAFT COPY***

```
 1      time.
 2   Q. Your initial HVAC licensing course was
 3      a several-day course?
```

982parks.rough depo.txt

```
 4  A.  No, it wasn't a course.  There was a
 5      prep course you could take to prepare
 6      you for taking the test for the state.
 7      But it wasn't a you go through three
 8      days of training and then you take the
 9      test.  It's an open-book test that you
10      take for the state.  And as I -- you
11      can only take it three times in one
12      year, and it's got about an 80-percent
13      failure rate.  So it's a -- it's a
14      statewide mechanical test that covers
15      all forms of HVAC, not just the
16      manufactured housing.
17  Q.  Well, what other professional
18      coursework have you completed that in
19      your judgment serves as a basis for
20      your expertise in this case?
21  A.  The -- the work that I've done with the
22      coursework at the Kansas Building
23      Science Institute was part of that.
```

***UNCERTIFIED ROUGH DRAFT COPY***

□

26

***UNCERTIFIED ROUGH DRAFT COPY***

```
 1  Q.  How long was that course?
 2  A.  I believe it was a five-day course.
 3  Q.  And what was that training for?
 4  A.  Building -- it's the Building Science
 5      Institute.  It was a home energy rating
 6      certification program that dealt with
 7      the exact issues that we're talking
 8      about in building science.
```

982parks.rough depo.txt

9   Q.  The exact issue, you mean --

10  A.  The testing, the utilization of blower

11      door, duct blasting, energy movement,

12      energy consumption, moisture migration

13      through the buildings, the whole -- a

14      lot of that is encompassed in that, so

15      that's -- it's a building science

16      course.

17  Q.  Any others?

18  A.  That's -- that's all I can recall at

19      this time.

20  Q.  You are a -- make sure I use the right

21      term -- is it certified or licensed

22      mold remediator?  What's the right term

23      to use there?

            ***UNCERTIFIED ROUGH DRAFT COPY***

                                                27

            ***UNCERTIFIED ROUGH DRAFT COPY***

1   A.  It's a mold remediation contractor.

2   Q.  You have --

3   A.  For the state of Louisiana.

4   Q.  Do you have one in Alabama?

5   A.  No, sir.

6   Q.  Have you ever possessed any kind of

7       insurance to do that work, like

8       pollution insurance, E&O, work-comp,

9       bought a bond?

10  A.  Yes, sir.

11  Q.  You've bought some of --

12  A.  I have -- well, not bought a bond, but

13      I have general liability insurance.

                                Page 19

982parks.rough depo.txt

14  Q.   For mold remediation?

15  A.   It encompasses the -- my HVAC, general

16       contracting, and I believe the error

17       and omissions policy, if I'm not

18       mistaken.

19  Q.   How many true mold remediations have

20       you actually been the contractor of

21       record for?

22  A.   When you say "contractor of record,"

23       are you asking me how many houses that

        ***UNCERTIFIED ROUGH DRAFT COPY***

                                              28
        ***UNCERTIFIED ROUGH DRAFT COPY***

1        I participated in testing -- writing

2        the protocol and then testing when it

3        was done?

4   Q.   No.  I mean actually to have been the

5        mold remediator, somebody that pulled

6        the permit, did the work.

7   A.   There is no permit to be pulled in the

8        state of Louisiana.

9   Q.   To do mold remediation work?  Are you

10       certain of that?

11  A.   That I -- that I am familiar with.  The

12       last conversation that I had with

13       Mr. Savant in Baton Rouge, who is the

14       head coordinator over that office, when

15       they initiated their mold remediation

16       licensing program, they went through

17       several phases.  At this point in time,

18       it is my understanding that their only

                    Page 20

982parks.rough depo.txt

19    requirement is that if you hold

20    yourself out as a hired mold

21    remediator, you must be licensed

22    through their contracting board,

23    period, end of conversation, that's all

***UNCERTIFIED ROUGH DRAFT COPY***

29

***UNCERTIFIED ROUGH DRAFT COPY***

1    there is.  If you hire yourself out as

2    a licensed mold remediator, then you

3    are supposed to hold their contractors

4    license.

