982parks.rough depo.txt

13  A.  I really can't recall.  But it's been

14      hundreds and hundreds.

15  Q.  Always been satisfied with their work?

16  A.  Yes, sir.

17  Q.  Do they help you interpret the data

18      that they generate?

19  A.  They will -- they will offer an

20      opinion, yes, sir.  I believe they

21      will -- will do that.

22  Q.  Can you tell me what ratio is expressed

23      by water activity?

***UNCERTIFIED ROUGH DRAFT COPY***

34

***UNCERTIFIED ROUGH DRAFT COPY***

1  A.  I don't understand what you mean by

2      that question.

3  Q.  Well, water activity is a ratio of two

4      things.  Do you know what that ratio of

5      those two things are?

6  A.  Right.  The relative humidity to the

7      surrounding material and the absorption

8      rate of the material.

9  Q.  You sure about that?

10  A.  Well, it's an equilibrium process.  So

11      if the material -- I mean, I understand

12      the process.  I don't know if I'm

13      defining it or giving you the

14      parameters that you're looking for.

15  Q.  You're not comfortable with doing the

16      math.

17  A.  No, sir.

982parks.rough depo.txt

18  Q.  And I think we talked about this in the

19      last trial.  You're not holding

20      yourself out to be a, quote/unquote,

21      mold expert?

22  A.  No, sir, not as you define mold expert.

23  Q.  And I believe you testified previously

***UNCERTIFIED ROUGH DRAFT COPY***

35

***UNCERTIFIED ROUGH DRAFT COPY***

1       that you don't think you could be

2       qualified in federal court as a mold

3       expert?

4   A.  I agree.  That's more of a mycologist,

5       someone like that.  My training is in

6       collecting the samples and interpreting

7       the data.

8   Q.  And what coursework have you taken to

9       interpret data?

10  A.  The same -- same ones that -- that we

11      spoke of earlier.  Specifically through

12      the Medical University of South

13      Carolina.  And I guess that would be

14      the coursework as well as maybe some --

15      you know, it's -- it's highlighted in

16      some building science applications as

17      well.

18  Q.  Be specific, if you can.  Tell the

19      Court what coursework, how many days

20      you took to create an expertise in data

21      interpretation.

22  A.  The actual coursework, not the

Page 26

982parks.rough depo.txt

23    experience, work experience?

***UNCERTIFIED ROUGH DRAFT COPY***

36

***UNCERTIFIED ROUGH DRAFT COPY***

1  Q.  Yes, sir.

2  A.  The actual coursework, the -- the

3      course at the American Industrial

4      Hygienist Association in San Francisco,

5      that was a very large focus of that.

6      The two courses at --

7  Q.  How many days?

8  A.  That was a week-long course, I believe,

9      four, four and a half days.

10 Q.  Some of that course had to do with

11     mold?

12 A.  Yes, sir.  Very large portion of it.

13     The building science -- I mean, the --

14     I apologize -- Medical University of

15     South Carolina, that was the crux of

16     both of those courses.

17 Q.  And what was the length of the other

18     course at South Carolina?

19 A.  I believe they were -- I believe they

20     were four-day courses.  If I remember

21     correctly -- I mean, it's been some

22     time ago.  But it seems like they were

23     four-day courses and we tested on a

***UNCERTIFIED ROUGH DRAFT COPY***

37

***UNCERTIFIED ROUGH DRAFT COPY***

Page 27

982parks.rough depo.txt

1    half a day, out by noon to catch

2    flights and what have you, if I recall

3    correctly.

4  Q.  Fair to say that the entire number of

5    days of coursework you've taken for

6    data interpretation is fifteen days or

7    less?

8  A.  That I can recall at this point in

9    time, yes, sir.

10  Q.  I mean, you wouldn't have any reason

11    not to recall it?  I've got your resumé

12    here if you need to look at it.  Is

13    there any other coursework?

14  A.  Well, as I said in some of the other

15    coursework, that there were sections

16    that were highlighted in that.  But

17    from actual coursework, yes, I would

18    say that's pretty close -- a pretty

19    close statement.

20  Q.  Can you tell me what material

21    degradation means?

