982parks.rough depo.txt

16    structure.

17  Q.  So you don't know; but even if we find

18    some, you don't think it matters.

19  A.  I can tell you I didn't -- from where I

20    went, I didn't see any significant

21    tears.

22  Q.  Do you know what the mold readings are

23    in that crawlspace?

***UNCERTIFIED ROUGH DRAFT COPY***

85

***UNCERTIFIED ROUGH DRAFT COPY***

1  A.  I would imagine them to be pretty high.

2    But no, I do not know, no, sir.

3  Q.  And you don't think the presence of

4    mold there would have any impact

5    whatsoever on the presence of mold in

6    the walls?

7  A.  Well, the wall cavities are not

8    connected to the basement, so --

9  Q.  But your theory is air movement is what

10    causes condensation and mold formation;

11    right?

12  A.  The air movement brings in the

13    moisture; the moisture on the material

14    is what provides the mold formation.

15  Q.  Right.  And the mold is just -- mold

16    spores are in the air everywhere;

17    right?

18  A.  I would agree that mold spores are in

19    the air everywhere.

20  Q.  So would you agree with me that if

Page 68

982parks.rough depo.txt

21    there were found to be very high
22    concentrations of mold in the
23    crawlspace, that it is possible that

***UNCERTIFIED ROUGH DRAFT COPY***

86

***UNCERTIFIED ROUGH DRAFT COPY***
1     air could migrate from under there to
2     the wall cavities and deposit in the
3     wall?
4  A.  Not without showing specific evidence
5     that there was a pathway for that to
6     occur.
7  Q.  Well, how does the air get in the wall
8     generally?
9  A.  Generally, it's going to be from the
10    exterior of the home, the outside of
11    the home.
12 Q.  Where?
13 A.  Well, you've got -- the way the
14    sheathing is installed, there's gaps
15    between the sheathing that's not
16    sealed.  There's electrical pathways
17    through -- periodically through the top
18    plate as well as some from the bottom
19    plate.
20 Q.  And you don't think any of that
21    communicates in any way with the
22    crawlspace?
23 A.  If the bottom board is torn and

***UNCERTIFIED ROUGH DRAFT COPY***
Page 69

982parks.rough depo.txt

87

***UNCERTIFIED ROUGH DRAFT COPY***

1    Southern Energy didn't seal their
2    penetrations like I'm typically aware
3    of them doing, then that would offer an
4    opportunity to one area, whatever that
5    cavity is that has that one
6    penetration; but you still have to have
7    a driving force that's not only going
8    to move the moisture, but it's going to
9    bring that mold spore into that cavity.
10   Typically, the underbelly and the
11   crawlspace of the home is considerably
12   cooler, so you don't have so much the
13   hot moving to cold.  So you also have
14   to identify some kind of driving force
15   that's going to suck that air from the
16   belly -- or from the basement through
17   the belly, which the ductwork is
18   located in the belly.  And there's
19   always going to be some minor duct
20   leakage, so that belly is pressurized,
21   pushing the crawlspace air back out.
22   If I had enough air movement from the
23   crawlspace coming through that basement

***UNCERTIFIED ROUGH DRAFT COPY***

⬚

88

***UNCERTIFIED ROUGH DRAFT COPY***

1    to get into the wall and -- and see the
2    types of readings that I experienced
3    during my testing, I would expect to

Page 70

982parks.rough depo.txt

4    have a floor problem somewhere as well

5    underneath some vinyl in the bathroom,

6    kitchen, or somewhere.

7  Q.  Well, let's go back to my question.

8    And the more directly you can answer

9    my -- I don't mean to criticize you.

10    But the more directly you can answer,

11    the shorter our time will be here

12    today.

13        Is it possible that mold

14    accumulation in the crawlspace is

15    finding its way into one or more of the

16    exterior walls?

17        MR. GOULD:  Object to the

18            form of the form.

19            Hypothetical.  You can

20            answer.

21  Q.  Is it possible?  Yes or no.

22  A.  Only -- no, it's not a yes or no

23    question.  Yes, it's possible if the

***UNCERTIFIED ROUGH DRAFT COPY***

89

***UNCERTIFIED ROUGH DRAFT COPY***

1    other parameters are available -- path

2    and a driving force to pull it in

3    there.  It is not probable.

