982parks.rough depo.txt

```
 2  A.  Dr. John Straub.  He is the partner
 3      with Joe in the Building Science
 4      Corporation.
 5  Q.  Is Neil Moyer a part of that group as
 6      well?
 7  A.  No, sir.
 8  Q.  And John Straub is -- what is his
 9      background and credentials?
10  A.  He is a -- I don't know.  You'll have
11      to get that information from him.  I'm
12      not fully familiar.
13  Q.  Well, is he actively participating in
14      any level of expertise in these cases
15      that you're aware of?
16  A.  I'm not aware of the status of that.
17  Q.  Were you privy to conversations where
18      discussions were had about his possible
19      involvement?
20  A.  I talked to him about his possible
21      involvement.
22  Q.  What did you say to him?
23  A.  In the conversation of the
```

***UNCERTIFIED ROUGH DRAFT COPY***

120

***UNCERTIFIED ROUGH DRAFT COPY***

```
 1      removing-the-barriers issue, and he
 2      offered to write a letter of review and
 3      opinion and also help to support that
 4      change being made in the standard.  We
 5      spoke about he was very aware of the
 6      litigation that was going on down here.
```

Page 97

982parks.rough depo.txt

```
 7        I simply mentioned that I would love to
 8        have him as -- as part of the team, and
 9        he agreed to speak to counsel.  So --
10        and I don't know where it's went from
11        there.
12    Q.  Anybody else that you've had
13        conversations with -- other design
14        professionals, engineers, architects --
15        anyone else that you've been privy to
16        conversations or know about
17        conversations where people might be
18        added as experts in these cases?
19    A.  I can't really recall -- yeah.  There
20        was another gentleman a while back, but
21        I don't know -- that was a Mr. Bud
22        Offerman, but I don't know if anything
23        ever -- I don't know, you know, what
```

***UNCERTIFIED ROUGH DRAFT COPY***

⬜

121

***UNCERTIFIED ROUGH DRAFT COPY***

```
 1        conversations or anything ever had.
 2    Q.  Has Mr. Straub or Dr. Straub ever
 3        accompanied you on any kind of site
 4        visits?
 5    A.  No, sir, he has not.
 6    Q.  Let's go to your first report.  And you
 7        and I are both very familiar with this,
 8        so let me see if we can go through
 9        quickly.  Do you have it in front of
10        you?
11    A.  Yes, sir.
```

Page 98

982parks.rough depo.txt

12  Q.  Okay.  Let's go to your conclusion on

13      the second page.

14  A.  Yes, sir.

15  Q.  Your first sentence, you say that it is

16      extremely moist conditions within the

17      perimeter walls.

18  A.  That's my opinion, yes, sir.

19  Q.  What amount of condensation must a wall

20      have to qualify for extremely moist in

21      your judgment?

22  A.  That's simply my opinion based on homes

23      that I've seen in the past.  When it's

***UNCERTIFIED ROUGH DRAFT COPY***

122

***UNCERTIFIED ROUGH DRAFT COPY***

1   maxing out the meter like that and the

2   bumps that I saw, then based on my

3   experience, in my opinion, those walls

4   were extremely moist.

5   Q.  Do you have moisture-meter readings

6       here?

7   A.  No.  They're not depicted in the

8       report.

9   Q.  I see on page 3, it says, Consistent

10      readings were 25 to 40 percent?

11  A.  Correct.

12  Q.  All right.  Is there anything else in

13      your report that discusses moisture

14      readings?

15  A.  No, sir.

16  Q.  And what percentage does it become

Page 99

982parks.rough depo.txt

17    extreme, in your judgment?

18  A.  Typically, when we get -- I would

19    not --

20  Q.  Thirty percent, 10 percent?

21  A.  No.  I would say more, if we get over

22    20-25 percent.  Typically, it's been my

23    experience if I see consistent readings

***UNCERTIFIED ROUGH DRAFT COPY***

123
***UNCERTIFIED ROUGH DRAFT COPY***

1    over 25 percent, that's when I've found

2    from my sampling that -- that I start

3    finding the fungal growth.  And that's

4    just based on my own experience.  I've

5    also read literature that says 30

6    percent of relative readings are

7    conducive for mold growth.

8  Q.  Well, if something more than 25 percent

9    is extreme, what would you qualify 80

10    percent as being?  How would --

11  A.  Well, it depends on the meter.  My

12    meter, you know, when it maxes out up

13    there in the red, then I consider those

14    to be extreme readings.

15  Q.  Is 40 percent a red?

16  A.  Yes, sir, I believe it to be.

17  Q.  Do you have the Tramex chart?

18  A.  Well, that -- that was with my digital

19    meter.  The actual red in that one

20    is -- is different.  That's a relative

21    reading.

