982parks.rough depo.txt

2  Q.  And the intent of your presentation to
3      the consensus committee, if you're
4      given that opportunity, is to create a
5      geographical restriction to the
6      application of (b)(1) walls.
7  A.  Simply -- simply as an exemption that
8      (b)(1) should not be utilized in areas
9      identified as (b)(4).  (B)(4) was
10     offered as an alternative to (b)(1);
11     therefore, it doesn't make sense that
12     both options would be proper.
13 Q.  So you want the code to change so that
14     you can't build a (b)(1) wall in the
15     humid and fringe-zone climate.
16 A.  I believe that would be the proper
17     thing to do, yes, sir.
18 Q.  And until that change happens, it's
19     still okay to build one there, by code.
20 A.  By code.  If they're silly enough to
21     keep doing it, then I guess so.
22 Q.  Now, page 1 of your report, this is
23     just technical data it spits out.  You

          ***UNCERTIFIED ROUGH DRAFT COPY***

                                            183
          ***UNCERTIFIED ROUGH DRAFT COPY***
1      said the home is rated for 2.3, but
2      it's three-ton, so it's --
3  A.  Three --
4  Q.  -- a little bit oversized.
5  A.  Three and a half, yes.
6  Q.  Three and a half.  Okay.  So it's 1.2
                  Page 150

982parks.rough depo.txt

```
 7        tons more.
 8   A.   Right.  But you can't -- you can't
 9        actually put that specific size on
10        there.  The closest you could get to it
11        would be a two and a half ton by that,
12        but there are other considerations that
13        have to be taken into effect other than
14        just that size.  In other words, the
15        other consideration is how much air do
16        you have to move to each room and then
17        what size ductwork are you going to
18        use.  This load calculation is only a
19        portion of what has to be done to
20        determine the proper size air
21        conditioner for this house.
22   Q.   Hypothetical, if you got hired to buy
23        and install an AC unit on the Murphy
```

***UNCERTIFIED ROUGH DRAFT COPY***

⬜

                                              184
       ***UNCERTIFIED ROUGH DRAFT COPY***

```
 1        home, what would be the optimal size,
 2        in your judgment, that should be
 3        installed?
 4   A.   Based on the duct system -- the duct
 5        system of this home was built to have a
 6        capacity of 57,000 BTUs, which means we
 7        have a -- have a much more -- a much
 8        bigger duct system put in by the
 9        manufacturer than was actually needed.
10        I believe I would still recommend the
11        three and a half ton, because you have
```
                     Page 151

982parks.rough depo.txt

12    to find a balance between what the
13    manufacturer put in there for the duct
14    system and what your AC sizing is.
15    Now, hypothetically, in a perfect
16    world, I would have liked to see the
17    manufacturer do the load calculations
18    and use the right size duct so that you
19    could possibly downsize to a three-ton
20    unit.
21  Q.  But this home's not defective as a
22    result of the ductwork.
23  A.  No.  I just don't think it's optimum.

        ***UNCERTIFIED ROUGH DRAFT COPY***

                                            185
        ***UNCERTIFIED ROUGH DRAFT COPY***
 1  Q.  In terms of noncompliance, defect,
 2    serious defect, and imminent safety
 3    hazard, are you rendering any opinion
 4    that this home qualifies under any of
 5    those categories?
 6  A.  I was -- that's -- it's my opinion that
 7    that will be left up to the courts.
 8  Q.  Well, is it fair to say that's not in
 9    your report and you're not prepared to
10    make those opinions at trial?
11  A.  I can make my opinions as to what I
12    believe is happening.  But as far as
13    specifically stating, I've not
14    specifically stated in my report
15    whether it's considered to be imminent
16    safety hazard, serious defect, you
                Page 152

982parks.rough depo.txt

17     know --

18  Q.  Well, I don't mean to fuss at you.  But

19     my only reason for asking you that is I

20     want to make sure at trial that that's

21     not going to change.

