# Healthy Homes of Louisiana, llc
## PO Drawer 3127
## West Monroe, La. 71294

318-397-1974        Fax 318-397-2123        Bobby@Parksmobileair.com

Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Mr. Lance Gould
218 Commerce Street
Montgomery, AL 36104

re: inspection of the Southern Homes factory built
home belonging to the Kelly Murphy family.

### Summary

An inspection was completed at the home of Kelly Murphy,
Southern Homes serial number DSAL-38810 A/B, located Montgomery,
Al on 05-22-2006. The purpose of this inspection was to
investigate concerns of possible structural issues within the
home. These issues included;

1) Elevated moisture content within the perimeter walls causing
structural softening and deflections.
2) Possible fungal-like growth within the home.


The following conclusions are based on information gathered
from this investigation. This home was found to have the
following wall construction issue causing moisture accumulation,
structural deterioration and mold growth.

Improper application of the wall construction standards.
Does not concur with basic engineering practices or meet the
prescriptive standards which requires *"home producers in
assuring that homes built and sited in humid and fringe climates
are durable and free of moisture-related problems."
*24 CFR Part 3280 [Docket No. FR-4578-F-02]  / 3280.504(b)

1

EXHIBIT

tabbies®

## Conclusion

The previously stated problem has created extremely moist conditions within the perimeter walls. This moisture has caused structural deterioration and created fungal growth within the wall structure. Due to this inappropriate wall design being utilized within the geographical location of this home, the conditions will only worsen with time and eventually render the home unfit for it's intended purpose. Remediation of this home should be performed by licensed professionals in order to preserve structural integrity and prevent any further occupant exposure.
(SEE FUNGAL SAMPLE REPORT)


Further details are contained within the entirety of this report

*Healthy Homes of Louisiana, llc*
*Robert Parks, mm*

2

# WALL CONSTRUCTION ISSUE

Improper application of the wall construction standards. Does not concur with basic engineering practices or meet the prescriptive standards which requires *"home producers in assuring that homes built and sited in humid and fringe climates are durable and free of moisture-related problems."

*24 CFR Part 3280 [Docket No. FR-4578-F-02] / 3280.504(b)



**Figure 1** 3280.504(b)(1) which is the wall structure utilized within the this home.



**Figure 2** 3280.504(b)(2) is a wall standard which would be suitable to meet the prescribed requirements of the Manufactured Home Construction and Safety Standards.

Figure 1 depicts the wall standard which was found to be utilized in the construction of the Murphy's home. This standard requires *"a vapor barrier not greater than 1 perm (dry cup method) installed on the living space side of the wall"*. This wall construction offers little resistance to the moisture laden outdoor air found within the "Hot Humid"/"Fringe" climates, yet requires an almost completely restrictive barrier on the cold indoor side (a.k.a. *"living space side"*) of the wall structure. This serves to trap the moisture within the wall cavity area and cause "cold in summer" side of the wall to condensate much like a "glass of ice tea in the summertime".

This moisture then becomes the source for the fungal growth which occurs. Because of the severe climate conditions of the south, this scenario usually occurs from early May through September. This prolonged exposure to moisture can and has caused premature deterioration of the wall structure. Typical moisture content within the interior partition walls of this home were in the 10% -12% range. Consistent readings within the Murphy's perimeter gypsum walls were in the 25%-40% range.



**Figure 3** One of several areas where mold growth was suspect was in the master bath exterior wall.



**Figure 4** The red areas were found to be areas of air infiltration.



**Figure 5** An investigation of the backside of the gypsum board revealed extensive fungal like growth.

4

## Other noted areas



**Figure 6** Exterior bedroom wall.



**Figure 7** The warmer areas where air /heat infiltration are occurring highlight themselves in the yellow to red colors.



**Figure 8** Mating line connection where the two sections of the home are connected.



**Figure 9** Several areas along the mating connection were noted to have air infiltration as well.

*Noted residual issue;
Slight pressure imbalance
caused by an improperly connected ventilation system -
Sec.3280.103(b)(3)



**Figure 10**

The Manufactured Home Construction and Safety Standard (known as the HUD code) is very prescriptive as to the type of ventilation system which is to be utilized when a home is placed within the Southern climate denoted as "Thermal Zone 1".

