RESUME

David R. Tompos
26225 CR 52, RR #4
Nappanee, IN. 46550

PERSONAL:	Married, Three Children
		D.O.B. 12-08-48
		Height: 6'5"
		Weight: 225

EDUCATION:	Plum Senior high School 1962-1966
		Valparaiso University 1967-1971 B.S.C.E.

PROFESSIONAL
QUALIFICATIONS:	Registered Engineer in (23) states:

| | | | |
|---|---|---|---|
| Delaware | PE# 7929 | Florida | PE# 55636 |
| Georgia | PE# 12850 | Indiana | PE# 16484 |
| Illinois | PE# 62036142 | Kansas | PE# 12486 |
| Louisiana | PE# 24332 | Maryland | PE# 14076 |
| Massachusetts | PE# 30423 | Michigan | PE# 23419 |
| Minnesota | PE# 13226 | New Jersey | PE# 27944 |
| New York | PE# 53601 | N. Carolina | PE# 12127 |
| Ohio | PE# E41025 | Oregon | PE# 16311 |
| Rhode Island | PE# 5473 | S. Carolina | PE# 10436 |
| Tennessee | PE# 17855 | Texas | PE# 60600 |
| Virginia | PE# 16698 | Alabama | PE#28119 |
| Wisconsin | PE# E17498 | | |

INSPECTION
CERTIFICATION:	NCPCCI Exam
		1A- Building, 1 & 2 Family Dwelling
		2A- Electrical, 1 & 2 Family Dwelling
		4A- Mechanical, 1 & 2 Family Dwelling
		5A- Plumbing, 1 & 2 Family Dwelling
		1B- Building General
		2B- Electrical General
		3B- Fire Protection General
		4B- Mechanical General
		5B- Plumbing General

		ICC Exam
		Residential Energy Inspector/Plans Examiner


EXHIBIT 01

Commercial Energy Inspector

<u>SBCCI</u>
1 & 2 Family Combination Inspector
Electrical inspector
1 & 2 Family Electrical Inspector
Plumbing Inspector

Page 2
David R. Tompos
Resume

<u>International Code Council Certifications (ICC)</u>
Residential Building Inspector
Residential Electrical Inspector
Residential Mechanical Inspector
Residential Plumbing Inspector
Residential Combination Inspector
Commercial Building Inspector
Commercial Electrical Inspector
Commercial Mechanical Inspector
Commercial Plumbing Inspector
Commercial Combination Inspector
Building Inspector
Electrical Inspector
Mechanical Inspector
Plumbing Inspector

<u>Industrialized Buildings Commission (IBC)</u>
Industrialized Buildings Inspector     #I-015

<u>International Association of Plumbing & Mechanical Officials (IAPMO)</u>
Certified Plumbing Inspector          #N99040
Certified Mechanical Inspector        #N91069

<u>International Association of Electrical Inspectors (IAEI)</u>
Electrical Inspector; One & Two-Family Dwelling     #7029048
Electrical Inspector; General                       #7029048

<u>California</u>
Quality Assurance Inspector #IM920450

<u>Florida</u>

       Standard Modular Inspector      #SMI38

      <u>Idaho</u>
      Third Party Electrical Inspector
      Third Party Plumbing Inspector
      Third Party Residential & Commercial Modular Building & Energy Inspector

      <u>New Mexico</u>
      In-Plant Inspector

      <u>North Carolina</u>
      Building Level III
      Electrical Level III
      Plumbing Level III

      <u>Ohio</u>
      Building Inspector  #P001640

Page 3
David R. Tompos
Resume

      <u>Texas</u>
      Residential & Commercial Third Party Inspector  #IHI-18
      Registered Accessibility Specialist

      <u>Wisconsin</u>
      UDC Electrical Inspector  #248713
      UDC HVAC Inspector
      UDC Plumbing Inspector
      UDC Construction Inspector


PLAN REVIEW
CERTIFICATION:  <u>NCPCCI Exam</u>
      1C- Building Plan Review
      2C- Electrical Plan Review
      3C- Fire Protection Plan Review
      5C- Plumbing Plan Review

