Ford v Champion

Page 1

```
 1      IN THE UNITED STATES DISTRICT COURT
 2      FOR THE SOUTHERN DISTRICT OF ALABAMA
 3              SOUTHERN DIVISION
 4
 5   ROBERT FORD, et al.,
 6       Plaintiffs,
 7
 8   vs.        Case No.: 1:06-cv-423-BH-C
 9
10   CHAMPION ENTERPRISES, INC., et al.,
11       Defendants.
12
13             *   *   *   *   *   *
14       DEPOSITION OF BOBBY PARKS, taken
15   pursuant to notice and stipulation on
16   behalf of the Defendants, at Beasley,
17   Allen, 272 Commerce Street, Montgomery,
18   Alabama, before Bridgette Mitchell,
19   Shorthand Reporter and Notary Public in
20   and for the State of Alabama at Large,
21   on December 17, 2007, commencing at
22   2:25 p.m.
23
```



EXHIBIT H

Ford v Champion

---

Page 150

```
1   A. And, again, I have not researched that,
2      so I'm not aware.
3   Q. You hold a mold remediation credential
4      from the State of Louisiana?
5   A. That's correct.
6   Q. And I think we've also established
7      you've never remediated a home?
8   A. I write -- I don't do the physical
9      tearing out of the materials.  I do the
10     inspections before and after and write
11     the protocols, but I don't actually do
12     the physical tearing out of the
13     materials.
14  Q. Are you aware of any generally-accepted
15     authoritative treatise for mold
16     remediation?
17  A. There's a lot of published information
18     out there.  I don't know which
19     specifically would apply in the manner
20     that you speak to it.
21  Q. Are you familiar with the IICRC 520?
22  A. Yes, sir.
23  Q. Do you consider that to be an
```

**Ford v Champion**

Page 151

```
 1     authoritative work?
 2  A. I would consider it to be, yes, sir.
 3  Q. Is that the book that Louisiana uses to
 4     train people for mold remediation?
 5  A. Louisiana doesn't train people for mold
 6     remediation.
 7  Q. All right.  Maybe I misunderstood.  I
 8     thought you have a credential from the
 9     state?
10  A. Right.  But you -- they have a list of
11     entities who do provide the training
12     which they accept.  But the State of
13     Louisiana doesn't do the training.
14  Q. Okay.  It's some third party, but it's
15     approved by the state?
16  A. There's a number of them that they have
17     approved, that's correct.
18  Q. Is the IICRC 520 the standard work that
19     you used in your training?
20  A. I know it was referenced, but I don't
21     know in its entirety if that was it.
22  Q. What is your familiarity with that
23     work?
```