IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| HAROLD KELLY MURPHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:06-cv-618-MEF |
| ) | |
| SOUTHERN ENERGY HOMES, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

(1) With respect to all claims in this action, judgment is ENTERED in favor of Defendant Southern Energy Homes, Inc., and against Plaintiff Harold Kelly Murphy, with Plaintiff taking nothing by his claims.

(2) Costs are TAXED against Plaintiff Harold Kelly Murphy, for which execution may issue.

(3) The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this the 6th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE