**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **HAROLD KELLY MURPHY,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| vs. | * CASE NO.: 2:06-cv-618-MEF |
| | * |
| **SOUTHERN ENERGY HOMES, INC., et al.,** | * |
| | * |
| **Defendants.** | * |

## NOTICE OF APPEAL

Plaintiff Harold Kelly Murphy hereby gives notice of its appeal to the United States Court of Appeals for the Eleventh Circuit from the final judgment in this action entered by the District Court on March 6, 2008 (Doc. #76), along with all interlocutory rulings leading up to the final judgment, including but not limited to the District Court's denial of Plaintiff's motion for leave to amend complaint (Doc. #52).

/s/ C. Lance Gould
C. LANCE GOULD (ASB-0913-G66C)
One of the Attorneys for the Plaintiff

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
Attorneys at Law
Post Office Box 4160
Montgomery, AL  36103-4160
(334) 269-2343
(334) 954-7555 (fax)

**CERTIFICATE OF SERVICE**

   I hereby certify that on April 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

                /s/ C. Lance Gould
                OF COUNSEL

W. Scott Simpson
RITCHEY & SIMPSON, PLLC
3288 Morgan Drive, Suite 100
Birmingham, Alabama 35216
Telephone: (205) 822-3422
Facsimile: (205) 822-3618
e-mail: wssimpson@ritcheysimpson.com

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
(205) 254-1000 (Telephone)
(205) 254-1999 (Facsimile)
lbains@maynardcooper.com
tthagard@maynardcooper.com
sledge@maynardcooper.com