```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004634
Cashier ID: brobinso
Transaction Date: 04/08/2008
Payer Name: BEASLEY ALLEN CROW METHVIN
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: BEASLEY ALLEN CROW METHVIN
 Case/Party: D-ALM-2-06-CV-000618-001
 Amount:         $455.00
------------------------------------
CHECK
 Check/Money Order Num: 186814
 Amt Tendered:   $455.00
------------------------------------
Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00

APPEAL FILED ON 4/4/08
```