5  Q.  How many jobs have you served as a

6    licensed mold remediator for where

7    you've actually remediated a building?

8  A.  None.  The work that I do and the work

9    that I've -- as I've said before, I

10    don't actually tear out the materials

11    and do that type of work.  My function

12    in that is doing the testing, the --

13    writing the protocol of how to do it,

14    and then the clearance testing

15    afterwards.

16  Q.  Do you know what normal building flora

17    is, F-L-O-R-A?

18  A.  Vaguely.  But I'm not --

19  Q.  Can you tell me what you know about it?

20  A.  I'm sorry.  Like I said, it's vaguely,

21    but I can't recall at this time.

22  Q.  What is normal fungal ecology?

23  A.  Normal fungal ecology?

982parks.rough depo.txt

🗆

1  Q.  Yes, sir.

2  A.  I don't know that I can specifically

3      define that for you here.

4  Q.  What is the goal of mold remediation?

5  A.  The goal of mold remediation is to

6      remove -- first off, identify and

7      eliminate the source of moisture.

8      Secondly, it is to remove any affected

9      materials and items without -- while

10     maintaining containment without -- I

11     don't want to say infecting, but

12     without contaminating or causing

13     cross-contamination exposing other

14     areas that have not experienced

15     problems.  The clearance testing is to

16     ensure that the levels are below what

17     is considered to be or what was found

18     to be normal levels in surrounding

19     areas that are believed -- or that have

20     not experienced problems.

21 Q.  What is gypsum made of?

22 A.  I don't know that I could give you the

23     total contents.

🗆

1  Q.  I mean, where do you get it from?

2      Where do they get it?

982parks.rough depo.txt

3  A.  Where do they get gypsum?

4  Q.  Yeah.  I mean, that's what --

5  A.  Home Depot --

6  Q.  -- wallboards are made of.

7  A.  -- Lowe's.

8  Q.  Huh?

9  A.  Home Depot, Lowe's.  I don't know.

10  Q.  Yeah, but where do the people that make

11      it get it?  I mean, where do you --

12  A.  I'm not familiar with that process.

13  Q.  I mean, is it -- do you know anything

14      about the chemical composition of

15      gypsum?

16  A.  I know there's salt in it.

17  Q.  I mean, is it something they make at a

18      factory?  Is it something they mine out

19      of the ground?  Is it something --

20  A.  It's a process, a manufacturing

21      process, yes, sir.

22  Q.  Is it mined?

23  A.  As I said, I don't know.

        ***UNCERTIFIED ROUGH DRAFT COPY***

⬚

                                              32
        ***UNCERTIFIED ROUGH DRAFT COPY***

1  Q.  Would you agree with this statement:

2      If in a bulk water leak occurs around

3      gypsum, that water can wick up through

4      the gypsum?

5  A.  I would agree with that.

6  Q.  The lab that you do business with, what

7      is your relationship with that lab?

982parks.rough depo.txt

8  A.  I -- can you be more specific?

9  Q.  Well, have you used other labs other

10      than the lab in Syracuse?

11  A.  No, sir.  To my knowledge, that's the

12      only lab that I've ever used.

13  Q.  How did you get acquainted with them

14      and comfortable to use them?

15  A.  I don't recall.

16  Q.  I mean, do you know anybody up there?

17  A.  No, sir, I don't.

18  Q.  Have you ever been to the lab?

19  A.  No, I've not.  I've had a lot of

20      correspondence with many of the people

21      up there, but I've never been to the

22      lab and I have no personal relationship

23      with anybody there.

        ***UNCERTIFIED ROUGH DRAFT COPY***

□

                                            33
        ***UNCERTIFIED ROUGH DRAFT COPY***

1  Q.  Do you know if it's an accredited or

2      certified lab?

3  A.  I believe it to be, yes, sir.

4  Q.  Do you know what certifications or

5      accreditations the lab holds?

6  A.  I'm not familiar with all of them.  I

7      know that they're accredited through

8      the American Industrial Hygienist

9      Association, which I believe to be the

10      most stringent.

11  Q.  How many samples have you sent through

12      that lab over the years?

                Page 24