22  A.  Material degradation, decomposition of

23    the material that takes it from its

***UNCERTIFIED ROUGH DRAFT COPY***

38

***UNCERTIFIED ROUGH DRAFT COPY***

1    original intended state.

2  Q.  Did you see any evidence of any

3    material degradation in the Murphy

4    home?

5  A.  In my opinion, yes, sir.

Page 28

982parks.rough depo.txt

6   Q.  What part of your report discusses

7       that?

8   A.  Well, I think -- let's see if I took

9       some pictures.  There was several areas

10      that showed some bowing or some

11      deflexions as well as several areas

12      that had the little bumps on the walls.

13      In --

14  Q.  Can you --

15  A.  -- my opinion, that -- those are areas

16      that I would consider to be material

17      degradation.

18  Q.  Can you point me to -- I'm going to

19      call your first report Parks 1 and your

20      second report Parks 2.  Can you show me

21      in Parks 1 where you have rendered an

22      opinion as to material degradation in

23      the home?

        ***UNCERTIFIED ROUGH DRAFT COPY***

                                              39
        ***UNCERTIFIED ROUGH DRAFT COPY***

1   A.  As I understand that meaning as -- no,

2       I did not highlight a -- well, yes, the

3       one spot on page 4 where I showed some

4       mold growth in one of the wall cavities

5       through a borescope.

6   Q.  Let me -- your page 4, there's a, I

7       guess a round picture of the internal

8       side of the wall; is that right?

9   A.  Yes, sir.

10  Q.  Is that the back side of the gyp board?

                Page 29

982parks.rough depo.txt

11  A.  Yes, sir, it is.

12  Q.  On paper, this looks like it's about

13      three inches in diameter, the circle.

14      What is the actual size of the area

15      photographed here?

16  A.  I'm not sure of the actual size.  I

17      know that the probe that I assisted in

18      the design of was to shoot back toward

19      the gypsum at a hundred -- I believe it

20      was 110-degree angle, which --

21  Q.  How far above the gypsum is this when

22      you're taking the picture?

23  A.  I'm sorry?

            ***UNCERTIFIED ROUGH DRAFT COPY***

                                              40

            ***UNCERTIFIED ROUGH DRAFT COPY***

 1  Q.  How far -- how much space between the

 2      gypsum and the camera lens?

 3  A.  I don't -- I don't recall on this

 4      particular one but typically within a

 5      couple of inches.

 6  Q.  I was going to say, you only got, what,

 7      four --

 8  A.  Three --

 9  Q.  -- three and half inches.

10  A.  Three and a half inches in the cavity

11      so within a couple of inches of the

12      wall.

13  Q.  And what is the diameter of the lens to

14      the camera?

15  A.  I'm not sure exactly at this time.

                        Page 30

982parks.rough depo.txt

16  Q.  I mean, is it --

17  A.  I don't recall.

18  Q.  -- the size of your thumb?

19  A.  It's 8 millimeters.

20  Q.  So it's --

21  A.  About the --

22  Q.  -- pretty small.

23  A.  -- size of an ink pen.

        ***UNCERTIFIED ROUGH DRAFT COPY***

                                                    41
        ***UNCERTIFIED ROUGH DRAFT COPY***

 1  Q.  About the size of an ink pen.  So if I

 2      understand this, you've got an ink pen

 3      an inch or two away from the wall.  So

 4      would it be fair to say that the actual

 5      picture here, although it looks like

 6      it's three inches, was maybe only the

 7      size of an ink pen?

 8  A.  That would be considerably larger than

 9      that.

10  Q.  Well, is this a blowup?

11  A.  It's -- I don't believe that to be

12      actual size.  It's probably -- like I

13      said, I don't recall exactly how far in

14      the wall cavity I was.

15  Q.  Well, give me your best judgment.  If

16      this is, you know, three inches in

17      diameter, what is the actual size of

18      the area photographed?

19  A.  I would believe it to be pretty close

20      or just slightly smaller.  I don't

                    Page 31

982parks.rough depo.txt

21     think it would be any larger than that.

22 Q.   Well, it would have to be smaller;

23     right?