4  Q.  What is the -- identify for me from a

5    list standpoint the driving forces that

6    cause condensation formation on the

7    back sides of wallboards.

8  A.  First off, it is a balance of how much

Page 71

982parks.rough depo.txt

9    air can come in versus how much can

10    pass through.  When the amount of

11    moisture that's migrating into the wall

12    exceeds the ability of that wall to

13    dry -- in this case, to the inside --

14    then you're going to have moisture

15    accumulation occur.

16  Q.  I don't think you answered my question.

17    What are the driving forces?  Let's

18    just come up with a list.  Driving

19    force one, would you agree negative

20    pressure?

21  A.  If you have the -- first off, the

22    foundation has to be set that when more

23    comes in than can pass through.  Now,

***UNCERTIFIED ROUGH DRAFT COPY***

90

***UNCERTIFIED ROUGH DRAFT COPY***

1    what causes more to come in than can

2    pass through.  In this situation where

3    we have a vinyl covering on the inside,

4    there are things that can make it worse

5    in some -- as you've gracefully said in

6    the past, accelerate the condition.

7    Yes, negative pressure is one of them

8    that can accelerate the condition.

9  Q.  What are some others?  You say that hot

10    goes to cold and wet goes to dry?

11  A.  That's correct.

12  Q.  What are -- I mean, that doesn't mean

13    anything to me scientifically.  What

Page 72

982parks.rough depo.txt

```
14      are you expressing there?  What law of

15      nature, thermodynamics --

16  A.  Second --

17  Q.  Go ahead.

18  A.  Second Law of Thermodynamics is what

19      describes the -- basically I've heard

20      it described as the law of equilibrium,

21      which states that energy moves from a

22      greater state to a lesser state,

23      whether that be heat transfer, moisture
```

***UNCERTIFIED ROUGH DRAFT COPY***

91

***UNCERTIFIED ROUGH DRAFT COPY***

```
1       transfer, wet moving to dry, hot moving

2       to cold.

3   Q.  Which law of thermodynamics is that?

4   A.  That's the Second Law of

5       Thermodynamics, as I appreciate it.

6   Q.  And can you define for me the Second

7       Law of Thermodynamics?

8   A.  I thought I just did.

9   Q.  So that's your definition?

10  A.  Yes, sir.

11  Q.  And what is entropy?

12  A.  The enthropy (phonetic) is the total

13      amount --

14  Q.  No.  Entropy.

15  A.  Entropy, right.  That's the total

16      amount of energy contained within a

17      given quantification, whether it be

18      ambient air, materials, whatever the
```

Page 73

982parks.rough depo.txt

19    total amount of heat.

20  Q.  Define diffusion.

21  A.  Diffusion is the ability of water vapor

22    to move through a material.

23  Q.  Other than negative pressure and the

***UNCERTIFIED ROUGH DRAFT COPY***

92

***UNCERTIFIED ROUGH DRAFT COPY***

 1    Second Law of Thermodynamics, are there

 2    any other drivers that cause hot, moist

 3    air to accrete on the back of a cool

 4    wallboard?  Can wind play a factor?

 5  A.  Wind -- you go back to negative

 6    pressure:  What -- what are things that

 7    are create negative pressures.  Yes,

 8    wind can create a pressure

 9    differential.

10  Q.  Would you agree with me that it's

11    important when you're looking at a

12    building to know which way it's facing,

13    east or west, and which way the storms

14    normally come in because windblown rain

15    can be a source of moisture?

16  A.  It depends on what you identified as

17    your problem.  If -- if you only have

18    one specific area or some isolated

19    areas, then you look for what those

20    isolated areas are exposed to versus

21    the areas that are not experiencing it.

22  Q.  Would you agree with me that

23    wind-driven rain can cause water

Page 74

982parks.rough depo.txt
***UNCERTIFIED ROUGH DRAFT COPY***

93
***UNCERTIFIED ROUGH DRAFT COPY***

1        damage --

2   A.   Oh --

3   Q.   -- in a wall?

4   A.   -- yes, sir.

5   Q.   So we've identified negative pressure,

6        the Second Law of Thermodynamics, wind

7        as a potential source.  Are there any

8        others that you would identify as

9        drivers that can cause water to come in

10       a wall?

11  A.   I mean, it's either going to come in as

12       a bulk, as a leak --

13  Q.   I forgot that one.  Bulk water leak

14       would be the fourth one.