Page 100

982parks.rough depo.txt

22  Q.  But we both agree that you can only
23      take relative readings in gypsum

***UNCERTIFIED ROUGH DRAFT COPY***

124

***UNCERTIFIED ROUGH DRAFT COPY***

1       because of the salt content.
2   A.  Exactly.  And in this -- in this
3       particular house when I reference that
4       25 to 40 percent, that's using my
5       digital meters.
6   Q.  And what scale does your digital meter
7       have?
8   A.  Again, it's -- it's digital.  There's
9       not a scale on it.  Typically, the
10      maximum reading that I'll get with my
11      digital is 45 to 50 percent.  I've seen
12      it as high as 50, but that's in walls
13      that are --
14  Q.  Is there green/yellow/red on --
15  A.  No --
16  Q.  -- the digital?
17  A.  -- there's not a green/yellow/red.  And
18      those are comparative readings to where
19      I was getting 10 to 12 percent
20      consistently on the interior walls and
21      then the exterior walls were anywhere
22      from 25 to 40 percent.
23  Q.  You haven't mapped out in any paper

***UNCERTIFIED ROUGH DRAFT COPY***

125

982parks.rough depo.txt
***UNCERTIFIED ROUGH DRAFT COPY***

1     anywhere which walls had which
2     readings?
3  A.  No, sir, I did not.
4  Q.  And you have no independent
5     recollection of that now?
6  A.  No, sir.  It was pretty much consistent
7     all the way around the house or I would
8     have noted it differently.
9  Q.  Is it your opinion that the green/
10    yellow/red on a wood scale is also
11    useful for gypsum?
12 A.  On that meter, yes, sir.  I had a
13    definitive conversation and I have the
14    gentleman's name.  And he pointed out
15    in that particular brochure right there
16    that the relative scale is adjusted to
17    the green, yellow, and red.
18 Q.  Well, this scale indicates that red on
19    the relative scale is something above
20    60 percent, maybe 65 percent.
21 A.  That's correct.
22 Q.  So you would agree with me that you
23    found nothing in the red on this home.

        ***UNCERTIFIED ROUGH DRAFT COPY***

                                         126
        ***UNCERTIFIED ROUGH DRAFT COPY***
1  A.  I disagree.  I did not use that meter
2     in taking these readings.  I used the
3     digital meter.
4  Q.  So you have no evidence that any meter
                Page 102

982parks.rough depo.txt

5   that has a green/yellow/red on this

6   home indicated anything because you

7   never tested it for that.

8  A.  Not with that meter, no, sir.

9  Q.  Or any other meter with the red/yellow/

10   green indicators.

11  A.  I don't recall.  The meter that I used

12   during this inspection was the digital

13   meter.

14  Q.  And what's the name of the manufacturer

15   of the meter?

16  A.  That's the Professional Equipment

17   meter.

18  Q.  That's that old one that dates back to

19   the '90s; right?

20  A.  I'm not sure.

21  Q.  Do you have calibration material on

22   that to show --

23  A.  Not on that one, no, sir.

        ***UNCERTIFIED ROUGH DRAFT COPY***

                                          127
        ***UNCERTIFIED ROUGH DRAFT COPY***

1  Q.  It's important to calibrate moisture

2   meters.

3  A.  It depends.  According, again, to

4   Tramex, it depends on what your intent

5   and purpose is.  If you're trying to

6   get quantitative measurement and using

7   it specifically for wood, possibly yes.

8   But if you're making relative readings,

9   then --

                  Page 103

982parks.rough depo.txt

10 Q.  Well, that's Tramex.  But what about

11      Professional?

12 A.  I've not had anything from them to say.

13 Q.  So you don't know whether they

14      recommend calibration or not.

15 A.  No.  I'm simply, as I stated over and

16      over, making comparative measurements

17      to the inside/to the outside based on

18      my -- I've used this meter for years.

19      And based on my experience, it's my

20      opinion that those walls were extremely

21      moist.

22 Q.  You've used the meter for years and

23      you've never calibrated it.

***UNCERTIFIED ROUGH DRAFT COPY***

128

***UNCERTIFIED ROUGH DRAFT COPY***

1 A.  This one, that's correct.

2 Q.  Now, on page 2 of the report, you say

3      the moisture has caused structural

4      deterioration.

5 A.  In my opinion, yes, sir, it has.

6 Q.  Where in your report do you provide

7      evidence of that?

8 A.  I would say that the mold sampling, the

9      fact that the -- we have mold present.

10 Q.  Has affected the structure?

11 A.  The gypsum board structure, in my

12      opinion, yes, sir.

13 Q.  Can you show me any picture of any

14      wallboard anywhere where the back paper

Page 104

982parks.rough depo.txt

15    of the wallboard has been deteriorated

16    and degraded?

17  A.  In my opinion --

18  Q.  Specifically.  Can you show me where

19    exactly?

20  A.  Okay.  Based on the testing showing

21    there was mold growth, Figure 1,

22    Figure 2 --

23  Q.  Well, that's indication of mold growth,

***UNCERTIFIED ROUGH DRAFT COPY***

129

***UNCERTIFIED ROUGH DRAFT COPY***

1    not that the structure's been

2    compromised; right?

3  A.  In my opinion, if we've got moisture

4    and mold growth, then we've compromised

5    the structure of that gypsum board.

6  Q.  At any level, any amount of mold?

7  A.  Yes.  If we've got mold growth -- if

8    we've got moisture and mold growth,

9    then yes.  I don't think that that --

10  Q.  Even a light dusting is going to

11    compromise the structure?