22  A.  Right.  I say it's improper -- like I

23     said in the other ones, if I'm asked a

***UNCERTIFIED ROUGH DRAFT COPY***

186

***UNCERTIFIED ROUGH DRAFT COPY***

1     personal opinion, you know, I believe

2     it is at least a violation from

3     noncompliance because of 303.  I mean,

4     it's not -- it's not providing that

5     durable wall structure.

6  Q.  So this home is noncompliant under 303,

7     in your judgment.

8  A.  At least, yes, sir.

9  Q.  Now, let's turn -- the next page, you

10     have a floor plan, which I guess is a

11     rendering your program did.

12  A.  Correct.

13  Q.  Not necessarily to scale, but it just

14     sort of lays out the bedrooms.

15  A.  It actually -- it is to scale.

16  Q.  Okay.  And then the next page, you've

17     got some heating and cooling equipment

18     data there.  And then you have by room.

19     And what is all this data indicating?

20     What are you looking for and indicating

21     here?

Page 153

982parks.rough depo.txt

22  A.  What it tells us there is what the CFM

23      requirement is for that room to get the

***UNCERTIFIED ROUGH DRAFT COPY***

187

***UNCERTIFIED ROUGH DRAFT COPY***

1       air changes per hour that we need to

2       maintain an even temperature throughout

3       the house.

4   Q.  And do you find that this home is

5       consistently within your tolerances?

6   A.  Consistently within my tolerances?

7   Q.  Did you see a problem here?  I don't

8       know how to ask it.  But --

9   A.  Yeah.

10  Q.  -- do you see a problem here?

11  A.  Well, based on the fact that the

12      homeowner says they didn't note any

13      areas of discomfort, then no, I didn't

14      go into completely investigating that.

15      My notes, I think you see there on the

16      side, were simply where I had written

17      down, you know, again, in that perfect

18      world, what I would have utilized if

19      the proper ductwork would have been

20      able to be run and what size unit that

21      I would have recommended.

22  Q.  What do these numbers on the right

23      indicate?  Like, for example, six to

***UNCERTIFIED ROUGH DRAFT COPY***

188

982parks.rough depo.txt
***UNCERTIFIED ROUGH DRAFT COPY***

1        110, what does that mean?

2   A.   Yeah.  The -- I would have -- in,

3        again, perfect world hypothetically, if

4        you could run the proper size ductwork,

5        a six-inch flex duct would have been

6        the proper size for that room.  Five

7        inch on five inch, seven inch, two six

8        inches, that's what those numbers --

9        the numbers on the right would have

10       been the approximate air flow out of

11       those vents, totaling that up to see

12       what the total CFM requirement would

13       have been versus what our units are

14       capable of.  Again, that was

15       hypothetical.  That doesn't --

16  Q.   Okay.  But fair to say this page of

17       your report doesn't indicate any

18       problem with the home?

19  A.   No.  I don't think it had any bearing

20       on the --

21  Q.   And the next page, same answer?

22  A.   Right.  Those are just totals from the

23       front.

        ***UNCERTIFIED ROUGH DRAFT COPY***

                                            189
        ***UNCERTIFIED ROUGH DRAFT COPY***

1   Q.   Building duct leakage test, goes on for

2        two pages, which is the next area of

3        your report.

4   A.   Correct.

                Page 155

982parks.rough depo.txt

```
 5  Q.  What's the percentage duct leakage in

 6      this home?

 7  A.  That's the building leakage test.

 8  Q.  Okay.  We haven't gotten to the -- do

 9      you have a duct leakage test?  I don't

10      see one.

11  A.  No, I do not have -- it's in my notes,

12      but I didn't print out a --

13  Q.  What is the duct leakage in this home?

14  A.  The duct leakage in this home -- let me

15      go back to my notes -- was

16      approximately 30 CFM on the total.  It

17      was so low to the outside, I couldn't

18      get a reading.  So that was very

19      minimal.

20  Q.  Do you have notes -- I don't think I

21      have that.

22  A.  Yeah.  This is the exhibit right here

23      (indicating).
```