Specifically; **Sec. 3280.103 Light and ventilation.(b)**(3) In Part:. *The ventilation system or provisions shall not create a positive pressure in Uo value Zones 2 and 3 or a negative pressure condition in Uo value Zone 1.*

This standard indicates that the ventilation system should be designed to "induce" air into the home as depicted by the red arrows within Figure 10. Without this type of ventilation system, the home will experience a "negative pressure" event, with even the slightest amount of duct leakage.(depicted in Figure 11)



**Figure 11**



**Figure 12**

The ventilation system within the Murphy home has been installed in an inappropriate manor which hinders its effectiveness.

6

## FUNGAL SAMPLE REPORT

\* Initial air sampling has prescribed a need for additional evidence to be retrieved from the home. After defense inspection has been completed, large samples of gypsum board, from various locations, will be removed and sampled for fungal growth

**Points of reference;**

**1. Contamination levels of non-specific toxic or allergenic fungal spores.** Mold contamination is considered present in a building when the total mold spore concentration per cubic meter is above **10,000. (*Baxter, ETS*).**

**2.** *The National Allergy Bureau* considers mold counts in air of 0 - 900 as low, 900 to 2500 as moderate, 2500 to 25,000 as high, and **above 25,000 as very high.** At "high" levels most individuals with any sensitivity will experience symptoms. Acceptable levels for individual species vary since species toxicity varies widely as does spore size, weight, and other features which affect risk to building occupants.

A total of 4 air samples were retrieved from the Murphy's home. The locations were as follows:

Outdoor air sample
#10986844

Master bath w/c
#10986827

| br 2 | fyr | ul | clst | mst br | mst bth |
|------|-----|-----|------|--------|---------|

| br 3 | bth 2 | LR | kitchen |
|------|-------|-----|---------|

End br w/c

Front door w/c

7

#8925872                              #10986800

| Acremonium-like | <1 | <22 | NA |
| Alternaria | 2 | 44 | 1 |
| Ascospores | 7 | 156 | 3.3 |
| Aspergillus/Penicillium-like | 19 | 422 ⟷ | 9 |
| Basidiospores | 99 | 2200 | 47.1 |
| Bipolaris/Drechslera | <1 | <22 | NA |
| Chaetomium | <1 | <22 | NA |
| Cladosporium | 64 | 1422 | 30.5 |
| Curvularia | 1 | 22 | 0.5 |
| | | | % |

**Figure 14** Exert from outdoor air sample# 10986844

An indication of fungal growth observed from the sampling;

Aspergillus/Penicillium, was found to dominate some of the samples by 98%-99% respectively. This was not found to be the case within the outdoor sampling. The outdoor sample was extremely diversified, as would be expected. (See Figure 14 above)

| Aspergillus/Penicillium-like | 19000 | 1266667 ⟷ | 99.3 |
| Basidiospores | 10 | 667 | <0.1 |
| | | | % |

**Figure 15** Exert from wall cavity sample # 10986800

| Aspergillus/Penicillium-like | 1500 | 100000 ⟷ | 98.1 |
| Basidiospores | 1 | 67 | 0.1 |
| | | | % |

**Figure 16** Exert from wall cavity sample # 10986827

8

9

Mr. Bobby Parks
Healthy Homes of LA, LLC
P.O. Drawer 3127
West Monroe, LA 71294

June 05, 2006

DOH ELAP# 11626              Account# 15609              Login# L134066

Dear Mr. Parks:

Enclosed are the analytical results of the samples received by our laboratory May 31, 2006. All test results meet the quality control requirements of AIHA and NELAC unless otherwise stated in this report. All samples on the chain of custody were received in good condition unless otherwise noted.

Results in this report are based on the sampling data provided by the client and refer only to items tested. Unless otherwise requested, all samples will be discarded 14 days from the date of this report.

Please contact Client Services at (888) 432-5227, if you would like any additional information regarding this report.