      <u>ICC Exam</u>
      Residential Energy Inspector/Plans Examiner

      <u>SBCCI</u>

Building Plan Review
Electrical Plan Review
Mechanical Plan Review

<u>International Code Council Certifications (ICC)</u>
Building Plans Examiner
Electrical Plans Examiner
Mechanical Plans Examiner
Plumbing Plans Examiner
Combination Plans Examiner

<u>Industrialized Buildings Commission (IBC)</u>
Unlimited (Level II) Plans Examiner    #P-013

<u>International Association of Electrical Inspectors (IAEI)</u>
Electrical Inspector; Plan Review    #7029048

<u>Florida</u>
Standard Voluntary Modular Plans Examiner    #SMP23


**COMMITTEES:**   MHI Technical Exchange Committee
MHI Consensus Committee
    Chairman Heating & Ventilation Sub-Committee
DAPIA Technical Activities Committee
IPIA Technical Activities Committee



Page 4
David R. Tompos
Resume

**EXPERIENCE:**   <u>January 1976 to Present - NTA, Inc., Nappanee, IN.</u>
Vice-President/General Manager of Consultant Engineering Firm with direct responsibility in the following areas:
1. Responsible for mobile & modular, manufacturers code certification and compliance in the following areas: structural, mechanical, electrical, plumbing, building, fire safety and accessibility.

2. Direct responsibility for IPIA/DAPIA function. Responsibilities include initial plant certifications, Dapia review and inspector training.

3. Provide liaison for manufacturers to states and regulatory agencies to maintain code compliance. Participate in HUD and IBTS meetings.

4. Assist manufacturers and dealers in resolving consumer compliant problems. Monitor IPIA responsibilities under Sub-Part I.

5. Provide Professional Certification and design of commercial structures and assist in submittals through state agencies. Provide structural, electrical and heat loss calculations.

6. Provide expert testimony in law suits for manufactured structures. Inspect homes on-site for consumer complaints.

April 1975 - December 1975 - Wickes Homes, Argos, IN.
Product Engineer directly responsible for the following:
1. Review all plumbing, electrical, and mechanical production drawings for code compliance for in-plant use.

2. Review actual product being manufactured in-plant for code compliance and conformance to production drawings.

3. Responsible for all new designs and new product line to verify that code compliance is met.

4. Responsible to review all new materials to be used in the home for proper code approvals and to insure proper installation.

5. Responsible to verify that all products meet the code requirements through calculations. (Structural, Electrical, Heat Loss, and Duct Sizing, etc.)

6. Responsible for actual testing performed on the components of the unit (rafter testing, floor testing, sidewall testing, interior partition testing, heat duct testing, etc.)

7. Responsible for all code submittals to state and regulatory agencies.

8. Responsible for establishing and maintaining in-plant quality control procedures.

Page 5
David R. Tompos
Resume

1972 - 1974 C.S.A. Engineering, Inc., Elkhart, IN.
Responsible for engineering functions of approximately 10 mobile/modular manufacturers as follows:

1. Submit and maintain all state and third party submittal packages.

2. Responsible for electrical, plumbing and mechanical drawing review for code compliance.

3. Review actual in-plant production method and product for code compliance.

4. Responsible to verify that all products meet the code requirements through calculations (Structural, Electrical, Heat Loss, Duct Sizing, etc.)

5. Provide liaison between manufacturer and various state and regulatory agencies.

6. Inspect Mobile Homes, Modulars, and Recreational Vehicles for Code Compliance Certification.

<u>1971 - 1972 - Underwriters Laboratories, Northbrook, IL.</u>
Product engineer responsible for the following:
1. Review submittal from mobile/modular manufacturers for code compliance.

2. Review actual product in-plant for code compliance.

3. Write follow-up procedure for manufacturers for inspectors.

4. Verify that products meet code compliance through actual calculations.

5. Involved in actual testing of mobile home components.
   (Trusses, windows, etc.)

6. Inspect Mobile Homes for Code Compliance Certification.


<u>1970 - 1971 - Flour Corporation, Joliet, IL.</u>
Instrument Man. Physical Survey Layout of Gulf Oil Refinery.

<u>1968 - 1970 - Peller, Tanck & Gertsmier, Valparaiso, IN.</u>
Survey and draftsman. Physical layout of housing subdivisions. Drawings of topographic and lot layouts.


REFERENCES:    Both business and personal references will be furnished upon request.