***UNCERTIFIED ROUGH DRAFT COPY***

42

***UNCERTIFIED ROUGH DRAFT COPY***

1 A.   Yes, I would believe it would be

2     slightly smaller.

3 Q.   And this is a blowup because this is a

4     digital photograph; right?

5 A.   Correct.

6 Q.   And you blew this up. Do you know what

7     level of magnification you blew it up

8     from?

9 A.   No, sir, I don't.

10 Q.   Can you produce to your lawyer the

11     actual photos in their original state

12     before the blowup?

13 A.   I'm sure I can. I believe I still --

14     would still have it. It would give --

15     it's going to be a pixel size.

16 Q.   Yeah.

17 A.   Yeah.

18 Q.   Can you do that for me?

19 A.   Yeah.

20         MR. GOULD: What page is

21           that?

22         MR. SIMPSON: Page 4.

23 Q.   What I'm trying to see if you agree

***UNCERTIFIED ROUGH DRAFT COPY***

982parks.rough depo.txt
43
***UNCERTIFIED ROUGH DRAFT COPY***

1    with me or not is, this looks like a

2    three-inch slide of mold, but the

3    actual area photographed is some

4    measure smaller than that.

5  A.  I would agree.  I would believe it to

6    be -- well, you know, I really can't

7    say.  I don't know for sure.

8  Q.  It could be as small as a -- the end of

9    a pencil, though; right?

10  A.  Again, I don't recall how far in the

11    wall I was at that time.  But --

12  Q.  Well, does your camera have a

13    magnification to the lens?

14  A.  No.

15  Q.  But you would agree you blew this up?

16  A.  Only so far as I -- you know, when it

17    downloads to the page, I don't know if

18    I had to pull it down to make it fit in

19    that spot or blow it up.  It does not

20    depict an actual size.  It simply

21    depicts that there was some what

22    appeared to be some mold growth within

23    that wall.

***UNCERTIFIED ROUGH DRAFT COPY***

⬚

44
***UNCERTIFIED ROUGH DRAFT COPY***

1  Q.  Now, when you were out there the first

2    time, that's when this picture was

3    actually taken; right?

4  A.  That is correct.

Page 33

982parks.rough depo.txt

5   Q.  And when you were out there, you

6       actually had some kind of monitor where

7       you could see what the borescope was

8       seeing; right?

9   A.  That is correct.

10  Q.  What is the size of that monitor?

11  A.  I can't recall the specific size, but I

12      believe it's . . .

13  Q.  I mean, is this like a television?

14  A.  Twelve by twelve, ten by ten, twelve by

15      twelve, something of that sort.

16  Q.  It's like a little flat screen or what

17      is it in --

18  A.  No.  It's -- it's -- I can't recall the

19      specific name of it.  But it's just a

20      little monitor box that actually goes

21      with a duct camera that I have.  But it

22      has a video in/video out, so it gives

23      me the capability to see on the monitor

***UNCERTIFIED ROUGH DRAFT COPY***

□

45

***UNCERTIFIED ROUGH DRAFT COPY***

1       without having to look through the

2       little eyepiece.  And that's what

3       allows me to take the pictures.

4   Q.  And does the monitor display what is

5       being photographed at actual size or

6       exaggerated size or small size?  Do you

7       know?

8   A.  I wouldn't know.  I have no idea.

9   Q.  Well, for example, this one here, if

982parks.rough depo.txt

10    you had this picture, which is

11    Figure 5, on your monitor screen, you

12    had that on your --

13  A.  It would -- it would encompass the

14    entire screen.  It doesn't even show

15    the circle, the outline of the circle.

16    It encompasses the entire screen.

17  Q.  So it would take what is in this circle

18    and enlarge it to a twelve-inch screen?

19  A.  I don't know how it's enlarging or --

20    all I know is I can plug it into my

21    monitor and I can see through my

22    camera.

23  Q.  Well, here's my point.  This is the

      ***UNCERTIFIED ROUGH DRAFT COPY***

                                              46
      ***UNCERTIFIED ROUGH DRAFT COPY***

1    full range of vision the camera shows;

2    right?

3  A.  At that -- where I have it placed at

4    that point in time, yes, sir.