15  A.   Well, actually, I mean, we're kind of

16       chasing our tail again because a bulk

17       water leak would be the wind-driven

18       leak.  That's --

19  Q.   Well, could be a plumbing leak.

20  A.   Could be a plumbing leak.

21  Q.   Could --

22  A.   Water coming in by either bulk or

23       vapor.

***UNCERTIFIED ROUGH DRAFT COPY***

94
***UNCERTIFIED ROUGH DRAFT COPY***

1   Q.   So we've got negative pressure, the

2        Second Law of Thermodynamics.  Do you

Page 75

982parks.rough depo.txt

3     know that Boyle's Law of Gases is?

4  A.  Can't -- can't quote it, but I've read

5     it.  But I'm not -- I can't quote it

6     right now.  Yes, sir.

7  Q.  We've established negative pressure,

8     the Second Law of Thermodynamics, wind,

9     bulk water.  Little bit of overlap

10     there.  Are there any other drivers

11     that you can identify that can cause

12     water accretion in a wall?

13  A.  Well, again, the way you're stating

14     that, I just -- I can't -- what causes

15     that water accumulation is when more

16     comes in than can pass through.  So,

17     you know, the more permeable the

18     inside, the greater the margin of error

19     for -- for other things to go wrong.

20  Q.  Do you have any data reflecting whether

21     on each of these visits there was more

22     or less water in the walls relative to

23     your other visits?

***UNCERTIFIED ROUGH DRAFT COPY***

95

***UNCERTIFIED ROUGH DRAFT COPY***

1  A.  No.  The second visit is when I did all

2     of my testing.  The third visit, I

3     didn't even go in the house.  So there

4     was no one at home.  Mr. Kelly came by,

5     I think, as I was finishing up; but he

6     was -- I think he was in a golf cart

7     headed somewhere so, I mean, he just

982parks.rough depo.txt

8   very briefly stopped and told me who he

9   was and told him who I was and what I

10  was doing.

11  Q.  What I'm saying is, you don't have any

12      evidence to show from one visit to the

13      next that there's actually been a net

14      accumulation of water over time.

15  A.  No.  My visits -- all my testing came

16      from my second visit.

17  Q.  You want to take a five-minute break?

18  A.  Yeah.

19  Q.  Let's do that.

20          (Brief recess)

21  Q.  What year was this home built?

22  A.  It was built on January 9th, 2003.

23  Q.  Are you familiar with the HUD code

***UNCERTIFIED ROUGH DRAFT COPY***

96

***UNCERTIFIED ROUGH DRAFT COPY***

1   sections relating to wall design that

2   were available to manufacturers in that

3   time period?

4  A.  Yes, sir, I am.

5  Q.  And would you categorize this

6      particular wall design as a design

7      enumerated in Section 3280.504(b)1?

8  A.  Would I categorize it as that?

9  Q.  Yes.  Is this a (b)1 wall?

10  A.  I would categorize it as that, but I

11      can't speak to what the intent of the

12      manufacturer was.

Page 77

982parks.rough depo.txt

13  Q.  And you're familiar with (b)(2) walls.

14  A.  Yes, sir.

15  Q.  You're familiar with (b)(3) walls.

16  A.  That is correct.

17  Q.  At this time period, a waiver was also

18      available; correct?

19  A.  Correct.

20  Q.  And I think you have opined in the past

21      that it was always possible for a

22      manufacturer to get an AC letter or

23      what is also called alternate

        ***UNCERTIFIED ROUGH DRAFT COPY***

                                                    97

        ***UNCERTIFIED ROUGH DRAFT COPY***

1       construction letter?

2   A.  I believe that to be true.

3   Q.  Among those choices that I've just

4       listed, other than (b)(1), what would

5       you consider to be a better alternative

6       feasible design for this home?

7   A.  Anything that didn't place a continuous

8       vapor barrier.  I mean, you could

9       utilize (b)(1) if you'd have done

10      without the vinyl wallboard.  There are

11      methods out there that I have learned

12      hard and happy approved and stamped

13      that allow you to build a (b)(1)

14      without the vinyl-covered wallboard.

15      So in my opinion, it's that continuous

16      barrier of the vinyl-covered wallboard

17      that's creating the problem here.