12  A.  You're kind of exaggerating.  The -- my

13    statement is that if we have moisture

14    accumulation and mold growth, that is

15    compromising the materials, yes, sir.

16    That's -- that's eating away at the

17    materials.  Now, I'm not saying that

18    it's falling off the wall right now.

19    But I'm saying that it's not proper and

Page 105

982parks.rough depo.txt

20    that is structurally compromising the

21    materials.  They're not -- those

22    materials are not intended to

23    accumulate moisture and grow mold.  And

***UNCERTIFIED ROUGH DRAFT COPY***

130
***UNCERTIFIED ROUGH DRAFT COPY***

1    it will eventually lead to the complete

2    demise of failure of the wall.  That is

3    my opinion.

4    Q.  You don't have any data to show how

5        much moisture is acceptable in gypsum;

6        correct?

7    A.  I disagree.  There is -- there is

8        literature from the Gypsum Association

9        that shows what is normal, and then

10       they also say that any moisture -- that

11       it should not be exposed to moisture.

12       I mean, gypsum board is extremely

13       susceptible to moisture and --

14   Q.  Right.  What I'm trying to find out is,

15       has any authoritative material from the

16       Gypsum Association been promulgated

17       that you're aware of that indicates or

18       demonstrates that water above a certain

19       moisture amount for a certain period of

20       time will cause that actual wallboard

21       to fail.

22   A.  I'm not familiar with that document,

23       no.

***UNCERTIFIED ROUGH DRAFT COPY***
Page 106

982parks.rough depo.txt

131
***UNCERTIFIED ROUGH DRAFT COPY***

1  Q.  Now, on page 3, of your report, you

2      compare the (b)(1) to the (b)(2) wall;

3      correct?

4  A.  Correct.

5  Q.  Is there anywhere in either of your two

6      reports or in your field notes where

7      you actually make an opinion that

8      another design -- (b)(2), (b)(3),

9      waiver, AC, whatever -- is a better

10     alternative feasible design than

11     (b)(1)?  Do you say is that anywhere in

12     your reports?

13 A.  I think I depict that the (b)(2), in --

14     in theory and intent, is a much more

15     appropriate wall structure than the

16     (b)(1).

17 Q.  And we've already established you don't

18     know that you've ever seen one of

19     these.

20 A.  I can't say that I have or haven't.

21 Q.  Now, you would agree with me if you

22     found moisture readings of 25 to 40

23     percent, you can't say what the

        ***UNCERTIFIED ROUGH DRAFT COPY***

132
***UNCERTIFIED ROUGH DRAFT COPY***

1      absolute percentage of moisture in

2      those walls is because you didn't cut

3      and bake the sample.

        Page 107

982parks.rough depo.txt

4   A.   That is correct.

5   Q.   And cutting and baking is the only

6        authoritative way to know for sure.

7   A.   That's correct.

8   Q.   Now, you did thermographic imaging in

9        this home.

10  A.   Correct.

11  Q.   And do you agree with me that -- have

12       you looked at the standard that we

13       talked about from the last trial?

14  A.   No, I have not.

15  Q.   So you don't know sitting here today

16       whether your thermographic protocols

17       comport with or violate the standard

18       for imaging in homes such as this?

19  A.   Well, that particular standard you're

20       referencing is -- is describing test

21       methods for insulation values

22       (unintelligible).  And that's not what

23       my intent was in this home.  So I never

***UNCERTIFIED ROUGH DRAFT COPY***

                                              133
        ***UNCERTIFIED ROUGH DRAFT COPY***

1        in any way intended to test or identify

2        these issues by that.  These pictures

3        are exemplary of helping to explain

4        where the -- how the heat and moisture

5        moves through the wall.

6   Q.   All right.  You would agree with me

7        that as between blue and orange or red

8        a couple of degrees' difference can

                    Page 108

982parks.rough depo.txt

```
 9      cause that picture?
10  A.  It depends on the camera and your
11      settings.
12  Q.  But it can.  You could have a couple of
13      degrees' difference in temperature
14      here.
15  A.  No.  I still -- well, I mean, you're --
16      you're --
17  Q.  Looking at page 5.
18  A.  -- being very general.  There's more
19      than a couple of degrees, in my
20      opinion, between the red and the
21      blues --
22  Q.  Did you --
23  A.  -- the dark blues.
```

***UNCERTIFIED ROUGH DRAFT COPY***

 

134

***UNCERTIFIED ROUGH DRAFT COPY***

```
 1  Q.  -- document that anywhere?
 2  A.  No, I did not.
 3  Q.  Hypothetically, you could set a camera
 4      to show one or two degrees temperature
 5      difference between blue and red.
 6  A.  Well, Mr. Commons proved he can cut and
 7      paste and do that.
 8  Q.  Can you do it?
 9  A.  Actually, my camera will give a
10      depiction of a square, which I've
11      done -- well, anyway.
12  Q.  But does it have any temperatures on
13      it?
```

982parks.rough depo.txt

14  A.  Yes, it will.  It will have a high-low

15      and a -- but I've not done that in this

16      case.

17  Q.  So sitting here today, you don't know

18      what the temperatures on these walls

19      are.

20  A.  That's correct.  I don't know.  I do

21      not.