***UNCERTIFIED ROUGH DRAFT COPY***

190

***UNCERTIFIED ROUGH DRAFT COPY***

```
 1  Q.  Yeah.  And I've got the same one here.

 2      Where is the notes you're looking at?

 3      I don't see any handwritten --

 4  A.  The very back.  Start from the back and

 5      come five backs toward.  Bingo.

 6  Q.  And what's the duct leakage?

 7  A.  Total -- 30 CFM was the total duct

 8      leakage tested.

 9  Q.  How do you rate that?
```

Page 156

982parks.rough depo.txt

10    A.    That would be excellent.

11    Q.    Would that be Energy Star good?

12    A.    Oh, absolutely.

13    Q.    I'm used to people talking in terms of

14          3 percent, 5 percent.  How would you

15          equate 30 CFM?

16    A.    Oh, well less than 3 percent, I would

17          think.

18    Q.    So you're well-satisfied with the

19          integrity of the ducts.

20    A.    Yes.

21    Q.    All right.  Is there anything in these

22          notes, other than the mold testing,

23          which we've talked extensively about,

***UNCERTIFIED ROUGH DRAFT COPY***

191

***UNCERTIFIED ROUGH DRAFT COPY***

1     is there anything in these notes which

2     indicate to you a problem with this

3     building other than the mold testing,

4     in this exhibit?

5     A.    Contributing to the problems that are

6           in the wall?

7     Q.    Yeah.

8     A.    No, sir.  I think -- I think everything

9           as far as the performance of the

10          building was very well.

11    Q.    Now, had you found significant duct

12          leakage, would your opinion change to

13          indicate that the duct leakage was

14          causing a problem in the walls?

Page 157

982parks.rough depo.txt

15  A.  I would have said that it was

16      escalating the problem in the walls.  I

17      would have expected duct leakage to

18      make the problem worse.

19  Q.  Do you have any judgment as to -- let's

20      identify two drivers, the negative

21      pressure caused by duct leakage and the

22      Second Law of Thermodynamics, which as

23      you described causes greater energy to

        ***UNCERTIFIED ROUGH DRAFT COPY***

                                              192
        ***UNCERTIFIED ROUGH DRAFT COPY***

1       travel to areas of lower energy.  Have

2       I said that right?

3   A.  Correct.

4   Q.  Can you tell me or refer me to any

5       scientific authoritative guide or

6       treatise which would tell us, generally

7       speaking in the building science world,

8       which of those two drivers from an

9       apportionment or percentage standpoint

10      controls the building?  In order words,

11      is one 50 percent and the other 50

12      percent?  Is it 10 percent/90?  Do you

13      have any judgment on that?

14  A.  No, sir.  It's -- no, sir.

15  Q.  If this had, hypothetically speaking,

16      25 percent duct leakage, okay, how much

17      of the problem would you attribute to

18      that aspect?

19  A.  Well, the -- the -- the -- I don't --

982parks.rough depo.txt

```
20        well, we're hypothetical here.  But --
21  Q.  Yeah.
22  A.  -- I don't know that I can say that 90
23        percent -- I mean, that 90 percent of
```

***UNCERTIFIED ROUGH DRAFT COPY***

193

***UNCERTIFIED ROUGH DRAFT COPY***

```
 1        the mold growth is because there's a
 2        vinyl-covered wallboard here and 10
 3        percent of that that's made worse by
 4        the duct leakage.  I don't think I
 5        could do that.
 6  Q.  So of the drivers you've identified,
 7        you cannot analyze or apportion
 8        causation among them.  Is that a fair
 9        statement?
10  A.  The fair statement would be the
11        vinyl-covered wallboard is the problem.
12        That is the problem itself; that's the
13        root cause.  And then if hypothetically
14        there were duct leakage or other stuff
15        like that, I don't know that there's a
16        way to proportion.  I've never seen
17        that done.
18  Q.  And you can't do it.
19  A.  I'm not aware of it being able to be
20        done and I can't do it, no, sir.
21  Q.  You've seen walls in the field, not
22        necessarily Southern Energy.  I'm just
23        talking about generally speaking.
```