Thank you for using Galson Laboratories.

Sincerely,

Galson Laboratories

F. Joseph Unangst
Laboratory Director

Enclosure(s)

page 1 of 6

Report Reference:1 Generated:05-JUN-06 14:38

# Galson
# Laboratories
6601 Kirkville Rd. E Syracuse, NY 13057

LABORATORY ANALYSIS REPORT

Client        : Healthy Homes of LA, LLC
Site          : Murphy
Project No.   : B A

Date Sampled   : 22-MAY-06                    Account No.: 15609
Date Received  : 31-MAY-06                    Login No.  : L134066
Date Analyzed  : 05-JUN-06                    Incubation Temp : NA

---

Client ID : 10986844        Lab ID : L134066-1        Air Volume : 0.045 m3
Analysis : Standard Spore Trap              Crowding Factor : 1

| Parameter | Total Count | Conc Count/m3 | Percent % |
|---|---|---|---|
| Mycelial Fragments | 8 | 178 | NA |
| Pollen | <1 | <22 | NA |
| Total Fungal Spores | 210 | 4667 | NA |
| ------------------- | | | |
| Acremonium-like | <1 | <22 | NA |
| Alternaria | 2 | 44 | 1 |
| Ascospores | 7 | 156 | 3.3 |
| Aspergillus/Penicillium-like | 19 | 422 | 9 |
| Basidiospores | 99 | 2200 | 47.1 |
| Bipolaris/Drechslera | <1 | <22 | NA |
| Chaetomium | <1 | <22 | NA |
| Cladosporium | 64 | 1422 | 30.5 |
| Curvularia | 1 | 22 | 0.5 |
| Epicoccum | <1 | <22 | NA |
| Fusarium | <1 | <22 | NA |
| Memnoniella | <1 | <22 | NA |
| Nigrospora | <1 | <22 | NA |
| Paecilomyces-like | <1 | <22 | NA |
| Pithomyces | <1 | <22 | NA |
| Rusts/Smuts | 3 | 67 | 1.4 |
| Scopulariopsis | <1 | <22 | NA |
| Stachybotrys | <1 | <22 | NA |
| Torula | 12 | 267 | 5.7 |
| Trichoderma-like | <1 | <22 | NA |
| Ulocladium | <1 | <22 | NA |
| Other/Unidentified | 3 | 67 | 1.4 |

COMMENTS: SOPs:  ib-airocell(4)
          Sample results were not corrected for the laboratory blank.

---

**Outdoor air**

Level of quantitation: 1 Spore              Submitted by: BB
Analytical Method   : GALSON IB-AIROCELL    Approved by : APS
Sampler             : Spore Trap            Date: 05-JUN-06
                                            QC by: Tony D'Amico

---

<    -Less Than         >   -Greater Than      m3  -Cubic Meters   NA -Not Applicable
cm2 -Square Centimeters  CFU -Colony forming units  g  -Grams     NS -Not Specified
ND  -Not Detected

# Galson
# Laboratories
**6601 Kirkville Rd. E. Syracuse, NY 13057**

LABORATORY ANALYSIS REPORT

| | |
|---|---|
| Client | : Healthy Homes of LA, LLC |
| Site | : Murphy |
| Project No. | : B A |

| | | | |
|---|---|---|---|
| Date Sampled | : 22-MAY-06 | Account No.: | 15609 |
| Date Received | : 31-MAY-06 | Login No. : | L134066 |
| Date Analyzed | : 05-JUN-06 | Incubation Temp : NA | |