5  Q.  And if you've got it hooked up to the

6    monitor, this circle, which here is

7    three inches, is expanded out to

8    twelve.

9  A.  Right, to the full size of the monitor.

10  Q.  So it's fair to say that as you're

11    looking at the monitor, the field of

12    vision is exaggerated by several levels

13    of magnification?

14  A.  Yes, sir.  I would -- I think that

                  Page 35

982parks.rough depo.txt

15        would be an accurate depiction.

16  Q.  And you showed that to the homeowners?

17  A.  I don't remember if the homeowners were

18        there or not at that time.  I know that

19        the --

20  Q.  Ms. Murphy testified she was there.

21  A.  She may have been.  I don't remember.

22        I don't recall.

23  Q.  Do you remember whether this picture

        ***UNCERTIFIED ROUGH DRAFT COPY***

                                                47

        ***UNCERTIFIED ROUGH DRAFT COPY***

1        alarmed her or caused her any distress

2        or upset?

3  A.  I don't remember having any specific

4        conversations with her.

5  Q.  Did you tell her you were a specialist?

6  A.  Well, I think I just stated I don't

7        remember having any specific

8        conversations with her.

9  Q.  If she testified that you claimed to be

10        a specialist in mold, would you

11        disagree with that?  Would you say you

12        didn't tell her that?

13  A.  I can't testify to -- I mean, what -- I

14        don't recall ever telling her that I

15        was a specialist in --

16  Q.  Do you tell people that generally?

17  A.  No.  I don't know that I've referred to

18        myself as a specialist.

19  Q.  Do you know what she did immediately

                    Page 36

982parks.rough depo.txt

20    after seeing these blowups of

21    photographs?

22  A.  No, sir, I'm not aware.

23  Q.  Did you tell her the home was

        ***UNCERTIFIED ROUGH DRAFT COPY***

                                              48
        ***UNCERTIFIED ROUGH DRAFT COPY***

 1    dangerous?

 2  A.  No, sir.

 3  Q.  Did you take any indoor sampling --

 4  A.  No, sir --

 5  Q.  -- for mold?

 6  A.  -- I did not.

 7  Q.  None?

 8  A.  I've -- to my knowledge, in any of the

 9      cases for Beasley-Allen, I don't recall

10      ever taking an indoor air sample.

11  Q.  So you have no judgment sitting here

12      today about what the quality of the

13      indoor air in that home is?

14  A.  No.  That -- that was never part of my

15      assignment in any of these homes to

16      make a determination on the indoor air

17      quality of these homes.

18  Q.  Would it surprise you if I told you

19      that Ms. Murphy moved out of her home

20      for two months immediately following

21      your inspection because she was scared

22      of the mold?

23  A.  I -- would it surprise me?

                    Page 37

982parks.rough depo.txt
***UNCERTIFIED ROUGH DRAFT COPY***

[]

49

***UNCERTIFIED ROUGH DRAFT COPY***

1  Q.  Yes.

2  A.  I don't know that I have an opinion.  I

3      mean, I don't -- I know that -- you

4      know, I don't know where she got her

5      information from, but I know that it

6      wasn't from -- from me.  Now, there

7      was -- she -- she may have been there

8      at the time that some attorneys were

9      present and I was showing this to them.

10     And there --

11 Q.  There were lawyers there on your first

12     visit?

13 A.  Second visit.

14 Q.  Well, the first visit is when you took

15     these pictures.

16 A.  No, sir, it's not.  That was my second

17     visit.

18 Q.  Let's kind of get the visits down.

19     What did you do the first visit?

20 A.  First visit was simply a walk-through.

21     I don't think that I can recall, I

22     don't think, any pictures or notes were

23     taken.  That was a walk-through visit

***UNCERTIFIED ROUGH DRAFT COPY***

[]

50

***UNCERTIFIED ROUGH DRAFT COPY***

1      with Mr. Bonney.

2  Q.  How long were you at the house?

Page 38

982parks.rough depo.txt

3  A.  I don't recall, but I don't think it

4      was very long.  I would say probably

5      less than -- less than an hour.