                                Page 78

982parks.rough depo.txt

18  Q.  Well, what specific design choice are

19       you saying or will you say at trial

20       should Southern Energy have adopted

21       instead of this one?

22  A.  One that works.  Even if they're going

23       to adopt this one, it has to perform.


          ***UNCERTIFIED ROUGH DRAFT COPY***

                                                98
          ***UNCERTIFIED ROUGH DRAFT COPY***

1        It has to -- and we've been through

2        that before.  But it -- in my opinion,

3        in order for that wall to function

4        properly, it should not be accumulating

5        moisture and mold growth.

6   Q.  All right.  Let's see if you can answer

7        my question.  Which wall design, which

8        (b) -- to be or not to be.  Which (b)

9        are we going to pick at trial for you?

10      What are you going to say is the one we

11      should have done?  Don't tell me "one

12      that works."  That's too vague.  Tell

13      me which specific one you are

14      advocating as an alternative, feasible

15      design in this case.

16  A.  One that blocks out as much moisture as

17      possible and lets what does come in go

18      through, whether that's (b)(1), (b)(2),

19      (b)(3), or the waiver.  I don't care

20      which one you pick as long as you make

21      it work.

22  Q.  So is it fair to say, sitting here
                    Page 79

982parks.rough depo.txt

23    today, you don't have a specific design

***UNCERTIFIED ROUGH DRAFT COPY***

99

***UNCERTIFIED ROUGH DRAFT COPY***

1    for an alternative feasible design on

2    this home?

3  A.  There are many designs out there that

4    I've learned are DAPIA-approved that

5    would -- that I believe would function

6    properly.

7  Q.  You're not an engineer.

8  A.  Not an engineer.

9  Q.  You're not a design professional.

10  A.  No.  I've not been utilized as a

11    design -- I've been utilized to offer

12    opinions and test these designs, but

13    I'm not an engineer or architect.

14  Q.  You're not qualified under the HUD code

15    to draw and stamp prints for walls.

16  A.  No, sir.

17  Q.  Never had any building-science classes

18    on how to construct walls under the HUD

19    code?

20  A.  I don't know that there's a

21    building-science class offered that

22    specifically addresses the HUD code,

23    that I'm aware of.

***UNCERTIFIED ROUGH DRAFT COPY***

100

***UNCERTIFIED ROUGH DRAFT COPY***

Page 80

982parks.rough depo.txt

1  Q.  Is that a no?

2  A.  No, because I'm not aware of any that

3      are available.

4  Q.  But you've never gone to a day of

5      college in building science.

6  A.  No, sir.

7  Q.  No engineering, no architectural

8      experience.

9  A.  Again, no, sir.

10  Q.  So let me see if I can ask the question

11      and get just an answer other than

12      everything else in the world.  Do you

13      have a specific design in mind for this

14      home that Southern Energy should have

15      utilized as an alternative feasible

16      design that would have been better than

17      what they used?

18              MR. GOULD:  Are you limiting

19                  it to one?

20              MR. SIMPSON:  I want him to

21                  identify which one and

22                  why.

23  Q.  Just telling me all of them that work,

***UNCERTIFIED ROUGH DRAFT COPY***

⬚

101

***UNCERTIFIED ROUGH DRAFT COPY***

1      that's not an answer.  Just tell me

2      which design you're advocating and why.

3  A.  Okay.  Well, let's -- let's just start

4      with (b)(1) and go (b)(2) and then go

5      to (b)(3).  Let's go to each of them

Page 81

982parks.rough depo.txt

6    and how they would work properly.  A

7    (b)(3) wall, which is considered to be

8    a ventilated wall cavity, there is no

9    requirement to have a vapor barrier on

10    the living side whatsoever.  So one way

11    of making the Murphy home comply to a

12    (b)(3) would simply be by using a

13    paper-covered wall on the interior of

14    the house or something that had a high

15    perm rating, whether it be a paper-

16    covered paneling or a tape-and-texture,

17    and then drilling a -- I believe it's a

18    one-inch hole top and bottom of each

19    wall cavity to make it ventilated.

20    We're letting some -- some air in, but

21    we have a wall structure on the inside

22    that's going to let it pass through

23    without accumulation.  So there's a

***UNCERTIFIED ROUGH DRAFT COPY***

102

***UNCERTIFIED ROUGH DRAFT COPY***

1    (b)(3) wall that I've seen DAPIA

2    approval for that could have been

3    utilized in this house.