22  Q.  Why does it matter that you're taking a

23      picture of an internal marriage line

***UNCERTIFIED ROUGH DRAFT COPY***

                                              135
        ***UNCERTIFIED ROUGH DRAFT COPY***

1       when we're talking about outside walls?

2   A.  Well, because I was depicting the

3       similarity because that was an area

4       that I noted as an area in the mating

5       wall that wasn't sealed properly.

6   Q.  And that can contribute to moisture in

7       the house.

8   A.  That can contribute to moisture in that

9       wall structure.

10  Q.  Well, I'm just wondering why you put it

11      in your report if it has nothing to do

12      with the outside walls, which is what

13      this lawsuit is about.

14  A.  Exemplary; shows similarities.

15  Q.  Do you think that the air leakage in

16      the wall in the mating line plays any

17      part in the moisture in the house or in

18      the walls?

                        Page 110

982parks.rough depo.txt

19  A.  In the exterior walls?

20  Q.  Yes.

21  A.  No, sir.  No.  But it will have the --

22      it will have the same effect on that

23      mating wall (indicating) as exterior

        ***UNCERTIFIED ROUGH DRAFT COPY***

                                              136
            ***UNCERTIFIED ROUGH DRAFT COPY***

1       wall.

2   Q.  Is that an exterior wall?

3   A.  No.  That's the mating wall.

4   Q.  So these pictures of the internal

5       walls, other than for illustrative

6       purposes, don't have anything to with

7       the exterior walls, in your judgment.

8   A.  No, sir.  I think I can agree with

9       that.

10  Q.  On page 6, there's a fairly typical

11      diagram I've seen in your reports with

12      the positive and negative pressure.

13      Does this home have negative pressures

14      that you're concerned about?

15  A.  No, sir.  It was extremely minimal.

16      The duct leakage -- the duct system was

17      tight.  I didn't find any significant

18      pressure imbalances that I would

19      consider significant, but I did

20      highlight the fact that someone had

21      improperly connected that ventilation

22      system.

23  Q.  And what does the improper connection
                    Page 111

982parks.rough depo.txt

***UNCERTIFIED ROUGH DRAFT COPY***

137

***UNCERTIFIED ROUGH DRAFT COPY***

1    of the ventilation system result in, in
2    your judgment?
3  A.  Well, it impedes the ability to bring
4    the fresh air in, which helps to, you
5    know, add so-called fresh air to the
6    home but also does help to offset any
7    minute duct leakage that may occur.
8  Q.  Does this play any part in this case,
9    in your judgment?
10 A.  I think it was improper, but that's not
11    what are making the walls do what
12    they're doing.  It may escalate it a
13    little, but it's not making the walls
14    do what they're doing.
15 Q.  And you would agree with me that the
16    manufacturer didn't install it this
17    way.
18 A.  I would be more inclined to say that
19    the air conditioning person did it.
20    I've not seen the manufacturer ever
21    install one like that.  But I did test
22    it, and I was not getting any flow
23    through it.  So it was restrictive

***UNCERTIFIED ROUGH DRAFT COPY***

138

***UNCERTIFIED ROUGH DRAFT COPY***

1    because of that.

Page 112

982parks.rough depo.txt

```
 2  Q.  Now, the next section of your report,

 3      you have outdoor samples -- one outside

 4      sample and three wall-cavity samples.

 5  A.  That's correct.

 6  Q.  Why did you pick the areas you chose?

 7  A.  Again, the bathroom area is because we

 8      saw that was an area that was --

 9      appeared to be the most problematic.

10      The other two areas were just around

11      the -- around the perimeter where the

12      homeowner allowed us to test.

13  Q.  Did you see any Ionic Breeze filters in

14      this house?

15  A.  I don't remember anything like that.

16  Q.  If someone says that you tested the

17      screens or filters on the Ionic

18      Breezes, they would be mistaken?

19  A.  That I tested them?

20  Q.  Yes, sir.

21  A.  Yes, sir.  I've never tested anything

22      like that, that I can recall.

23  Q.  Now let's go to page 7 of the report
```

***UNCERTIFIED ROUGH DRAFT COPY***

139

***UNCERTIFIED ROUGH DRAFT COPY***

```
 1      there, paragraph 1.  Mold contamination

 2      is considered present in building when

 3      the total mold spore concentration per

 4      cubic meter is above 10,000 (Baxter,

 5      ETS).  Do you see that?

 6  A.  Yes, sir.
```

Page 113

982parks.rough depo.txt

7   Q.  That's talking about the indoor ambient

8       air; right?

9   A.  That's right.

10  Q.  That doesn't specifically address air

11      samples from wall cavities.

12  A.  No, sir, it does not.

13  Q.  And we've already established you

14      didn't take any indoor air samples to

15      know whether the indoor air pursuant to

16      Baxter/ETS exceeds 10,000.

17  A.  That's correct.

18  Q.  Now, the next section, you have

19      paragraph 2.  The National Allergy

20      Bureau considers mold counts in air.

21      You see that?

22  A.  That's correct.

23  Q.  Has low, moderate, high, very high.


      ***UNCERTIFIED ROUGH DRAFT COPY***


                                              140
      ***UNCERTIFIED ROUGH DRAFT COPY***

1   A.  Correct.

2   Q.  Again, you didn't test any of the

3       indoor air to know where or whether it

4       falls in any of those categories.