***UNCERTIFIED ROUGH DRAFT COPY***
Page 159

982parks.rough depo.txt

194

\*\*\*UNCERTIFIED ROUGH DRAFT COPY\*\*\*

1       You've seen really bad walls in the
2       field where the actual gypsum is mush.
3   A.  Yes, sir, I have.
4   Q.  Where you can stick your finger through
5       the gypsum, leave a mark, put your
6       finger hole through it.
7   A.  Yes, sir, I have.
8   Q.  Would you agree with me that homes that
9       display that level of failure,
10      generally speaking, have evidence of
11      substantial negative pressure
12      associated with them?
13  A.  I've seen them with and without.
14      The -- the primary -- the biggest issue
15      is the temperature which the home is
16      being kept.  The colder the
17      temperature, the more prevalent the
18      problem is going to show up.  And
19      then -- but I've seen houses that were
20      kept at 75, 76, 78 even, but they had
21      significant negative pressure where the
22      problems were not to that level.  But I
23      think it's a matter of temperature and

\*\*\*UNCERTIFIED ROUGH DRAFT COPY\*\*\*

195

\*\*\*UNCERTIFIED ROUGH DRAFT COPY\*\*\*

1       time.
2   Q.  But would you agree that substantial
3       negative pressure shortens the time
                        Page 160

982parks.rough depo.txt

4       envelope?
5   A.  Oh, yes, I would definitely agree that
6       substantial negative pressure makes it
7       worse.
8   Q.  Now, the humid and fringe zone climate
9       actually begins somewhere in Montgomery
10      County.  Do you agree with that?
11  A.  I've not examined it that close, so I
12      really don't know.
13  Q.  The humid and fringe zone climate in
14      Alabama is a latitude that kind of
15      splits the state somewhere in half or
16      in thirds.  It runs east to west like a
17      latitude line on a map; right?  It's
18      not perfectly straight but, I mean, it
19      cuts across the state this way
20      (indicating).
21  A.  It's identified county by county.
22  Q.  Right.
23  A.  So whatever the geographical line of

        ***UNCERTIFIED ROUGH DRAFT COPY***

                                              196
        ***UNCERTIFIED ROUGH DRAFT COPY***
1       that county is.
2   Q.  All right.  What I'm trying to see if
3       you'll agree with me on is that we're
4       at the very edge of the fringe climate
5       in Montgomery.  There is no county more
6       northern than this that even falls
7       within the humid or fringe zone
8       climate.
                    Page 161

982parks.rough depo.txt

```
 9  A.  I've not researched that, but if you
10      say so, I'll take your word for that
11      one.
12  Q.  My point is, is would you agree with me
13      that if we move this house twenty miles
14      up the road to the next county -- let's
15      say we put it in Prattville.
16              MR. SIMPSON:  Lance, is
17                  Prattville in Montgomery
18                  County?
19              MR. GOULD:  It is not.
20              MR. SIMPSON:  What county is
21                  that?
22              MR. GOULD:  It's Elmore.
23              MR. SIMPSON:  Elmore.
```

***UNCERTIFIED ROUGH DRAFT COPY***

197

***UNCERTIFIED ROUGH DRAFT COPY***

```
 1              MR. GOULD:  I'm sorry.
 2                  Autauga.
 3  Q.  Autauga County.  Let's look here in the
 4      book here for a second.  I don't know
 5      if I have the current one.
 6              Hypothetically, if Autauga is
 7      not on the list of fringe or humid
 8      climates and the house was in Autauga
 9      County, would the Murphies have a case?
10  A.  I don't know what determines them
11      having a case.  I can tell you that --
12      that elevation is the primary factor,
13      so you may have some areas within an
```

Page 162

982parks.rough depo.txt

14    independent county that actually have a

15    higher elevation that are going to have

16    lesser exposure to that high humidity

17    and you may go into other counties

18    that -- that may have lower elevations

19    that may have similar situations.

20    So --

21  Q.  But you're not looking at any houses

22    for the Beasley firm that are outside

23    the humid and fringe zone climates?