---

Client ID : 10986800          Lab ID : L134066-2          Air Volume : 0.015 m3
Analysis : Standard Spore Trap                          Crowding Factor : 2

| Parameter | Total Count | Conc Count/m3 | Percent % |
|---|---|---|---|
| Mycelial Fragments | 32 | 2133 | NA |
| Pollen | 5 | 333 | NA |
| Total Fungal Spores | 19139 | 1275933 | NA |
| ----------------------- | | | |
| Acremonium-like | 107 | 7133 | 0.6 |
| Alternaria | <1 | <67 | NA |
| Ascospores | <1 | <67 | NA |
| Aspergillus/Penicillium-like | 19000 | 1266667 | 99.3 |
| Basidiospores | 10 | 667 | <0.1 |
| Bipolaris/Drechslera | <1 | <67 | NA |
| Chaetomium | 1 | 67 | <0.1 |
| Cladosporium | 19 | 1267 | 0.1 |
| Curvularia | 1 | 67 | <0.1 |
| Epicoccum | <1 | <67 | NA |
| Fusarium | <1 | <67 | NA |
| Memnoniella | <1 | <67 | NA |
| Nigrospora | <1 | <67 | NA |
| Paecilomyces-like | <1 | <67 | NA |
| Pithomyces | <1 | <67 | NA |
| Rusts/Smuts | <1 | <67 | NA |
| Scopulariopsis | <1 | <67 | NA |
| Stachybotrys | <1 | <67 | NA |
| Torula | <1 | <67 | NA |
| Trichoderma-like | <1 | <67 | NA |
| Ulocladium | <1 | <67 | NA |
| Other/Unidentified | 1 | 67 | <0.1 |

COMMENTS: SOPs:  ib-airocell(4)
          Sample results were not corrected for the laboratory blank.

## Living room w/c

---

| | | |
|---|---|---|
| Level of quantitation: 1 Spore | | Submitted by: BB |
| Analytical Method | : GALSON IB-AIROCELL | Approved by : APS |
| Sampler | : Spore Trap | Date: 05-JUN-06 |
| | | QC by: Tony D'Amico |

---

| | | | |
|---|---|---|---|
| < | -Less Than | > | -Greater Than          m3  -Cubic Meters  NA -Not Applicable |
| cm2 | -Square Centimeters | CFU | -Colony forming units g   -Grams          NS -Not Specified |
| ND | -Not Detected | | |

# Galson Laboratories

6601 Kirkville Rd. E Syracuse, NY 13057

LABORATORY ANALYSIS REPORT

| | | |
|---|---|---|
| Client | : | Healthy Homes of LA, LLC |
| Site | : | Murphy |
| Project No. | : | B A |

| | | | | |
|---|---|---|---|---|
| Date Sampled | : 22-MAY-06 | | Account No.: | 15609 |
| Date Received | : 31-MAY-06 | | Login No. : | L134066 |
| Date Analyzed | : 05-JUN-06 | | Incubation Temp : NA | |

---

Client ID : 10986827      Lab ID : L134066-3      Air Volume : 0.015 m3
Analysis  : Standard Spore Trap            Crowding Factor : 1

| Parameter | Total Count | Conc Count/m3 | Percent % |
|---|---|---|---|
| Mycelial Fragments | 12 | 800 | NA |
| Pollen | 5 | 333 | NA |
| Total Fungal Spores | 1529 | 101933 | NA |
| ----------------------- | | | |
| Acremonium-like | <1 | <67 | NA |
| Alternaria | <1 | <67 | NA |
| Ascospores | <1 | <67 | NA |
| Aspergillus/Penicillium-like | 1500 | 100000 | 98.1 |
| Basidiospores | 1 | 67 | 0.1 |
| Bipolaris/Drechslera | <1 | <67 | NA |
| Chaetomium | 8 | 533 | 0.5 |
| Cladosporium | 12 | 800 | 0.8 |
| Curvularia | <1 | <67 | NA |
| Epicoccum | <1 | <67 | NA |
| Fusarium | <1 | <67 | NA |
| Memnoniella | <1 | <67 | NA |
| Nigrospora | <1 | <67 | NA |
| Paecilomyces-like | <1 | <67 | NA |
| Pithomyces | <1 | <67 | NA |
| Rusts/Smuts | <1 | <67 | NA |
| Scopulariopsis | <1 | <67 | NA |
| Stachybotrys | <1 | <67 | NA |
| Torula | <1 | <67 | NA |
| Trichoderma-like | <1 | <67 | NA |
| Ulocladium | <1 | <67 | NA |
| Other/Unidentified | 8 | 533 | 0.5 |

COMMENTS: SOPs:  ib-airocell(4)
   Sample results were not corrected for the laboratory blank.