6  Q.  Just a visual inspection kind of thing?

7  A.  I would characterize it as a visual

8      inspection.

9  Q.  You didn't do any kind of testing at

10     that point?

11 A.  No, sir.  Did not testing, took no

12     paragraphs that I can recall.  That was

13     a walk-through visual visit.

14 Q.  The second visit was where you took

15     these borescopic images?

16 A.  Yes, sir.  That's where I did all of my

17     testing.

18 Q.  Did all the air pressure testing, duct

19     leakage, all of that?

20 A.  Yes, sir, I did all of that at that

21     time.

22 Q.  The third test or third visit, rather,

23     was three or four days after I had been

       ***UNCERTIFIED ROUGH DRAFT COPY***

□

                                              51

       ***UNCERTIFIED ROUGH DRAFT COPY***

1      out there?

2  A.  I don't know when you were out there.

3  Q.  You did some invasive testing.

4  A.  That -- yes, sir.  That was . . .

5  Q.  Just about a month ago.

6  A.  October 26th.

7  Q.  Yeah.  It's November 27th today.

                              Page 39

982parks.rough depo.txt

8  A.   Yeah.   Yeah, a month ago.

9  Q.   And you removed the vinyl siding, cut

10      holes in the blackboard, and did some

11      contact samples for mold?

12  A.   No, sir.  I took bulk samples.  I

13      literally cut about a four-inch by

14      four-inch square out of the paper and

15      peeled it off, and that's what was sent

16      to the lab for analysis.

17             MR. GOULD:  Lance, I don't

18                  mean to fuss at you but,

19                  my goodness.  When you

20                  guys do destructive

21                  testing, we need to know

22                  about it, because we

23                  don't have any

***UNCERTIFIED ROUGH DRAFT COPY***

52

***UNCERTIFIED ROUGH DRAFT COPY***

1                  opportunity to do

2                  simultaneous testing and

3                  all of that.

4  Q.   Where are those samples at this point?

5  A.   Those are sent to lab.  Those are not

6      returned after being analyzed.

7  Q.   So the -- you cut paper off the back of

8      the gypsum board.

9  A.   Yes, sir, I did.

10  Q.   You sent it to the lab.

11  A.   Yes, sir, I did.

12  Q.   The lab tested it.

Page 40

982parks.rough depo.txt

13  A.  Correct.

14  Q.  Rendered results.

15  A.  Yes, sir.

16  Q.  And then destroyed the sample.

17  A.  Yes, sir.  I assume they disposed of

18      the samples after that.

19  Q.  All right.  So if we wanted to look at

20      the samples ourselves, that would be

21      impossible now because that evidence is

22      gone.

23  A.  Yes, sir.  But you could go cut a

        ***UNCERTIFIED ROUGH DRAFT COPY***

                                              53
        ***UNCERTIFIED ROUGH DRAFT COPY***

1       sample off right next to where I did.

2   Q.  Would that be valid?

3   A.  Sure.

4   Q.  So if we look a section right next to

5       yours and we found different mycology,

6       you would accept that?

7   A.  Well, I think within their -- there

8       should be some level of similarity,

9       yes, sir.

10  Q.  Well, what if there isn't?  What if we

11      take a patch --

12  A.  I would expect it to be.

13  Q.  So if it isn't, what conclusion would

14      you draw from that?

15  A.  I would have to see the protocol on

16      exactly how you tested it to see if you

17      tested it the same way.  But --

                    Page 41

982parks.rough depo.txt

18  Q.  what should we do?  How should we do

19      it, in your judgment, if we want to

20      duplicate what you did?

21  A.  Well, in my judgment, you -- you were

22      already there and you cut holes in the

23      side and you went to same places I did,

***UNCERTIFIED ROUGH DRAFT COPY***

54

***UNCERTIFIED ROUGH DRAFT COPY***

1       if you wanted to disprove that there

2       was no mold there, it should have been

3       sampled -- the most accurate way is

4       bulk sampling as I did, to cut a square

5       off an area that appeared to have

6       that -- something growing on it.

7       That's how you tell if it is or is not

8       in fact mold growing there.  So I would

9       assume that if you went to the same

10      locations that I did and cut out an

11      adjoining piece, that the results

12      should be somewhat similar.