4  Q.  Any other designs that you're saying

5    should be or should be alternative

6    feasible designs for this particular

7    home?

8  A.  Okay.  Let's go to a (b)(2) wall.  A

9    (b)(2) wall describes a wall that has

10    an external covering or sheathing that

Page 82

982parks.rough depo.txt

11    forms a pressure envelope of the home,

12    and (b)(2) doesn't prescribe a vapor

13    barrier on the living side.  So (b)(2)

14    could have been used in this particular

15    home because we don't have the

16    wind-zone requirements that I've heard

17    some people speak of.  And even when we

18    did, they could still -- they would

19    still be able to use, I guess, the

20    (b)(3) because they can ventilate --

21    they could ventilate the board.  So the

22    (b)(2), I don't know the specifics.

23    I've not done one of those.

***UNCERTIFIED ROUGH DRAFT COPY***

                                                    103
            ***UNCERTIFIED ROUGH DRAFT COPY***

1            And then let's back up to the

2        (b)(1).

3    Q.  Well, let's start with (b)(2).

4    A.  Okay.

5    Q.  We've talked about this many times,

6        about the fact that (b)(2)'s just don't

7        exist.  Would you agree with that?

8    A.  No, I don't agree with that.  I've

9        heard testimony that some (b)(2)'s were

10       built.

11   Q.  Have you ever seen one?

12   A.  I've never had one with a moisture

13       problem.  So no, I don't guess I have.

14   Q.  Yes or no, have you ever seen one?

15   A.  Again, I go to problematic homes.  So

                        Page 83

982parks.rough depo.txt

16      no, I haven't seen one.

17  Q.  Oh, you go to more than just

18      problematic homes.  You put air

19      conditioners on lots of mobile homes

20      before you got in the expert business;

21      right?

22  A.  Yes.  But I wasn't -- I wasn't

23      evaluating the homes and how they work.

***UNCERTIFIED ROUGH DRAFT COPY***

104

***UNCERTIFIED ROUGH DRAFT COPY***

1       I was simply putting air conditioning

2       systems in.

3   Q.  I've got 504(b)(2).  There's a

4       scientific formula in there.  Have you

5       ever used that?

6   A.  No, sir, I haven't.

7   Q.  And you --

8   A.  Combined permeability rating?

9   Q.  Yeah.

10  A.  I don't -- I don't recall.  I know I've

11      done some work with it with engineers

12      and people in the past, but I've not

13      produced anything or done that, no.

14  Q.  You're not qualified to do the math.

15  A.  Qualified --

16  Q.  In (b)(2).

17  A.  I've not had training and -- no.

18  Q.  Never run these calculations in your

19      life.

20  A.  No.  My job has consisted of working

Page 84

982parks.rough_depo.txt

21    with the engineers and the people that

22    do that.

23  Q.  And you have personally never seen a

***UNCERTIFIED ROUGH DRAFT COPY***

105

***UNCERTIFIED ROUGH DRAFT COPY***

 1    (b)(2) wall in your life?

 2  A.  I can't say that I have or not.  I've

 3    not went out looking for them.  But I

 4    can say that I've not inspected a

 5    (b)(2) with moisture problem because

 6    I've not see one.

 7  Q.  So it's fair to say you've never seen a

 8    (b)(2) in your life?

 9  A.  I can't say that I've never seen a

10    (b)(2) wall.  I've never --

11  Q.  Can you?

12  A.  -- investigated looking for one.  I

13    can't name one specifically that I did

14    see, but I can't say that I never saw

15    one because I've not been in -- many of

16    the houses I go to, I've not

17    investigated to see whether it's

18    (b)(1), (b)(2), (b)(3).

19  Q.  Sitting here today, you don't know if

20    you've ever seen a (b)(2) wall.

21  A.  I can't say definitively that I have.

22    I cannot say definitively that I have

23    not.