5   A.  No, sir, I did not.  I put those in

6       there as references because those

7       are -- there are very few thresholds of

8       any type that are published out there

9       as what's considered to be abnormal.

10  Q.  Would you agree with this statement:

11      Indoor air that falls below 10,000 per

                    Page 114

982parks.rough depo.txt

12       cubic meter is acceptable?

13  A.   Well, typically, the EPA recommends

14       that -- that the indoor -- if you're

15       comparing the indoor air to the outdoor

16       air, it should be -- the contents of

17       the indoor care should be approximately

18       one-third or lower of the outdoor.

19  Q.   Would you agree that there's no well-

20       established quantitative standard for

21       fungal spores on surfaces or in air?

22  A.   Yes.  That's why I said these are the

23       only -- a couple of the -- the few that

***UNCERTIFIED ROUGH DRAFT COPY***

141

***UNCERTIFIED ROUGH DRAFT COPY***

1        are established out there or that's

2        been -- I say "established" -- that's

3        been published.

4   Q.   Would you agree with this statement:

5        Mold contamination is present in a

6        building when the inside air exceeds

7        10,000 mold count?

8   A.   Well, it depends on by what standard

9        that you're --

10  Q.   Baxter/ETS.

11  A.   I think that's what it says.

12  Q.   It's what I'm reading from.

13  A.   Yes.

14  Q.   All right.  So when you put this 25,000

15       and this 10,000, you would agree with

16       me that this really has nothing to do

Page 115

982parks.rough depo.txt

17    with anything else in your report

18    because these have to do with indoor

19    air and you didn't test the indoor air.

20  A.  I did not test the indoor air.

21    However, I do believe, because these

22    are some published thresholds that are

23    out there, that it gives us some kind

***UNCERTIFIED ROUGH DRAFT COPY***

142

***UNCERTIFIED ROUGH DRAFT COPY***

1     of idea of about what we should or

2     should not expect as being abnormal.

3  Q.  But that's your opinion.  You don't --

4  A.  That is my opinion.

5  Q.  You don't have any authoritative source

6     to indicate one way or the other

7     whether indoor wall or -- whether wall

8     sampling that you took can be applied

9     to these standards.

10  A.  I agree.  That's my opinion.

11  Q.  I think we've already established

12    whatever is inside that wall, in your

13    judgment, you have no way of knowing

14    whether it's communicating to the

15    inside air.

16  A.  That's correct.  I wouldn't expect it

17    to be.  But, I mean, I did not test

18    that so . . .

19  Q.  And you're not here to say that

20    whatever mold in the air you found in

21    the walls is causing anyone any health

982parks.rough depo.txt

22    problems in the house?

23  A.  No, sir.  I speak to no health issues

***UNCERTIFIED ROUGH DRAFT COPY***

143

***UNCERTIFIED ROUGH DRAFT COPY***

1     whatsoever.

2  Q.  Do you consider your testing methods

3     aggressive?  Do you know what

4     aggressive mold sampling is?

5  A.  That would -- you would have to define

6     what your terminology of "aggressive"

7     is.

8  Q.  Well, aggressive is when you go into a

9     wall cavity and move anything around,

10    which can actually cause mold to come

11    up from another surface.  Are you

12    familiar with that?

13  A.  If it's not there, you can't stir it

14    up.  So I believe my methodology to

15    be -- to be adequate as -- I mean, I've

16    even consulted with my lab.  They've

17    agreed that it's an acceptable sampling

18    methodology.

19  Q.  Now, when you test in a wall, you drill

20    two holes; right?

21  A.  That is correct.

22  Q.  And then you put a hose in the wall.

23  A.  That is correct.

***UNCERTIFIED ROUGH DRAFT COPY***

144

***UNCERTIFIED ROUGH DRAFT COPY***
Page 117

982parks.rough depo.txt

```
 1  Q.  Right?  And that hose bumps up against
 2      the back of the insulation.
 3  A.  Hopefully not.
 4  Q.  Well, the insulation is three inches,
 5      right, in width?
 6  A.  We hope it's three and a half inches.
 7  Q.  Three and a half.  And the wall cavity
 8      is three and a half.
 9  A.  That's correct.
10  Q.  So you've got to touch the insulation
11      when you go back in there.
12  A.  No, sir.  That's the purpose of
13      drilling the second hole so that I can
14      insert the probe and push the
15      insulation back and -- and establish a
16      cavity there for putting it in.  Now,
17      there have been occasions where I've
18      put the probe in or for some reason
19      whatsoever the samples have came back
20      with a -- with a high level of
21      contamination or -- or -- of other
22      debris, which impeded the lab from
23      reading the sample.
```

***UNCERTIFIED ROUGH DRAFT COPY***

0

145
***UNCERTIFIED ROUGH DRAFT COPY***

```
 1  Q.  That's my point, though.  You're
 2      actually moving the insulation.
 3  A.  Exactly, yes, sir.  Otherwise, you're
 4      just going to suck up insulation and
 5      you're not going to get a readable
```
                    Page 118