      ***UNCERTIFIED ROUGH DRAFT COPY***

                                         198
      ***UNCERTIFIED ROUGH DRAFT COPY***

1  A.  I look at the houses that they send me.

2    I don't identify what county they're in

3    or if that's in the --

4  Q.  Could you tell me --

5  A.  -- proper county.  So I really --

6    again, they give me the house and I go

7    and inspect it and I tell them what I

8    find.

9  Q.  All right.  Let's take the same Murphy

10    home.  At what point in geography does

11    the Murphy home become a good home or

12    an acceptable home?  How far north do

13    you have to move it before it's okay?

14  A.  In my opinion, out of -- this is my

15    personal opinion -- out of Thermal

16    Zone 1, what's identified by HUD as

17    Thermal Zone 1.

18  Q.  All right.  So Thermal Zone 1 ends at
                    Page 163

982parks.rough depo.txt

19    the Alabama/Tennessee boarder.

20  A.  Correct.

21  Q.  So if this home moves over into

22    southern Tennessee, you're okay with

23    it?

***UNCERTIFIED ROUGH DRAFT COPY***

199

***UNCERTIFIED ROUGH DRAFT COPY***

1  A.  I think you -- I think your margin of

2    error increases greatly and I -- I --

3    about as far north as I've ever seen a

4    home with this problem, I really -- I

5    can't recall.  I'm thinking maybe -- in

6    Mississippi, I remember going on one in

7    Columbus, Mississippi, but there were

8    some -- you know, that house has a

9    tremendous amount of duct leakage and

10    stuff and some other factors.

11  Q.  In your --

12  A.  But --

13  Q.  In your pitch to HUD, the consensus

14    committee that we've discussed, are you

15    advocating the abolition of (b)(1)

16    homes in Thermal Zone 1 or just in the

17    humid and fringe zone climate?

18  A.  No.  For the purpose of being able to

19    get this standard to where -- to where

20    I feel it has the most likely

21    opportunity to get past, was to exempt

22    it from the areas that have already

23    been identified as the hot, humid

Page 164

982parks.rough depo.txt

***UNCERTIFIED ROUGH DRAFT COPY***

200

***UNCERTIFIED ROUGH DRAFT COPY***

```
 1      climate in (b)(4).  In -- in
 2      establishing -- in establishing the
 3      opportunity to have that code change,
 4      you -- even though I may like an even
 5      higher fudge factor -- I'd like to get
 6      it further north.  If I had it my way,
 7      I would -- you know, I would probably
 8      like to see them go all the way to
 9      Thermal Zone 1.  But the likelihood of
10      that happening, I think, is very slim,
11      whereas we already have (b)(4) that has
12      identified -- they've agreed is a
13      problem area and --
14  Q.  But here is my point.  The way you're
15      currently formulating your proposal to
16      HUD, you want manufacturers to stop
17      building (b)(1) walls in the humid and
18      fringe zone climate.
19  A.  That's correct.
20  Q.  And it would be acceptable under your
21      current proposal to HUD for a
22      manufacturer to build a (b)(1) wall in
23      other than the humid and fringe zone
```

***UNCERTIFIED ROUGH DRAFT COPY***

201

***UNCERTIFIED ROUGH DRAFT COPY***

```
 1      climate.
```

Page 165

982parks.rough depo.txt

2  A.  It's still has to perform.  It still

3      has to -- you know, you take that home

4      and you -- and it doesn't work, then

5      there are still issues, I think, that,

6      just because you complied with that

7      prescriptive statement, I do not

8      believe relieves the manufacturer of

9      the right of doing -- the

10     responsibility of doing it right.

11 Q.  Oh, I understand.  But you're just --

12     from just a code standpoint, you just

13     want to outlaw (b)(1) just across the

14     board in the humid and fringe zone

15     climate.

16 A.  That's what I've suggested, yes, sir.

17 Q.  If I wanted to get what you're actually

18     sending to HUD -- have you actually

19     sent it to them?

20 A.  Yes.  I've already submitted to NFPA.

21 Q.  What is that document called that

22     you've submitted?

23 A.  The proposal, HUD change --

***UNCERTIFIED ROUGH DRAFT COPY***

202

***UNCERTIFIED ROUGH DRAFT COPY***

1      manufactured housing -- I'll be glad to

2      give you a copy of it.  I mean, it's

3      published out there now.  I have no

4      problem with it.