## Bathroom wall cavity

| | |
|---|---|
| Level of quantitation: 1 Spore | Submitted by: BB |
| Analytical Method   : GALSON IB-AIROCELL | Approved by : APS |
| Sampler          : Spore Trap | Date: 05-JUN-06 |
| | QC by: Tony D'Amico |

| | | | |
|---|---|---|---|
| < -Less Than | > -Greater Than | m3 -Cubic Meters | NA -Not Applicable |
| cm2 -Square Centimeters | CFU -Colony forming units | g -Grams | NS -Not Specified |
| ND -Not Detected | | | |

# Galson Laboratories

6601 Kirkville Rd. E. Syracuse, NY 13057

LABORATORY ANALYSIS REPORT

Client       : Healthy Homes of LA, LLC
Site         : Murphy
Project No.  : B A

Date Sampled   : 22-MAY-06
Date Received  : 31-MAY-06
Date Analyzed  : 05-JUN-06

Account No.: 15609
Login No.  : L134066
Incubation Temp : NA

Client ID : 8925872        Lab ID : L134066-4        Air Volume : 0.015 m3
Analysis  : Standard Spore Trap          Crowding Factor : 1

| Parameter | Total Count | Conc Count/m3 | Percent % |
|---|---|---|---|
| Mycelial Fragments | <1 | <67 | NA |
| Pollen | 1 | 67 | NA |
| Total Fungal Spores | 1 | 67 | NA |
| ------------------------- | | | |
| Acremonium-like | <1 | <67 | NA |
| Alternaria | <1 | <67 | NA |
| Ascospores | <1 | <67 | NA |
| Aspergillus/Penicillium-like | <1 | <67 | NA |
| Basidiospores | 1 | 67 | 100 |
| Bipolaris/Drechslera | <1 | <67 | NA |
| Chaetomium | <1 | <67 | NA |
| Cladosporium | <1 | <67 | NA |
| Curvularia | <1 | <67 | NA |
| Epicoccum | <1 | <67 | NA |
| Fusarium | <1 | <67 | NA |
| Memnoniella | <1 | <67 | NA |
| Nigrospora | <1 | <67 | NA |
| Paecilomyces-like | <1 | <67 | NA |
| Pithomyces | <1 | <67 | NA |
| Rusts/Smuts | <1 | <67 | NA |
| Scopulariopsis | <1 | <67 | NA |
| Stachybotrys | <1 | <67 | NA |
| Torula | <1 | <67 | NA |
| Trichoderma-like | <1 | <67 | NA |
| Ulocladium | <1 | <67 | NA |
| Other/Unidentified | <1 | <67 | NA |

COMMENTS: SOPs: ib-airocell(4)
    Sample results were not corrected for the laboratory blank.

## End br wall cavity

Level of quantitation: 1 Spore
Analytical Method  : GALSON IB-AIROCELL
Sampler            : Spore Trap

Submitted by: BB
Approved by : APS
Date: 05-JUN-06
QC by: Tony D'Amico

< –Less Than        > –Greater Than      m3 –Cubic Meters   NA –Not Applicable
cm2 –Square Centimeters   CFU –Colony forming units  g  –Grams        NS –Not Specified
ND –Not Detected

# Galson
# Laboratories
6601 Kirkville Rd. E. Syracuse, NY 13057

LABORATORY ANALYSIS REPORT

| | | |
|---|---|---|
| Client | : Healthy Homes of LA, LLC | |
| Site | : Murphy | |
| Project No. | : B A | |

| | | | |
|---|---|---|---|
| Date Sampled | : 22-MAY-06 | Account No.: 15609 | |
| Date Received | : 31-MAY-06 | Login No.  : L134066 | |
| Date Analyzed | : 05-JUN-06 | Incubation Temp : NA | |