13  Q.  With regard to the pieces you cut, what

14      size were they?

15  A.  The sampling size that the lab requests

16      is no larger than four inch by four

17      inch.

18  Q.  So you just take a carpenter's knife,

19      cut it --

20  A.  Right.

21  Q.  -- just peel it off with your hand?

22  A.  It's kind of hard to see, but what I

Page 42

982parks.rough depo.txt

23    did is, I actually -- I highlighted --

***UNCERTIFIED ROUGH DRAFT COPY***

55

***UNCERTIFIED ROUGH DRAFT COPY***

1    well, I have a color copy here.  What I

2    did is, I highlighted the area that was

3    to be removed.  I cut it out, peeled

4    the paper off, placed it in a plastic

5    bag.  At the end of it, all the

6    sampling was accumulated, put into a

7    little cold-storage type --

8  Q.  Let's take them one at a time.  For

9    example, Figure 62.  There's a -- looks

10    like a -- some kind of a marker that

11    you drew a square there.

12  A.  Correct.  I took a Sharpie marker,

13    outlined an area that I was going to

14    pull off.

15  Q.  And what size area is that, roughly?

16  A.  It -- it's less than four inches by

17    four inches, or right at.  That's the

18    general sizes they like to have.

19  Q.  How do you actually physically remove

20    it?

21  A.  Take a box cutter-type knife, score the

22    edge of it, and then the paper will

23    peel off.

***UNCERTIFIED ROUGH DRAFT COPY***

56

***UNCERTIFIED ROUGH DRAFT COPY***

1  Q.  And when you peel the paper off, what

Page 43

982parks.rough depo.txt

2    do you do with that piece of paper?

3  A.  It goes directly into a Ziploc bag.

4  Q.  And do you separately mark those Ziploc

5    bags?

6  A.  Yes, sir.  Each one of them is -- it's

7    actually -- I apologize.  It's stapled

8    to an index card which is labeled

9    Sample 6 and placed into that Ziploc

10    bag so that that sample is stapled,

11    fastened, to a, like I side, an

12    index -- a five-by-seven index card,

13    labeled as Sample 6, put in the bag,

14    and then the bag is also labeled as

15    Sample 6.

16  Q.  Where is your chain of custody for

17    these?

18  A.  It's in the back of the report.

19  Q.  This is the lab's chain of custody.

20    Where is yours?

21  A.  That -- that is my chain of custody

22    from where I did it and then sent it to

23    the lab.

             ***UNCERTIFIED ROUGH DRAFT COPY***

☐

                                                    57
             ***UNCERTIFIED ROUGH DRAFT COPY***

1  Q.  I don't see anything in here about your

2    handling it.  Can you show me anywhere

3    in this report where it indicates your

4    handling and chain of custody?  Can you

5    show me what page?

6  A.  I consider that to be the same chain of

982parks.rough depo.txt

```
 7        custody.  That's the chain of custody
 8        that I filled out when I did the
 9        sampling and was sent in with the
10        samples to the lab.
11   Q.   Which page?
12   A.   Page 11 of 12, toward the back.
13   Q.   Okay.  Did you fill this piece of paper
14        out?
15   A.   Yes, I did.
16   Q.   Which parts?
17   A.   All the way down.  The only thing that
18        the lab filled out or filled in is up
19        at the top, there's an RV4 circled,
20        what looks to be an RV4 circled.  And
21        then down at the very bottom where it
22        says received by lab and their
23        signature of when they received it,
```

        ***UNCERTIFIED ROUGH DRAFT COPY***

                                                   58
        ***UNCERTIFIED ROUGH DRAFT COPY***
```
 1        time and dated and log-in number.
 2        Everything else on that page was filled
 3        out by myself.
 4   Q.   Now, you would agree with me at the
 5        time you did these bulk samplings, you
 6        had provided no evidence of bulk
 7        samplings to the defense indicating any
 8        kind of mold; correct?
 9   A.   No.  In my original report, I stated --
10        in my original report on page 7, I
11        stated that the initial air sampling
```
                        Page 45