***UNCERTIFIED ROUGH DRAFT COPY***

Page 85

982parks.rough depo.txt
106
***UNCERTIFIED ROUGH DRAFT COPY***

1  Q.  Just yes or no, Mr. Parks, or we're
2      going to be here all day.  (B)(32).
3  A.  You're wanting a definitive answer;
4      right?
5  Q.  I just want to know if you've seen a
6      (b)(2) wall.  And that to me seems like
7      a yes or no question.  Have you ever
8      seen a (b)(2) wall?  Yes or no.
9  A.  Not that I can definitively identify as
10     a (b)(2).  I may have seen (b)(2)'s
11     and -- and --
12  Q.  So you don't know.
13  A.  -- don't recognize it.
14  Q.  You don't know.
15  A.  No, I don't know.
16  Q.  Have you ever seen a (b)(3) wall with
17     vinyl siding and blackboard?
18  A.  I've seen the DAPIA approval for it.
19  Q.  Have you ever seen one in the field?
20  A.  Again, I've not examined those DAPIA
21     documents to see how it was -- yes, I
22     have seen walls that had vinyl siding
23     exterior sheathing, whether it be

***UNCERTIFIED ROUGH DRAFT COPY***

107
***UNCERTIFIED ROUGH DRAFT COPY***

1      playing, OSB, or blackboard, and the
2      holes drilled top and bottom of every
3      wall cavity.  Yes, I have seen those.
4  Q.  And what evidence do you have that

Page 86

982parks.rough depo.txt

```
 5      those homes perform better than (b)(1)
 6      walls?
 7  A.  Well, you asked me in my opinion if you
 8      remove the vapor barrier from the
 9      inside, which I have worked with many
10      manufacturers and done that.  So I'm
11      basing that my experience that it will
12      work.  I don't have any documentation
13      that I can offer up other than the
14      DAPIA-approved drawings that I have
15      viewed in some of these other cases
16      from NTA.
17  Q.  But none of the DAPIA-approved drawings
18      say one way or the other whether the
19      wall performs better or worse from
20      condensation control standpoint; right?
21  A.  I really couldn't tell you that, no.
22  Q.  So it would be an honest answer for you
23      to say that you don't have any
```

***UNCERTIFIED ROUGH DRAFT COPY***

▯

                                        108
            ***UNCERTIFIED ROUGH DRAFT COPY***
```
 1      authoritative evidence to suggest one
 2      way or the other whether a (b)(3) wall
 3      is better or worse than a (b)(1) wall.
 4  A.  Authoritative evidence, yeah.  I
 5      think -- I think we've produced a ton
 6      of authoritative evidence that says
 7      that placing a vapor barrier on the
 8      living side of the wall is detrimental
 9      to the wall cavity.
```
                        Page 87

982parks.rough depo.txt

```
10  Q.  But what evidence do you have that
11      (b)(3) is better than (b)(1)?
12  A.  I would say that same -- that same
13      evidence talks about, you know,
14      removing or not having a low-perm
15      surface on the interior side.  Well,
16      that's -- (b)(1) -- (b)(3) doesn't
17      require that.
18  Q.  Would you agree with this statement?
19      Moisture accumulation on the back side
20      of a wallboard is a function of a
21      couple of things.  One would be the
22      ability for the board to dry to the
23      inside.
```

***UNCERTIFIED ROUGH DRAFT COPY***

109
***UNCERTIFIED ROUGH DRAFT COPY***

```
1   A.  That would be a factor.
2   Q.  The ability of the board to dry to the
3       outside.
4   A.  That could be a factor.
5   Q.  And the amount of air that touches the
6       board; in other words, the volume or
7       concentration of air that flows through
8       there.
9   A.  That accumulates within that cavity,
10      not just what touches the board but
11      accumulates within that cavity, yes,
12      sir.
13  Q.  And you would agree with me that a
14      (b)(3) wall gives greater opportunity
```
Page 88

982parks.rough depo.txt

15    for air to accumulate in the cavity.

16  A.  Absolutely.  But the walls that I'm

17    familiar with that I've seen that did

18    not use a vinyl covering had no

19    problem.

20  Q.  Do you have any scientific journal,

21    authoritative treatise, article,

22    anything that has studied and compared

23    (b)(1) walls versus (b)(3) walls in the

***UNCERTIFIED ROUGH DRAFT COPY***

110

***UNCERTIFIED ROUGH DRAFT COPY***

1    context I'm asking you about right now

2    to show that one is better or worse

3    than the other?