982parks.rough depo.txt

```
 6      sample.
 7  Q.  Do you know why you skipped a line
 8      there?
 9  A.  Yes, sir.  I do that intentionally to
10      simply separate my outdoor sample from
11      my wall-cavity samples.
12  Q.  Where do these numbers come from in the
13      left-hand column?
14  A.  Off the Air-O-Cell itself.
15  Q.  This one on the bottom is a different
16      batch.
17  A.  Possibly, yes, sir.
18  Q.  Different number.
19  A.  Okay.
20  Q.  Do you agree?
21  A.  Yes, sir.
22  Q.  Now, the blanks that you send in to the
23      lab, they actually come from the same
```

***UNCERTIFIED ROUGH DRAFT COPY***

☐

146

***UNCERTIFIED ROUGH DRAFT COPY***

```
 1      batch?
 2  A.  Sometimes the lab will provide a blank.
 3      That's something that they recommend be
 4      done, so they -- they will provide that
 5      for me at times.
 6  Q.  But isn't the purpose of a blank to
 7      establish that the Air-O-Cell cells
 8      that you pull from in a box of other
 9      cells are not contaminated?
10  A.  That's correct.
```

Page 119

982parks.rough depo.txt

11  Q.  Do you know whether this blank was

12      pulled from that same lot or from a

13      different lot?

14  A.  I don't know how they do that.  But

15      they -- they have told me that either

16      they can either provide the blank at

17      the lab or I can send one with it.  But

18      if there was a contamination, then I

19      think you would see irregular or

20      inconsistencies within the samples

21      where we've seen an incredible amount

22      of consistency with the outdoor samples

23      as well as the variety of wall samples

        ***UNCERTIFIED ROUGH DRAFT COPY***

                                              147

        ***UNCERTIFIED ROUGH DRAFT COPY***

1       and the contributaries to explain the

2       elevation.

3   Q.  Well, here's my point.  You've got five

4       lab tests and only four in your chain

5       of custody.

6   A.  Correct.  That means the lab provided

7       the -- that was a laboratory-provided

8       blank.

9   Q.  Did you find any walls that were soft

10      to the touch in this home?

11  A.  Yes.  I noted the medium range, ten to

12      a hundred square foot, being soft and

13      one to ten square foot of visible mold.

14  Q.  But that was in your interview section;

15      right?

                    Page 120

982parks.rough depo.txt

16  A.  No.  That's problems noticed.

17      That's -- that was -- that was below

18      the customer interview section.  But

19      that's where I walked through and

20      actually looked.

21  Q.  Which walls?

22  A.  I didn't note specifically which ones

23      were soft and which ones were not.

        ***UNCERTIFIED ROUGH DRAFT COPY***

                                        148
            ***UNCERTIFIED ROUGH DRAFT COPY***

 1  Q.  So sitting here today, you don't know

 2      which of the walls were soft?

 3  A.  No.  I couldn't specifically point out

 4      which ones.

 5  Q.  Now, you only indicated one to ten

 6      square foot of visible mold.

 7  A.  That's correct.

 8  Q.  Is that on the inside of the house, the

 9      inside of the wall, outside of the

10      house?  Where did you indicate that?

11  A.  Correct.  And that visible mold that I

12      indicated was -- what I assume to be

13      mold from all the bumps on the wall,

14      that was in several locations at those

15      bumps.

16  Q.  Where specifically? because I want to

17      go back out there and look at it.

18      Where specifically were the bumps?

19  A.  Two areas in the master bath, one on

20      the end wall one, one on a side wall,
                    Page 121

982parks.rough depo.txt

21    and then the third area, I believe, was

22    maybe -- I can't recall specifically,

23    but for some reason, I want to say it

***UNCERTIFIED ROUGH DRAFT COPY***

149

***UNCERTIFIED ROUGH DRAFT COPY***

1    was either in a living room or -- I

2    don't recall the -- I remember that --

3    seems like I remember there being three

4    specific areas.  I remember

5    specifically the two areas in the

6    master bathroom, one on the end wall

7    and one on the side wall.

8                    (Defendants' Exhibit #6 was

9                      marked for identification.)

10 Q.  I'm going to show you Exhibit #6.  This

11    is your sketch.  Do you see that?

12 A.  Yes, sir.

13 Q.  Would you take a pen and draw arrows

14    where I should look if I want to see

15    bumps on walls?

16                    (Witness complied.)

17 Q.  Now, you're drawing one in the master

18    bath.

19 A.  Uh-huh.

20 Q.  Would you put a little one next to that

21    and circle it?

22                    (Witness complied.)

23 Q.  Okay.  That's two.  All right.

***UNCERTIFIED ROUGH DRAFT COPY***

Page 122

982parks.rough depo.txt

150

***UNCERTIFIED ROUGH DRAFT COPY***

1  A.  Those are the two that I can

2     specifically recall.

3  Q.  And you have no pictures of those?

4  A.  No, sir, not that I can utilize now.

5  Q.  Let's go --

6  A.  I do have pictures, but I didn't put

7     them in my report and use them so . . .

8  Q.  Of the drivers we identified a little

9     while ago, negative pressure is not

10    playing a part in this home in your

11    judgment; correct?