5              MR. SIMPSON:  Can you --

6              MR. GOULD:  What's it

Page 166

982parks.rough depo.txt

```
 7                       called?

 8              THE WITNESS:  It's the --

 9              MR. GOULD:  I'll just say

10                   your HUD proposal.

11              THE WITNESS:  Proposal

12                   change.  HUD code

13                   proposal change.

14   A.   I'm drawing a blank on what the title

15        of it was.

16   Q.   Is this that study you did, removing

17        the barriers?

18   A.   There's a two-page submission form that

19        has to go with that.  But yes, I've

20        submitted that full copy and then I'm

21        submitting -- I've already talked to

22        them and I'm going to submit them

23        twenty more copies of it, full-color
```

***UNCERTIFIED ROUGH DRAFT COPY***

                                                        203
***UNCERTIFIED ROUGH DRAFT COPY***

```
 1        copies, so that they can distribute

 2        that to the members.  But there is a

 3        proposal form that had to be submitted,

 4        and December 1st was the deadline for

 5        submission.  And it was submitted last

 6        week.

 7   Q.   Yeah, if I can get -- I think Greg and

 8        I would both like to get a copy of

 9        that.

10   A.   Yeah.

11   Q.   I'd like to see it.  Are you on the
```

Page 167

982parks.rough depo.txt

12      agenda right now, the consensus --

13  A.  Not as of yet.  I know that there are

14      people lobbying for that, but --

15  Q.  who is lobbying for it at this point?

16  A.  To my knowledge, Michael Lubliner at

17      the University of Washington is the one

18      who -- who's recommended and asked if I

19      would be willing to do it, and I said

20      absolutely.  And then Joseph Lstiburek

21      said he --

22  Q.  what is your --

23  A.  -- would like to be part of that.

        ***UNCERTIFIED ROUGH DRAFT COPY***

                                                204
        ***UNCERTIFIED ROUGH DRAFT COPY***

1   Q.  -- connection with Dr. Lubliner?  Is

2       that his name?

3   A.  Yeah.  Michael Lubliner.  He's at the

4       at the University of Washington.  We

5       served on the NFPA mechanical committee

6       back in 2000 or so, so I knew him from

7       there.  And then I guess over the last

8       couple of years, I've seen him up at

9       the building science symposium in --

10  Q.  Y'all are acquaintances or friends

11      or --

12  A.  Acquaintances, yeah, acquaintances.

13      But I've not --

14  Q.  Is he lobbying for a similar change in

15      the Northwest climate where they have

16      moisture issues?

                    Page 168

982parks.rough depo.txt

17  A.  I'm not sure. I don't know.  I'm not
18      familiar with that.  I know he --
19      his -- his primary deal over the last
20      couple of years -- well, he's worked on
21      a lot of different stuff, so I don't --
22      I can't say what his primary . . .
23  Q.  Now, you're not making any kind of

        ***UNCERTIFIED ROUGH DRAFT COPY***

                                            205
        ***UNCERTIFIED ROUGH DRAFT COPY***
1       valuation opinions in this.  You're not
2       saying what the home's worth or what
3       it's going to cost to fix it?
4   A.  No.  No, sir.
5   Q.  You're not making any recommendations
6       on repairs; you're just identifying
7       what you think is wrong with the home;
8       is that correct?
9   A.  Yes, sir, that's correct.
10  Q.  And you don't have any independent
11      setup opinions of the home?
12  A.  No, sir.
13              MR. SIMPSON:  I think that's
14                  it.  Let me talk to my
15                  colleague here, and
16                  we'll step out just a
17                  second.
18          (Brief recess)
19              MR. SIMPSON:  Thank you.
20
21      *    *    *    *    *    *    *    *
                Page 169

982parks.rough depo.txt

```
22                FURTHER DEPONENT SAITH NOT

23        *    *    *    *    *    *    *    *
```

***UNCERTIFIED ROUGH DRAFT COPY***