---

Client ID : LAB BLANK         Lab ID : L134066-5         Air Volume : NA
Analysis  : Standard Spore Trap                   Crowding Factor : 0

| Parameter | Total Count | Percent % |
|---|---|---|
| Mycelial Fragments | <1 | NA |
| Pollen | <1 | NA |
| Total Fungal Spores | <1 | NA |
| ----------------------- | | |
| Acremonium-like | <1 | NA |
| Alternaria | <1 | NA |
| Ascospores | <1 | NA |
| Aspergillus/Penicillium-like | <1 | NA |
| Basidiospores | <1 | NA |
| Bipolaris/Drechslera | <1 | NA |
| Chaetomium | <1 | NA |
| Cladosporium | <1 | NA |
| Curvularia | <1 | NA |
| Epicoccum | <1 | NA |
| Fusarium | <1 | NA |
| Memnoniella | <1 | NA |
| Nigrospora | <1 | NA |
| Paecilomyces-like | <1 | NA |
| Pithomyces | <1 | NA |
| Rusts/Smuts | <1 | NA |
| Scopulariopsis | <1 | NA |
| Stachybotrys | <1 | NA |
| Torula | <1 | NA |
| Trichoderma-like | <1 | NA |
| Ulocladium | <1 | NA |
| Other/Unidentified | <1 | NA |

COMMENTS: SOPs:  ib-airocell(4)
     Sample results were not corrected for the laboratory blank.

# BLANK

---

| | | |
|---|---|---|
| Level of quantitation: 1 Spore | | Submitted by: BB |
| Analytical Method  : GALSON IB-AIROCELL | | Approved by : APS |
| Sampler        : Spore Trap | | Date: 05-JUN-06 |
| | | QC by: Tony D'Amico |

---

| | | | |
|---|---|---|---|
| <  -Less Than | >  -Greater Than | m3  -Cubic Meters | NA -Not Applicable |
| cm2 -Square Centimeters | CFU -Colony forming units | g  -Grams | NS -Not Specified |
| ND  -Not Detected | | | |

INDUSTRIAL HYGIENE ANALYTICAL LABORATORY
SAMPLING AND ANALYSIS GUIDE

GALSON LABORATORIES

6601 Kirkville Rd.
East Syracuse, NY 13057-9672
Tel: 315-432-5227
Fax: 315-432-5272
Toll Free: 1-888-432-LABS(5227)
www.galsonlabs.com

Check if change of address ☐
New Client ? ☐ yes ☒ no

Client Account # : 15609

**Report To :** Healthy Homes of Louisiana, llc
PO Box 3127
West Monroe, La 71294

Phone No. :

**Invoice To :** Same

Phone No. :
Fax No. :

Site Name : Murphy    Project : B/A

**Verbal Authorization:**
Purchase Order No. :
Credit Card No. : 372527450814001
American Express
Card Holder Name : Robert Parks

**Sampled By :** Robert Parks
Exp. : 07/08
For No. :

Fax Results To :
Email Results To : bobby@parksmobileair.com

| Sample Identification | Date Sampled | Collection Medium | Air Volume (liters)/ Passive Monitors (Min) | Analysis Requested | Method Reference | Specific DL Needed |
|---|---|---|---|---|---|---|
| 7 1098844 | 5-22-06 | AirOcell | 45 Lts | Airs | | |
| 71098880 | 5-22-06 | AirOcell | 15 Lts | Airs | | |
| 71098682 | 5-22-06 | AirOcell | 15 Lts | Airs | | |
| 81085873 | 5-22-06 | AirOcell | 15 Lts | Airs | | |

☒ IF YOU DO NOT WANT A LABORATORY BLANK ADDED PLEASE CHECK BOX. If blanks are not submitted or box is not checked, our policy states that a laboratory

List description of industry or process / interferences present in sampling area :

Chain of Custody :
Relinquished by : Robert Parks    PrintName : GLENN DAYENS    Signature :    Date/Time : 5-22-06 739am
Received by LAB :    Login # :    Samples received after 3pm will be considered as next day's business    5-31-06 1084

* sample collection time X LPM = Air Vol. (L)

47
GALSON LABORATORIES