4  A.  I think that all the information that

5    we've provided substantiates that

6    theory that placing a continual vapor

7    barrier on the living side is not going

8    to perform; therefore, having a wall

9    with a higher perm rating will perform

10    better.  So even though it doesn't --

11    it doesn't specifically name HUD

12    standards (b)(1), (b)(2), the

13    scientific -- or the science behind it

14    is --

15  Q.  Well, that's my point.  There's no --

16  A.  Yeah.

17  Q.  There's no specific piece of paper that

18    you can point to authoritative that

19    specifically compares (b)(1) to (b)(3)

Page 89

982parks.rough depo.txt

20      from a study standpoint and shows that

21      one is better or worse than the other.

22  A.  Not one that specifically quotes (b)(1)

23      and (b)(3).

***UNCERTIFIED ROUGH DRAFT COPY***

111

***UNCERTIFIED ROUGH DRAFT COPY***

1  Q.  So in your opinion, Southern Energy

2      should have used (b)(3) as an

3      alternative feasible design in this

4      setting.

5  A.  They could have, as well they could

6      have used (b)(1).

7  Q.  And what should they have done in

8      (b)(1)?

9  A.  I've seen Southern Energy's own designs

10     where they used a tape and texture and

11     used a Kraft-back paper which meets the

12     technical requirement of vapor barrier

13     less than one perm but it's not

14     continuous.  It's folded back between

15     each wall -- each wall stud.  So now

16     the wallboard is able to breathe,

17     but -- and I've seen many homes in this

18     manner that -- I've never seen a

19     home -- one that -- where the wallboard

20     is falling apart.  And I've recently

21     seen over the last few months DAPIA

22     approval for that methodology.

23  Q.  Is it your testimony that Southern

Page 90

982parks.rough depo.txt
***UNCERTIFIED ROUGH DRAFT COPY***

112

***UNCERTIFIED ROUGH DRAFT COPY***

1    Energy should have used or could have

2    used a Kraft-back paper turned to the

3    inside and that that would have been a

4    better design?

5  A.  And then a paper-covered wallboard

6    like -- like they're doing right now, a

7    paper-covered wallboard or a tape and

8    texture, something that removes that

9    vapor barrier from the inside of that

10    gypsum board.  And that would have been

11    a much better design.

12  Q.  Have you ever given an opinion that

13    Kraft-back turned to the inside is

14    basically no better?

15  A.  It's not optimal and it's still not

16    right, but it works way better and I've

17    never seen the gypsum board fall apart.

18  Q.  All right.  Well, none of these gypsum

19    boards are falling apart in the Murphy

20    home.

21  A.  I disagree.

22  Q.  Can you show me one wallboard that's

23    falling apart or a picture of one?

***UNCERTIFIED ROUGH DRAFT COPY***

113

***UNCERTIFIED ROUGH DRAFT COPY***

1  A.  I can -- I can show you through there

2    and I'll be glad to go take some more

Page 91

982parks.rough depo.txt

3     pictures.  And I do have some pictures

4     of the areas where the bumps are on the

5     house.

6  Q.  Okay.  Where are those?

7  A.  I think I have a couple maybe on my

8     laptop.  I did not use them -- utilize

9     them in any of my reports.

10  Q.  Okay.  Well, you understand that your

11     time for expert report has come --

12  A.  I know.

13  Q.  -- and gone.

14  A.  I know.  And those aren't used in

15     there.  I can only testify as to what I

16     saw, but --

17  Q.  Well, show me in your report where you

18     show evidence of a degrading wallboard.

19  A.  As I said earlier, I did not put that

20     picture in my report.

21  Q.  So you've got no pictures of degrading

22     wallboards in your report.

23  A.  No, not within my report.  Only what I

***UNCERTIFIED ROUGH DRAFT COPY***

114

***UNCERTIFIED ROUGH DRAFT COPY***

1     saw in the field.

2  Q.  Are there any other alternative

3     feasible designs that you have

4     authoritative sources which indicate

5     that there is a better design than

6     (b)(1) among the other choices in the

7     HUD code?

Page 92

982parks.rough depo.txt

8   A.  Other than (b)(1), I would say other

9       than the use of vinyl-covered wallboard

10      is what we spoke of.  But --

11  Q.  But you don't have any --

12  A.  -- I'm --

13  Q.  What I'm looking for is any

14      authoritative sources, testing,

15      studies, anything to show that (b)(2)

16      is better than (b)(1) or that (b)(3) is

17      better than (b)(1) or that the waiver

18      is better than (b)(1).  I'm not aware

19      of any such studies, if they exist.