12 A.  Correct.

13 Q.  So wind-driven rain, possible;

14    thermodynamics, possible; bulk water

15    leaks, possible.  Those are the range

16    of other drivers that we ought to

17    consider.

18 A.  That you listed, yes, sir.

19 Q.  And you never interviewed the homeowner

20    to know whether there were bulk water

21    leaks.

22 A.  Okay.  No, sir, because in my opinion,

23    when I investigated the house and found

***UNCERTIFIED ROUGH DRAFT COPY***

151

***UNCERTIFIED ROUGH DRAFT COPY***

1     the consistency of the elevated

2     moisture all the way around the

3     perimeter of the house, typically a

Page 123

982parks.rough depo.txt

```
 4    water leak is isolated to certain areas
 5    or general area.  If I would have found
 6    elevated moisture in isolated areas,
 7    then I would have looked more to the
 8    bulk water leak than I did the
 9    condensation issue.
10 Q. The mold sampling you did, does it
11    establish whether the mold was active
12    or old mold?
13 A. No, sir.
14 Q. So it's possible that if you found the
15    presence of mold spores in the walls,
16    it could be, if there was a water leak,
17    from water, in a bulk water context.
18 A. Are we speaking specifically about the
19    air samples or the bulk samples that I
20    took as well?
21 Q. Well, take them one at a time.  The air
22    samples.
23 A. Okay.  And ask that question again.
```

***UNCERTIFIED ROUGH DRAFT COPY***

□

152

***UNCERTIFIED ROUGH DRAFT COPY***

```
 1    I'm sorry.
 2 Q. You said you don't know whether the
 3    mold is active or old.
 4 A. It doesn't tell us if it's viable or
 5    nonviable; that's correct.
 6 Q. And you would agree that if there's
 7    testimony and evidence in this case
 8    that there was a substantial water leak
```

Page 124

982parks.rough depo.txt

9    in the bathroom that permeated the

10   walls that that could have caused mold

11   in the walls, hypothetically speaking.

12 A.  Hypothetically speaking.  But also

13   because of the fact that I found

14   moisture elevated in those walls and

15   found the walls -- I would want to see

16   a test that says that it is nonviable

17   and that there's not viable mold

18   growing in there.

19 Q.  And to this point and because your

20   reports are now in, you don't know

21   sitting here today whether they're

22   viable or not.

23 A.  No, sir, I don't.


        ***UNCERTIFIED ROUGH DRAFT COPY***

153

        ***UNCERTIFIED ROUGH DRAFT COPY***

1 Q.  Which means you can't rule out prior

2    water damage.

3 A.  Not by the air -- well, no.  In my

4    opinion, I don't believe that to be the

5    case.  I didn't see the evidence.  The

6    evidence I did see showed the

7    consistent moisture all the way around.

8    And then with the bulk sampling, I

9    think it reiterated that -- that the

10   only two samples that came back clean

11   were samples that were taken from hot

12   closet areas, so --

13 Q.  What --

                    Page 125

982parks.rough depo.txt

14  A.  -- those temperature being higher.

15  Q.  What would a serious water leak to a

16      gypsum board do to the gypsum?  How old

17      would it affect it?

18  A.  Well, if it came from the ceiling, it

19      would leave a stain.  If it came -- if

20      it was a wall leak, now you're talking

21      about putting water into the wall which

22      raises the humidity level in the wall

23      cavity.  It wouldn't necessarily leave

           ***UNCERTIFIED ROUGH DRAFT COPY***

☐

                                              154
           ***UNCERTIFIED ROUGH DRAFT COPY***

 1      a visible stain.

 2  Q.  Have you ever seen a gypsum wallboard

 3      with, like, a watermark on it, you

 4      know, like a stain that goes three or

 5      four feet across?

 6  A.  Yes, sir.

 7  Q.  What is that caused from?

 8  A.  Typically, those kind of stains are

 9      more of a water-leak stain.

10  Q.  And you don't know whether this home

11      has any of those.

12  A.  I didn't -- I didn't see those when I

13      was there, no, sir.

14  Q.  If I can show you a picture of one in

15      this house, would that change your

16      analysis or your opinion in any way?

17  A.  No, sir.  You know, you're not going

18      to -- not unless that -- not unless

                    Page 126

982parks.rough_depo.txt

19  that water leak is consistent all the

20  way around the house.

21 Q. But relative to the mold testing you

22  did in that cavity, you don't think

23  that plays any part.

   ***UNCERTIFIED ROUGH DRAFT COPY***

               155

   ***UNCERTIFIED ROUGH DRAFT COPY***

 1 A. Oh, if there was a water leak in that

 2  cavity, then that -- that could

 3  theoretically, hypothetically, have

 4  played a -- that was why my

 5  recommendation was to go back and take

 6  the random samples from all the way

 7  around the house, a bulk sample from

 8  the gypsum itself.

 9 Q. But you still don't know whether it's

10  viable or not.

11 A. No.  But in order for that mold growth

12  to occur, in my opinion, based on my

13  experience -- and it's my opinion that

14  it's from the condensation problem

15  because of the improperly used vapor

16  barrier.