20  A.  And that's -- the studies that

21      specifically name (b)(1), (b)(3), no,

22      sir, I do not.

23  Q.  Well, or the other designs, whether

***UNCERTIFIED ROUGH DRAFT COPY***

115

***UNCERTIFIED ROUGH DRAFT COPY***

1       they name them that way or not, they --

2   A.  The -- yes, whether they name them that

3       way or not, the principle, the science

4       behind it, is spoke about in every one

5       of the articles that I've offered up.

6   Q.  But where are they compared and

7       analyzed from a comparison standpoint?

8       Do you have anything in your array of

9       exhibits that you can point me to?

10  A.  Well, my study, the removing the

11      barriers, which are the homes where I

12      removed the vinyl wallboard from the

Page 93

982parks.rough depo.txt

13   inside and monitored those walls over a

14   period of the entire summer

15   definitively shows that the wallboard

16   with the -- without the vinyl works

17   better than the nonvinyl.  And one of

18   the -- I have one house which -- in

19   there which has a Kraft-back turned to

20   the inside in addition to the vinyl

21   wallboard.  So -- and -- and that's on

22   one of them that's removed.  So --

23  Q.  Other than your studies, are there any

***UNCERTIFIED ROUGH DRAFT COPY***

116

***UNCERTIFIED ROUGH DRAFT COPY***

1       others?

2   A.  Not -- not that specifically depicts

3       the (b)(1)/(b)(3) comparison as named.

4   Q.  And your study has never been

5       peer-reviewed?

6   A.  Not yet, no, sir.

7   Q.  It's not published in any journal.

8   A.  No, sir.

9   Q.  It's never been scientifically

10      validated by anyone other than you;

11      correct?

12  A.  Not at this point.  Ask me again next

13      week.

14  Q.  And who is evaluating it right now?

15  A.  Building Science Corporation Joseph

16      Lstiburek and John Straub.

17  Q.  Are these people that are now joining

Page 94

982parks.rough depo.txt

18    your expert team?  Have you had

19    discussions with them about that?  You

20    have to answer truthfully.

21  A.  Yes.

22  Q.  And have you retained them now?

23  A.  I'm not aware of the status.

***UNCERTIFIED ROUGH DRAFT COPY***

                                                    117
***UNCERTIFIED ROUGH DRAFT COPY***

 1  Q.  Are they actively working on houses

 2    with you?

 3  A.  I'm not aware of -- they've not

 4    actively been to a home with he.

 5  Q.  Have you had conversations with them

 6    where discussions were had that they

 7    might start consulting with the Beasley

 8    team on these homes?

 9  A.  Yes, sir.

10  Q.  And tell me about those conversations

11    and what was said.

12  A.  I was recently at a building science --

13    continuing education building science

14    fundamentals with Joseph Lstiburek and

15    John Straub.  I've actually known

16    Joseph Lstiburek for several years,

17    been to his home and to the Westford

18    symposium.  We've had conversations in

19    the past.  He does -- he doesn't do the

20    expert work; however, Dr. Straub does.

21    And there was a conversation of --

22    actually, Joseph Lstiburek has agreed

Page 95

982parks.rough depo.txt
23      to go -- or volunteered to go with me

***UNCERTIFIED ROUGH DRAFT COPY***

118

***UNCERTIFIED ROUGH DRAFT COPY***

1       to the Manufactured Housing Consensus

2       Committee, if granted an audience, to

3       present the presentation and to support

4       the change in the standard that I have

5       submitted.

6   Q.  You have submitted a standard to the

7       consensus committee?

8   A.  I have.

9   Q.  Where is that?  Do you know?

10  A.  That's the removing the barriers, and

11      the form is with it.  It's already been

12      given to Robert Solomon at NFPA.

13  Q.  So Mr. Lstiburek has agreed to travel

14      with you to any kind of consensus

15      committee presentation?

16  A.  He -- he asked to go.  He wanted to go

17      to that.  He volunteered on his own.

18  Q.  Is he playing any part or receiving any

19      income in expert advice in the Beasley

20      homes?

21  A.  No, sir, he's not.

22  Q.  The other fellow, Dr. Straube?

23  A.  Yes, sir.

***UNCERTIFIED ROUGH DRAFT COPY***

119

***UNCERTIFIED ROUGH DRAFT COPY***

1   Q.  What is his full name?

Page 96