17 Q. Now, in your second report -- and we're

18  getting close to being done -- this is

19  the one you just generated from last

20  month's visit; correct?

21 A. Correct.

22 Q. You've got four slides that appear to

23  be borrowed from Mr. Conlin; correct?

      Page 127

982parks.rough depo.txt

***UNCERTIFIED ROUGH DRAFT COPY***

156

***UNCERTIFIED ROUGH DRAFT COPY***

```
 1  A.  Yeah, I think they did come from --
 2      from one of this -- one of his
 3      presentations, actually.  Those
 4      specific pictures were copied from that
 5      one.
 6  Q.  You know what a hyphae is, H-Y-P-H-A-E?
 7  A.  Yes, sir.
 8  Q.  What's a hyphae?
 9  A.  The hypha -- hypha/hyphae -- are the
10      little rootlike systems that grow out
11      from the mold and into the materials.
12  Q.  What's a mycelium?
13  A.  The mycelium is the -- the mycelium
14      fragments are typically where those
15      have broken off and looked for extended
16      moisture.  They -- they actually form,
17      like, a matting over the materials.
18  Q.  Did you see any evidence of hyphae or
19      mycelium in this --
20  A.  That cannot always be seen by the eye.
21      But I saw a lot of -- a lot of stuff
22      that looked like mold growth, and
23      that's why I cut it out and had it
```

***UNCERTIFIED ROUGH DRAFT COPY***

157

***UNCERTIFIED ROUGH DRAFT COPY***

```
 1      sampled.
 2  Q.  Well, I guess my questions is -- you've
```

Page 128

982parks.rough depo.txt

```
 3      got pictures of hyphae and mycelium.
 4      My question is, do you have any
 5      photographic evidence that there's
 6      hyphae or mycelium --
 7  A.  No.  These --
 8  Q.  -- in this wall?
 9  A.  No, not photographic evidence.  The
10      purpose of this is to explain, as it
11      says, the four stages of mold growth
12      and why the lab tests for the things
13      that it tests for.
14  Q.  So what stage are we in, in your
15      judgment?
16  A.  Well, because you've got active mold
17      growth in there, I mean, we pulled air
18      samples that showed the -- the
19      considerably elevated spore counts.
20      And then from the samples of the
21      materials itself, they categorize it
22      light, moderate, heavy, and
23      different -- different areas.
```

***UNCERTIFIED ROUGH DRAFT COPY***

158

***UNCERTIFIED ROUGH DRAFT COPY***

```
 1  Q.  Hang on a second.  I'm confused.  You
 2      just told me a minute ago that you
 3      don't know whether any of this mold is
 4      actually viable.
 5  A.  That's correct.  I don't know
 6      definitively because I didn't do viable
 7      testing.  My opinion is that it is,
```

Page 129

982parks.rough depo.txt

 8      because of the fact we had moisture

 9      present and the lab samples show that

10      the mold is there.  So --

11  Q.  But you haven't tested for it, so you

12      can't say authoritatively.

13  A.  That's -- I've said that before.  Yes,

14      sir.

15  Q.  So which stage are we in -- one, two,

16      three, or four?

17  A.  Where at?

18  Q.  Well, I mean, you walk me through the

19      building.  If you think it's different

20      in different places, tell me.

21  A.  Well, I believe that the mold growth is

22      occurring in different stages all the

23      way through the building.

        ***UNCERTIFIED ROUGH DRAFT COPY***

                                              159
        ***UNCERTIFIED ROUGH DRAFT COPY***

 1  Q.  Well, where is the --

 2  A.  I didn't identify each specific stage

 3      at each specific point.  My -- my

 4      purpose of testing was to establish

 5      that there was growth in the materials.

 6  Q.  My point is, you just stuck this in

 7      your report, but you don't tie these

 8      slides to anything that's data in your

 9      report.

10  A.  I disagree.

11  Q.  Where is there Stage 4 mold growth in

12      this home?

                    Page 130

982parks.rough depo.txt

13  A.  Okay.  Stage 4 mold growth is where the
14      spores are released.  We have air
15      sampling that shows elevated spore
16      counts.  Back up to Stage 3.  Stage 3,
17      shows the hypha, in both the air
18      sampling and the -- or the mycelia --
19      are -- they've sampled for that in the
20      mycelia fragments and the -- the
21      samples in this screening and in the
22      air samples.  So my purpose for putting
23      that in there is to explain the stages

***UNCERTIFIED ROUGH DRAFT COPY***

160

***UNCERTIFIED ROUGH DRAFT COPY***

1       of mold growth, where it comes out, and
2       then how that ties in to the sampling
3       and what was found.
4   Q.  What's a conidia?
5   A.  The conidia is the stalk, the stalk
6       that the mold spores are released from.
7   Q.  And you think this is Stage 4 all over
8       the building?
9   A.  You're putting words in my -- as I
10      said, yes.  I mean, I -- we have got
11      elevated air samples; we've got
12      moisture in the walls.  So yes, I
13      believe we have mold actively growing
14      in the walls.
15  Q.  Is it your --
16  A.  That's my opinion.
17  Q.  -- opinion that you have Stage 4 mold
                        Page 131